**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No. 8:20-cv-00676-MSS-CPT**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 47.197.99.186, an individual,

    Defendant.
_____/

## NOTICE OF ERRATA

PLEASE TAKE NOTICE THAT Plaintiff, Strike 3 Holdings, LLC, in its Motion for Extension of Time to Serve Defendant (ECF No. 13), inadvertently requested an extension until the date of May 25, 2020. This was a scrivener's error. Plaintiff respectfully seeks an extension of time to serve Defendant until the date of October 2, 2020.

Dated: June 23, 2020

Respectfully submitted,

**MAMONE VILLALON**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St., Ste. 2000
Miami, FL 33131
tyler@mvlawpllc.com
Office: (786) 209-2379

1