# Exhibit A to the Complaint

**Location:** Valrico, FL  
**Total Works Infringed:** 36

**IP Address:** 47.197.99.186  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B32F801C60CBF97AEAC7342AD563D34DDCFC228C<br>File Hash: 79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | 12/11/2019 14:14:07 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 2 | Info Hash: 03D90B360F20E11A32C88D605278FA28455E400C<br>File Hash: 87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7 | 12/11/2019 11:39:36 | Vixen | 12/05/2019 | 12/17/2019 | PA0002217671 |
| 3 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11/26/2019 14:43:49 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 4 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 11/22/2019 13:07:36 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 5 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 11/20/2019 02:36:23 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 6 | Info Hash: 6A5291E37ABD63DC4D92C660B3A49EF5862C1837<br>File Hash: 7BEF5A3895E0FFFD2FCA78ACEC82FAC1AFCEFC967ABAA2871436BDB11313B93A | 11/03/2019 22:33:32 | Vixen | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 7 | Info Hash: 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E<br>File Hash: 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | 11/03/2019 02:46:08 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 8 | Info Hash: 999C03253CE0755916BEA619580CA77216F552E6<br>File Hash: B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | 11/02/2019 10:45:56 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C203656C0D2C73A54BCABB644B2D7EF6AD9551D0<br>File Hash: B77D07613A425B5993A2D29AE13BC9F054DAD71299D8A311D6875EB8402F3A40 | 11/01/2019 21:07:10 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 10 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 11/01/2019 12:27:53 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 11 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 10/23/2019 03:15:30 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 12 | Info Hash: 288EBA072091AF90DF7E22989C4BC66087B2C773<br>File Hash: C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | 10/23/2019 02:56:52 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 13 | Info Hash: 381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash: F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 10/21/2019 15:50:58 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 14 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/20/2019 21:53:57 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 15 | Info Hash: D180CCB76299423461544F293503A24A3ECBAE97<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 10/20/2019 13:42:27 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 16 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 10/19/2019 23:04:41 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 17 | Info Hash: 3000CA5DB618894F3AE2C4F4EA9962D7268B229A<br>File Hash: E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | 10/18/2019 22:47:52 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D688340236811F64E8637A5AFF159570F1648994<br>File Hash: 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | 10/18/2019 20:45:49 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 19 | Info Hash: C5BA5E243166DB830E399E8739882FEE8D0A6D84<br>File Hash: F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | 10/12/2019 09:59:14 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 20 | Info Hash: 21B9DD1AD65C9340920B31128D91CA3F85913384<br>File Hash: 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | 09/24/2019 00:03:56 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 21 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 09/17/2019 05:06:27 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 22 | Info Hash: A976917AAA3DF889DAC82884342A1AFCD85ACB2A<br>File Hash: ACD88B01F6ACB711B9E2997EF496DA8250303EFCDB9E72A62EECB08FCDFA264C | 09/16/2019 11:31:32 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 23 | Info Hash: 81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash: 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 09/03/2019 09:49:13 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 24 | Info Hash: 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0<br>File Hash: 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | 08/29/2019 08:10:50 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 25 | Info Hash: 6F0F2340162AC6B591329AF430B79D1FC4342E6A<br>File Hash: 77E1C58F714F35C3EFFA1FA2F5D1847D54125BB890A9E61A33C29470B5D17C06 | 08/28/2019 13:48:18 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 26 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 08/28/2019 10:54:55 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 15C91360B96EC4FC534313AD0435C151DAE55696<br>File Hash: 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | 08/23/2019 00:35:31 | Tushy | 08/19/2019 | 08/26/2019 | PA0002213301 |
| 28 | Info Hash: 22B004FAAAA818AE2F276048DA0C2CF2E207D30D<br>File Hash: EF3A73048B0184B7C4D9656A7567DE47ED9BA8D5E02177FEFBC9E02C13F4AC57 | 08/20/2019 18:47:25 | Tushy | 08/14/2019 | 09/17/2019 | PA0002216214 |
| 29 | Info Hash: ECC9C2619550E5D10364EB9744BB890208E64BA9<br>File Hash: 40937B150B738D87E4A4CA057E601DD87F8FDA659E5857E72295157523CCBD03 | 08/20/2019 01:36:52 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 30 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 08/08/2019 08:45:03 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 31 | Info Hash: 727C2698471403826A0D17EAF0010FFEAD561BCC<br>File Hash: D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | 08/08/2019 07:56:05 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 32 | Info Hash: 03397467CF6E2093F8E2DBAECF41F4C1132B83E3<br>File Hash: 1B9A2834405915E7807C6ED61E0F169A9412DDE8933AA36870C7234A024917DD | 08/08/2019 07:01:07 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 33 | Info Hash: 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94<br>File Hash: DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872 | 08/05/2019 18:58:28 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 34 | Info Hash: 1BB2EF62252597B1353F2947F015A86982A0E19F<br>File Hash: F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 08/05/2019 12:36:44 | Vixen | 07/28/2019 | 08/22/2019 | PA0002195513 |
| 35 | Info Hash: CD83AB483325A6F63DA48001AB2A6C48DC35F461<br>File Hash: 37312323FFE89A3644402CC100788AC973D97D7A92C089EB5E0234601C8F8263 | 08/05/2019 12:20:10 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D<br>File Hash: CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | 07/23/2019 11:04:03 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |