# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 47.197.99.186,

    Defendant.
_____/

## NOTICE OF INTENT TO SERVE SUBPOENA

Plaintiff/Counter-Defendant, Strike 3 Holdings, LLC, hereby provides notice that it intends to serve a subpoena directed to Frontier Communications/Legal Compliance 1800 41st St., Suite N-100, MC-WA0102SE Everett, WA 98203.

Dated: September 30, 2021

Respectfully submitted,

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
Yetian Wang, Esq.
Florida Bar No.: 1025778
100 SE 2nd St., Suite 2000
Miami, Florida, 33131

Tel: (786) 209-2379
Tyler@mvlawpllc.com
Yetian@mvlawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2019, a true and correct copy of the foregoing document was served via U.S. Mail and/or email to the following.

J. Curtis Edmonson
Law Offices of J. Curtis Edmondson
2660 SE 39th Loop, Suite D
Hillsboro, OR 97123
503-336-3749
Email: jcedmondson@edmolaw.com
*Attorneys for the Defendant*
*JOHN DOE infringer identified as using*
*IP address 47.197.99.186*

Stephanie Reed Traband
Levine Kellogg Lehman Schneider & Grossman LLP
Citigroup Center, Floor 22
201 S Biscayne Blvd
Miami, FL 33131-4332
305-403-8788
Fax: 305-403-8789
Email: srt@lklsg.com
*Attorneys for the Defendant*
*JOHN DOE infringer identified as using*
*IP address 47.197.99.186*

By: /s/ Tyler Mamone
Tyler Mamone, Esq.