# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § | |
| Defendant. | § § | |

**UNOPPOSED *RENEWED* MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING[1]**

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Leonard J. French of The Law Firm of Leonard J. French, 660 Delaware Ave #33, Hellertown, PA 18055, tel. 610-466-5644, for purposes of appearance as co-counsel on behalf of the Defendant JOHN DOE infringer identified as using IP address 47.197.99.186 in the above-styled case only, and pursuant to Section B of the CM/ECF Administrative Procedures, to

---

[1] This Renewed Motion notes Mr. French's compliance with Local Rule 2.01(b)(1)(C), (D), and (E).

permit Leonard J. French to receive electronic filings in this case, and in support thereof states as follows:

    1.  Leonard J. French is not admitted to practice in the Middle District of Florida.  He is a member in good standing and eligible to practice law in the following jurisdictions:  the Commonwealth of Pennsylvania.  A copy of his Certificate of Good Standing is attached to this Motion as Exhibit A.  He is admitted to the Federal District Courts for the following jurisdictions: the Eastern and Middle Districts of Pennsylvania, the Northern and Western Districts of New York, the District of Colorado, and the District of Columbia.  Mr. French has appeared *pro hac vice* once in the U.S. District Court for the Southern District of New York in 2020. Mr. French has made no other special appearances in the past 36 months.

    2.  Leonard J. French acknowledges that he is familiar with 28 U.S.C. § 1927 and that he will comply with the federal rules and the Court's local rules. Mr. French's digitally-signed affirmation of the Oath is attached as Exhibit B.

    3.  Movant, Stephanie Reed Traband, Esq., of the law firm of Levine Kellogg Lehman Schneider + Grossman LLP, is a member in good standing of The Florida Bar, and of the United States District Court for the Middle District of Florida.  Movant maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system.  Movant consents to

be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom filings shall be served.

4. Leonard J. French, by and through undersigned counsel, and pursuant to Section B of the CM/ECF Administrative Procedures, hereby requests the Court to authorize CM/ECF filing privileges and access to Leonard J. French, ljfrench@leonardjfrench.com, so that he may register with the Court's CM/ECF system.

### Local Rule 3.01(g) Certification

5. Movant had consulted with Tyler Mamone, counsel for Plaintiff prior to filing this motion, and Mr. Mamone has noted that he has no objection to Mr. French's *pro hac vice* admission.

**WHEREFORE**, Stephanie Reed Traband, Esq. hereby moves this Court to enter an Order to permit Leonard J. French, Esq. to appear before this Court on behalf of Defendant JOHN DOE infringer identified as using IP address 47.197.99.186, for all purposes relating to the proceedings in the above-styled matter and authorize full CM/ECF registration and e-filing privileges and access to Leonard J. French.

Date: April 21, 2022                                        Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Local Counsel for Defendant*
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: */s/ Stephanie Reed Traband*
Stephanie Reed Traband
Florida Bar No. 0158471
Primary: srt@lklsg.com
Secondary: ph@lklsg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Stephanie Reed Traband*
Stephanie Reed Traband, Esq.

## SERVICE LIST

| **MAMONE VILLALON** | **WAUGH GRANT** |
|---|---|
| Tyler A. Mamone, Esq. | Christian Waugh, Esq. |
| 100 SE 2nd St., Suite 2000 | 201 E. Pine Street, Suite 315 |
| Miami, Florida, 33131 | Orlando, Florida 32801 |
| Tel: (786) 209-2379 | Phone: 321-499-9097 |
| Tyler@mvlawpllc.com | Fax: 844-206-0245 |
| *Counsel for Plaintiff* | christian@waughgrant.com |
| | *Co-counsel for Plaintiff* |