# EXHIBIT 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-00676-MSS-CPT


STRIKE 3 HOLDINGS, LLC,
a limited liability company,

      Plaintiff,

vs.

JOHN DOE infringer identified
as using IP address
47.197.99.186, an individual,

      Defendant.

_____/


VOLUME I

VIDEOTAPED DEPOSITION OF JOHN DOE

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 5, 2022
11:56 A.M. TO 5:20 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23


REPORTED BY:
CATHERINE ROJAS, FPR, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

```
 1  program?
 2      A    See, that's so broad.  At work, yes.  I'll
 3  leave it at that.  At work, yes.
 4      Q    Your answer is, "At work, yes?"
 5      A    Yes.
 6      Q    Okay. Do you know what a BitTorrent client is?
 7      A    Yes.
 8      Q    When did you first learn of what a BitTorrent
 9  client is?
10      A    Whenever they first started coming out.  It
11  was a long time ago.  I don't know what year BitTorrent
12  started in terms of file sharing services or peer-to-
13  peer networking.
14      Q    Can you do your best to approximate it?
15      A    '05, '06.  I have no idea.  It's been so long.
16      Q    Have you ever used a BitTorrent client?
17      A    No.
18      Q    Never?
19      A    No.
20      Q    Do you know anybody who does use BitTorrent
21  client?
22      A    In my past, yeah, probably a bunch of military
23  people, but I don't remember their names anymore.  It's
24  people I used to live with when I was in active duty.
25  I'm pretty sure they used it quite a bit.
```



1     **Q    Okay.  Have you ever stored pornography on any**

2  **of your disclosed computer devices?**

3     A    No.

4     **Q    Okay.  Prior to Strike 3's filing of the bill**

5  **discovery in the Florida Court, have you ever been**

6  **personally contacted by Strike 3 Holdings or by me as**

7  **Strike 3 Holding's lawyer in this case?**

8     A    No.

9     **Q    Okay.  Prior to the bill of discovery that was**

10 **filed, have you ever received any demand letter from**

11 **Strike 3 or from me as Strike 3's lawyer?**

12    A    No.

13    **Q    Okay.  And prior to Strike 3's bill of**

14 **discovery, have you ever been threatened with future**

15 **litigation of Strike 3 or by Strike 3 Holdings and/or by**

16 **me as Strike 3's lawyer?**

17    A    No.

18    **Q    Okay.  So, I'm going to pull this down and**

19 **then I'm going to enter Plaintiff's 4.  Bear with me,**

20 **please.  Here we go.  Okay.  All right.**

21        MR. MAMONE:  Catherine, I'm going to share

22     this and we would like to please designate this

23     as -- this is Plaintiff's 4, correct?

24        THE COURT REPORTER:  That's correct.

25    **Q    (By Mr. Mamone) Okay.  All right.  Guys, John,**



877.291.3376
www.UCRinc.com

1  saying, your usage is every day, right?

2      A    Yes.  As a network engineer for Centcom we

3  have to maintain the virtual networking side including

4  the physical hardware networking side.

5      Q    Have you ever used it for personal, non- work

6  use?

7      A    No.

8      Q    Okay.  Have you ever used software designed to

9  check and monitor servers?

10      A    No.

11      Q    None whatsoever?

12      A    No.  I don't monitor servers, not a server

13  admin.

14      Q    What about in your personal life, have you

15  ever used any software to monitor servers for yourself

16  for non-work --

17      A    No.

18      Q    -- any non-work?  Okay.  So, for the record

19  the answer is no for that last question?

20      A    Correct.

21      Q    Okay.  All right.  So, do you design any

22  codes?  Do you write any code?

23      A    No.

24      Q    Okay.  Approximately, when did you receive the

25  notice in the bill of discovery case in the subpoena



1  **that I presume was attached to that notice from your**

2  **ISP?**

3       A    Sometime in January.  I don't know the exact

4  date.

5       **Q    Got it.  And that would be January of --**

6       A    2020.

7       **Q    Thank you.  Did you originally see that notice**

8  **or did somebody else?**

9       A    No.  It was me.

10      **Q    Was it mailed to you or e-mailed to you?**

11      A    Mailed.

12      **Q    Paper mail, correct?**

13      A    Correct.

14      **Q    What was your understanding of that notice?**

15      A    That you wanted to find out who I was and you

16  were basically going to -- to me it seemed like I was

17  being sued already so that's when I contacted a lawyer.

