# EXHIBIT 7

# The Law Firm of Leonard J. French

T: (610) 466-5644 – F: (888) 262-0632 – ljf@leonardjfrench.com – 660 Delaware Ave #33, Hellertown, PA 18055

---

AMENDMENT TO ENGAGEMENT LETTER AND FEE AGREEMENT                                (Page 1 of 2)

John Doe                                                                                                   April 22, 2022



Re: Strike 3 Fee Agreement Amendment

Dear 

    This letter intends to amend and clarify a certain portion of our fee agreement for the language of the agreement to be consistent with of our arrangement.

    I propose to amend Paragraphs 2 and 3 in our Fee Agreement, which currently reads as:

> I've agreed to represent you in a hybrid hourly/contingency arrangement as follows. My standard hourly rate of $425/hr will be discounted to $100/hr and paralegal fees will be charged at $60/hr.
>
> Should we prevail in your matter, I will be entitled to seek my full hourly rate of $425/hr through fee-shifting (where the court requires the non-prevailing, opposing party to pay allowed fees & costs on our Motion). Any recovery above my $100/hr rate will be returned to you within two weeks of my receipt of the funds.

be amended to:

> **Hourly and Contingency Fee to Attorney:** Client will pay Attorney a reduced rate of $100.00 per hour (Attorney has a standard billing rate of $425.00 per hour) but in the event that the Attorney's fees will, by Court order, be paid by a third party (including but not limited to Strike 3 Holdings, LLC), then the attorney's fee will be calculated using the agreed rate set forth above ($425 per hour) or the reasonable lodestar rate established by the Court, whichever is higher. Attorney will be entitled to any and all attorney fees paid pursuant to a court order or by any voluntary settlement paid by Plaintiff to settle this matter with the Client.

    This amendment would cover all of my work from the start of our working together on the litigation. As consideration for this amendment, I will discount my total bill to you by one (1) billable hour. Also, you may consult a different lawyer to review this amendment. If you agree to this amendment, please sign below.

(continued on next page)

# The Law Firm of Leonard J. French

T: (610) 466-5644 – F: (888) 262-0632 – ljf@leonardjfrench.com – 660 Delaware Ave #33, Hellertown, PA 18055

---

AMENDMENT TO ENGAGEMENT LETTER AND FEE AGREEMENT (Page 2 of 2)

Very truly yours,

_____
(Leonard French, Esq.)

Date: April 22, 2022

The above is understood and agreed to,

[redacted]

Date: Apr 22, 2022