# EXHIBIT 8



# Edmondson IP Law

**Intellectual Property Law, Litigation, and Appeals**

John Doe

April 21, 2022

Dear

This letter intends to amend and clarify a certain portion of our fee agreement for the language of the agreement to be consistent with of our arrangement.

I propose that the portion of Paragraph 9 in our Fee Agreement which currently reads as:

**Hourly and Contingency Fee to Attorney:** Client will pay Attorney a reduced rate of $100.00 per hour (Attorney has a standard billing rate is $ 350.00 per hour) and will be entitled to any and all attorney fees or settlements paid by Plaintiff to settle this matter with the Client. There is a minimum fee of $ 200.00.

Be amended and replaced with this language:

**Hourly and Contingency Fee to Attorney:** Client will pay Attorney a reduced rate of $100.00 per hour (Attorney has a standard billing rate is $ 350.00 per hour) but in the event that the Attorney's fees will, by Court order, be paid by a third party, including but not limited to Strike 3, then the attorney's fee will be calculated using the agreed rate set forth above or the reasonable lodestar rate established by the Court, whichever is higher. Attorney will be entitled to any and all attorney fees paid pursuant to a court order or by any voluntary settlement paid by Plaintiff to settle this matter with the Client. There is a minimum fee of $ 200.00.

This amendment would cover all of my work from the start of our working together. As consideration for this amendment, I will pay for my outbound plane ticket to the hearing scheduled on Monday, April 25, 2022 in Tampa. Also, you may consult a different lawyer to review this amendment. If you agree to this amendment, please sign below and email me a PDF copy.

Regards,

J. Curtis Edmondson

Agreed as to the above Amendment:

J. Curtis Edmondson, P.E. | Patent Attorney | Edmondson IP Law
USPTO 57027 | CA SBN 236105 | WA SBN 43795 | DC BAR NO 998407 | OR BAR NO 190536
15490 NW Oak Hills Dr, Beaverton OR 97006 | 503-336-3749
fax: 503-482-7418 | email: jcedmondson@edmolaw.com