# **EXHIBIT 9**

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § § | Civil Action No. <u>8:20-cv-00676-MSS-CPT</u> |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § § § | |
| Defendant. | § § | |

Defendant, JOHN DOE, infringer identified as using IP address 47.197.99.186, ("John Doe" or "Defendant"), answers these deposition questions in writing.

Q (By Mr. Mamone) How much total have you paid Mr. Edmondson up to this point?

A: 2,000.00

Q (By Mr. Mamone) Okay. [REDACTED], if the Court does award you attorney's fees in this case, what is your understanding of where that money will go?

A: To my lawyers.

Q (By Mr. Mamone) Would the entire – [REDACTED], would the entire fee amount go to your Counsel if you are awarded attorney's fees?

A: Yes.

Q (By Mr. Mamone) [REDACTED], do you understand that in Florida a lawyer cannot give additional money to you that you haven't paid the lawyer?

A: I do not know, I am not lawyer.

These written deposition questions are signed under the penalty of perjury under the laws of the United States of America on May 2, 2022.



JOHN DOE, infringer identified as using IP address 47.197.99.186

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically served the foregoing document on May 2, 2022.

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3 Holdings, LLC*
By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
Tyler@mvlawpllc.com
*Counsel for Plaintiff*

Via email as per agreement of the parties.

                          /J. Curtis Edmondson/

                          Declarant