# **EXHIBIT 10**

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE infringer assigned IP address 47.197.99.186, an individual,

    Defendant.

_____/

## PLAINTIFF'S/COUNTER-DEFENDANT'S ADDITIONAL DEPOSITION QUESTIONS

PROPOUNDING PARTY:    STRIKE 3 HOLDINGS, LLC

RESPONDING PARTY:    JOHN DOE infringer assigned IP address 47.197.99.186

DATE:    May 6, 2022

1

## ADDITIONAL DEPOSITION QUESTIONS

1. Would the answers you provided on May 2, 2022 in your written deposition questions be the same answers had you answered these questions on February 5, 2022? If no, please explain.

2. Prior to amending your fee agreements with Mr. Edmondson and Mr. French, did you believe that if the Court awarded attorney fees you would receive payment from that award for participating in this litigation?

3. If you were not awarded your attorney fees, is it your understanding that you would owe Mr. Edmondson and Mr. French an hourly fee for the work they have done in this case?

4. Did the revised agreements on April 22, 2022 change your understanding of how a fee award would be divided between you and Mr. Edmondson and Mr. French in this case? If yes, please explain.

5. Has any individual or entity suggested at any time that you may receive payment for participation in this case? If yes, who suggested that, what is the reason for that payment, and when was this payment suggested to you?

6. Has any individual or entity paid you at any time for participating in this case? If yes, who has paid you, what amount have they paid you, and when was this payment made?

7. Do you have any agreements—written or oral—with the Law Offices of J. Curtis Edmondson or with J. Curtis Edmondson other than the revised fee agreement on April 21, 2022. If yes, what are the terms of those agreements?

8. Do you have any agreements—written or oral—with the Law Offices of Leonard French or Leonard French other than the revised fee agreements on April 21, 2022. If yes, what are the terms of those agreements?

9. On what date did you pay Mr. Edmondson $2,000?

10. Have you made any payment to Mr. French? If yes, please state the amount of payment and the date you made payment to Mr. French.

Dated: May 6, 2022          By: */s/ Christian W. Waugh*
Christian W. Waugh
Waugh Grant, PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
(Tel.) 321-800-6008
(Fax) 844-206-0245
cwaugh@waughgrant.com

*Counsel for Plaintiff*