**EXHIBIT 11**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                            Case No. 8:20-CV-00676-MSS-CPT

JOHN DOE infringer identified as using IP
address 47.197.99.186,

    Defendant.

_____

### PATRICK PAIGE'S DECLARATION

**A. Relevant Log Files from 2017 to 2020 Have Been Destroyed**

    1.    On May 6, 2022, I received several System Log Files[1] in this matter from Plaintiff.

    2.    My understanding is that the System Log Files were from two devices: a Linux-based computer hard drive, and a Windows-based hard drive – each purportedly owned by Defendant.

    3.    As I mentioned at the hearing in this matter on April 25, 2022, System Log Files can provide evidence that the subject computers: belong to Defendant, were used by Defendant, were used during the relevant period, and have not been altered or manipulated in any way that would invalidate any keyword search previously conducted in this matter.

---

[1] At the hearing on April 25, 2022 in this case, for the Windows-based subject computer, Defendant agreed to produce: $UsnJrnl file, Ntuser.dat file, all Windows event logs, System32/config folder, $MFT file, $LogFile, hiberfil.sys file, page.sys, and swapfile. Further, for the Linux-based subject computer, Defendant agreed to produce: the contents of "var/log" folder. In this declaration, when I refer to "System Log Files," I am referencing only the agreed upon files and folders listed above.

4. In reviewing the System Log Files, I confirmed that one set of System Log Files does correspond to a Linux-based computer hard drive, and the other set corresponds to a Windows-based hard drive.

5. Based on the photographs Defendant produced in this case, I believe the Lenovo X220 is the Linux-based subject computer and the ASRock Desk Mini is the Windows-based subject computer. *Def.'s Produc. Bates "JAD 046b" and "JAD 046g."*

6. To evaluate the System Log Files, I first reviewed court filings and documents produced in this case to extract the relevant dates as listed below:

a) The date Defendant purchased the ASRock Desk Mini 110W Computer: September 27, 2017. *Def.'s Produc. Bates "JAD 701"*.

b) The dates the ASRock Desk Mini 110W Computer was first in use at Defendant's residence: Approximately 2017-2018. *Def.'s Sup. Resp. to Pl's 1st Set of Interrogs., p. 4*.

c) The date Defendant purchased the Lenovo X220 laptop: September 27, 2016. *Def.'s Produc. Bates "JAD 703"*.

d) The dates the Lenovo X220 laptop was first in use at Defendant's residence: Approximately 2017-2018. *Def.'s Sup. Resp. to Pl's 1st Set of Interrogs., p. 4*.

e) Defendant admitted that he uses each of his disclosed computer devices "[a]t least an hour a day" if he is home. *Def.'s Depo. 179:8–10.*

f) The date Plaintiff served the ISP with a subpoena for the subscriber assigned IP address 47.197.99.186 in the initial Bill of Discovery Florida action: On or around January 17, 2020. *Def.'s Produc. Bates "JAD 007-016"*.

g) The date Defendant received notice of the initial Bill of Discovery Florida action: January of 2020. *Def.'s Depo.* 116:24–117:17.

h) Date Plaintiff's attorney sent Defendant a preservation letter: February 6, 2020. (Ex. 2)

i) Period of BitTorrent activity based on Plaintiff's Additional Evidence of IP address 47.197.99.186: July 22, 2019 to January 8, 2020. *Pl's Produc. Bates "5 – ESI – Additional Evidence"*.

### i. On the Linux-Based Subject Computer, all System Log Files preceding June 2, 2020 Have Been Destroyed

7. On May 6, 2022, I began my review of the System Log Files for the Linux-based computer device.

8. I discovered that all System Log Files preceding June 2, 2020[2] had been destroyed.

9. To explain, June 2, 2020, is the first date the operating system came into existence on the Linux device. Thus, I conclude that the Linux operating system was installed on June 2, 2020.

10. The June 2, 2020 date is significant because Plaintiff's preservation letter to Defendant was dated February 6, 2020, and Defendant admitted at his deposition that he learned of this case on or around January 2020.

11. The reinstallation of an OS on a computer deletes and/or overwrites critical data previously stored on the hard drive.

12. Further, I took note that Plaintiff had filed its Motion for Leave to Serve a Third Party Subpoena Prior to Rule 26(f) Conference in this matter five (5) days before all System Log Files preceding June 2, 2020 had been destroyed. *See* CM/ECF 11.

---

[2] This date is in UTC date and time. In EST time it would be June 1, 2020.

13. To the best of my knowledge, Defendant has not provided any explanation for why the operating system was installed on June 2, 2020. However, at his deposition, Defendant did admit that he has possessed this device and has used it regularly since 2017.

14. In this case, the installation may explain the lack of any files responsive to relevant keyword searches Defendant and his experts conducted therein.

15. To assess the impact the installation had on any searches performed, the extent of this destruction, and to determine if any relevant data remains on the device, I would need to review a forensically sound copy of the entire Linux device.

    ii. **Windows Event Logs preceding November 25, 2020 on the Windows-Based Computer Have Been Destroyed**

16. On May 6, 2022, I began my review of the System Log Files for the Windows-based computer device.

17. I discovered that all Windows Event Logs[3] preceding November 25, 2020 had been destroyed.

18. Based on my examination of all the System Log Files produced, the absence of Windows Event Logs on the Windows-based subject computer prior to November 25, 2020 is consistent with a major installation of an update to the operating system.