18      **Q    Great.  So, what did you do in response to**

19  **that notice?  You said you contacted a lawyer.**

20      A    Yes.  I contacted a lawyer and secured my

21  network or basically I turned off the open internet as

22  it were to be.

23      **Q    Great.  And did you search all your computer**

24  **devices?**

25      A    No.  Not really, no.  I didn't -- I knew I



877.291.3376
www.UCRinc.com

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-00676-MSS-CPT


STRIKE 3 HOLDINGS, LLC,
a limited liability company,

     Plaintiff,

vs.

JOHN DOE infringer identified
as using IP address
47.197.99.186, an individual,

     Defendant.
_____/



VOLUME II

VIDEOTAPED DEPOSITION OF JOHN DOE

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 5, 2022
11:56 A.M. TO 5:20 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23




REPORTED BY:
CATHERINE ROJAS, FPR, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1  beginning of every depo, you are not required to and I

2  am not asking you to speculate on a thing.

3          Your answer is your answer and you know what

4  you know.  So, we're not asking you to speculate as to

5  what anything maybe more than your own personal

6  understanding as you know at this very moment, whatever

7  that is.

8     A    That's basically me saying that I didn't

9  download it.

10    Q    Okay.  Thank you.  All right.  Okay.  So,

11  moving on.  Do you understand what the word preserve

12  means in a legal case?

13    A    No.

14    Q    Okay.  So, preservation of evidence in any

15  case.  Are you familiar with the concept of preserving

16  evidence for any reason in any case?

17    A    I guess it's to make sure not tampered with, I

18  guess.  No, not in a legal sense.  No, I don't know --

19    Q    Okay.

20    A    -- what preserve is.

21    Q    Now, are you aware that means that you're

22  generally not able to delete or alter any documents

23  relevant to a case?

24    A    Correct.

25    Q    Okay.  Now, when you receive the notice of the



877.291.3376
www.UCRinc.com

```
 1  subpoena from the bill of discovery, were you aware that

 2  you did in fact have to preserve evidence?

 3       A    Sure.

 4       Q    Okay.  And then when did you first become

 5  aware of that duty to preserve?

 6       A    I spoke to one of my attorneys.

 7       Q    Okay.  All right.  So, are you aware that

 8  deleting or altering any data or metadata may violate

 9  the duty that every litigant has to preserve evidence?

10           MR. EDMONDSON:  Objection, calls for him to

11       opine onto the law and it's an incorrect statement

12       of the law.  But you can answer to the extent you

13       can as a non-lawyer.

14       A    Yes, I guess.

15       Q    (By Mr. Mamone) Okay.  Now, I'm going to read

16  off the devices and please let me know in yes or no

17  fashion.  Have you preserved these devices?  The first

18  one is ASRock DeskMini 110.

19       A    Yes.

20       Q    And the next is the laptop that is Lenovo

21  X320?

22       A    That's incorrect.  That X220.

23       Q    X220.  Thank you.

24       A    Yes.

25       Q    iPad Pro.
```



```
 1  right now?  Is it you?

 2      A    I still do.

 3      Q    Okay.  Now, could you recollect from me how

 4  many are out there?  Like how many exist, how many such

 5  devices?

 6      A    Probably 8 to 10.  I don't know the exact

 7  number.  That's a real big guess.

 8      Q    I understand.  Now, how often do you use each

 9  of your disclosed computer devices?

10      A    If I'm home, at least an hour a day.

11      Q    Have you ever lent any of these disclosed

12  computer devices to anybody else?

13      A    I don't remember, not during that period,

14  maybe.

15      Q    Okay.  Have you ever watched a video file on

16  any of the -- any of the disclosed computer devices?

17      A    That's so broad.  I would say, yes, because

18  it's so broad.

19      Q    Okay.  And then what media player would you

20  use when you did it?  Players, plural possibly, I'm not

21  sure if it's one or --

22      A    I would say whatever came with the video game

23  since usually a lot of them come with full motion video.

24      Q    What's that?  Sorry the connection.

25      A    I would say it's whatever came with the
```