---

[3] Windows Event Log files record events that occur on a computer running the Windows operating system. It records significant occurrences in the system including but not limited to: turning the computer on, logging on and off the computer, remote desktop activity, plug-and-play events, the connection of external drives to the system, and computer clock alterations and inaccuracies, etc. Windows Event Log files specifically keep track of events using dates, times, user under which the event was initiated, computer name, and the program that cause the event.

19. To assess what impact this major update had on any keyword searches previously conducted, the extent of this destruction, and to determine if any relevant data remains on the device, I would need to review a forensically sound copy of the entire Windows-based device.

**B. The Windows Computer Contains Evidence that Another Windows Username Exists**

20. ShellBags are Windows operating system artifacts that "help track views, sizes and positions of a folder window when viewed through Windows Explorer; this includes network folders and removable devices."[4] In computer forensics ShellBags provide an investigator with information related to the user's browsing history, "as well as details for any folder that might no longer exist on a system (due to deletion or being located on a removable device)."[5]

21. The System Log Files for the Windows computer contains ShellBag file that demonstrates the user accessed, via the network, a folder titled "Pixelmon pack.zip" on January 19, 2019.

22. And as illustrated in the screen capture below, the System Log Files for the Windows computer contains another ShellBag file that demonstrates the user accessed, via the network, a folder titled: "American-Pornstar.18.12.19.Gina.Gerson█████████.XXX.SD.MP4-KLEENEX" on December 25, 2018.

---

[4] https://www.magnetforensics.com/blog/forensic-analysis-of-windows-shellbags/#:~:text=In%20a%20nutshell%2C%20shellbags%20help,network%20folders%20and%20removable%20devices. (Last Accessed on May 27, 2022)
[5] *Id.*



23.     The evidence contained in ShellBag above establishes the existence of an undisclosed[6] Windows device that contains the "▮▮▮▮" username.

24.     Further, the adult content located and accessed on the undisclosed device correlates to content listed on Plaintiff's Additional Evidence for IP address 47.197.99.186. Specifically, the ShellBag lists "American-Pornstar.18.12.19.Gina.Gerson▮▮▮▮▮▮▮.XXX.SD.MP4-KLEENEX". And, Plaintiff's Additional Evidence lists the following file names:

a) *TUSHY  Gina Gerson  Vacation With Benefits*;

---

[6] In this declaration, I refer to this other device as "undisclosed" because the Linux-based subject computer is not a Windows-based computer, and the system logs produced for the Linux-based subject computer do not contain the username "▮▮▮▮." It is however possible that the installation of the Linux operating system on June 2, 2020, destroyed any evidence that the Windows operating system and username "▮▮▮▮" existed therein at one point in time.

b) *Tushy 18 11 27 Gina Gerson  480p MP4XXX*;

c) *X-Art - Gina Gerson - Our Lucky Day*;

d) *X-Art.19.07.09.Gina.Gerson.Perfect.Sex.XXX.SD.MP4-KLEENEX*;

e) *ALSAngels.19.05.14.Veronica.Clark.And.Gina.Gerson.Girl-Girl.Action.XXX.SD.MP4-KLEENEX*;

f) *ALSAngels.19.06.11.Naomi.Bennet.And.Gina.Gerson.Photoshoot.XXX.SD.MP4-KLEENEX*;

g) *Download XArt  Gina Gerson  Our Lucky Day torrent*;

h) *ExxxtraSmall.16.02.25.Gina.Gerson.XXX.SD.MP4-RARBG*;

i) *FitnessRooms.19.06.20.Baby.Nicols.Gina.Gerson.And.Lovita.Fate..480p.MP4-XXX*;

j) *▓▓▓▓▓▓▓.19.11.02.Gina.Gerson.No.Tricks.Only.Treats.XXX.SD.MP4-KLEENEX*;

k) *KateRich.E24.Russian.Lesbians.In.Budapest.With.Gina.Gerson.XXX.SD.MP4-KLEENEX*;

l) *LegalPorno.19.03.04.Gina.Gerson.▓▓▓▓▓▓▓▓▓▓▓▓.XXX.SD.MP4-KLEENEX*;

m) *LittleCapriceDreams.19.04.12.POV.Dreams.Gina.Gerson.XXX.SD.MP4-KLEENEX*;

n) *▓▓▓▓▓▓.19.09.02.Gina.Gerson.▓▓▓▓▓▓▓▓▓▓▓..480p.MP4-XXX*; and

o) *TheVeryBestOf.19.05.08.Gina.Gerson.▓▓▓▓▓▓▓.XXX.SD.MP4-KLEENEX*.

See Plaintiff's Production Bates "5 – ESI – Additional Evidence."

25. Further, Gina Gerson appears to have starred in one of Strike 3 Holdings, LLC's movies at issue in this case titled "Vacation with Benefits."[7] See Plaintiff's Production Bates "6 – Titles List of S3H Works."

---

[7] https://www.imdb.com/name/nm5735341/ (Last Accessed on May 27, 2022)

C. **The System Log Files from the Windows Computer Contain Files Responsive to the "Torrent" Keyword Search, But Which Had Not Been Previously Produced**

26. I conducted a keyword search of the term "torrent" on all the System Log Files produced.

27. I found the term "torrent" existing in the following files: "Hiberfil.sys," "pagefile.sys," "software.log1," and "software.log2."

28. To the best of my knowledge, Defendant did not produce any of these files in response to Plaintiff's previous request for a search of the term "torrent."

**FURTHER DECLARANT SAYETH NAUGHT.**

**DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of May 2022.

By:_____
**PATRICK PAIGE**