# **<u>EXHIBIT 2</u>**

Page 1

1                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
2                          TAMPA DISTRICT
3                            CASE NO.:  8:20-cv-00676-MSS-CPT
4
5    STRIKE 3 HOLDINGS, LLC,
     a limited liability company,
6
                  Plaintiff,
7
8    vs.
9
10   JOHN DOE infringer identified as
     using IP address 47.197.99.186,
11   an individual,
12                Defendant.
13
14   * * * * * * * * * * * * * * * * * * * * * * * * *
15
16
     VIDEOCONFERENCE
17   DEPOSITION OF:          JOHN DOE
18   DATE TAKEN:             June 15, 2022
19   TIME:                   3:32 p.m. - 6:06 p.m.
20   PLACE:                  Via Zoom
21   TAKEN BY:               The Plaintiff
22   REPORTED BY:            Danielle Fernandez
                             Court Reporter, Notary
23                           Public, State of Florida
24
25

1    after?

2        A.  Basically, make sure the hashes hasn't changed

3    and review system logs and things of that nature.

4        Q.  What would be the purpose of reviewing the system

5    logs?

6        A.  Basically, after my report, plaintiff asked for

7    the system logs.  So before I was reviewing them, but at

8    some point, we provided those to you all.

9        Q.  Okay.  When you performed the searches contained

10   in your expert report, did you perform them on the image

11   hard drive that was sent to Mr. Yasamoto (ph) or on

12   other images of the hard drive?

13       A.  A later image.

14       Q.  A later image.  Do you know when the later image

15   was made?

16       A.  Sometime in November.

17       Q.  Of what year?

18       A.  2020, I think.

19       Q.  When were the images made that Mr. Yasamoto

20   reviewed?

21            MR. EDMONDSON:  Christian, just so we don't

22       have to correct it down the road, I think the date is

23       wrong.  I think it's 2021.

24   BY MR. WAUGH:

25       Q.  ████  your counsel is representing kind of an

```
 1   important fact, so I need you to either --
 2       A.  I would have to look.  Yes.  He's probably -- let
 3   me look.  I would have to look in order for me to
 4   verify --
 5       Q.  I actually -- I can't -- what would you look at,
 6   can you explain to me what you would look at to
 7   determine that?
 8       A.  Communications with me and my attorney.
 9       Q.  I don't want to get into that right now, so what
10   I would -- I'm just going to ask some clarifying
11   questions.
12       A.  Okay.
13       Q.  You originally stated that the image -- let me
14   make sure I'm getting it right.  Was it your prior
15   testimony that the image you searched for your expert
16   report was an image that was created around November of
17   2020?
18       A.  It's November, I remember.  It could be -- I'm
19   going -- if my lawyers -- if my attorney is saying it's
20   2021, then it's 2021.  The years are merging together
21   for me, unfortunately, as my memory fades from that time
22   period.  But it's -- then it's going to be 2021.
23   Because February 2021, yes, November of 2021.
24       Q.  That's your -- you have recollection that it was
25   November 2021?
```

Page 30

1      A.   Correct.

2      Q.   Okay.  And when were the images made for what

3   Mr. Yasamoto was looking at?

4      A.   February of 2021.

5      Q.   Between the time that an image was delivered to

6   Mr. Yasamoto and you reviewed an image in November 2021,

7   did you take any steps to ensure the data was preserved

8   between those images?

9      A.   I'm not an expert in preserving data for federal

10   court.  So, no, I continued to use the computers because

11   they're the only devices I have for a computer at the

12   time.

13      Q.   If the data on a hard drive was corrupted, would

14   the affect -- would such corruption affect the results

15   of a keyword search on a hard drive?

16      A.   Sure.  If it was corrupted, but usually when you

17   have that large spread corruption, that's a failure of

18   the actual operating system.  So normally you would --

19   or a failure of the hard drive, so normally you would

20   replace those devices at that point, I guess.

21      Q.   Have you worked with corrupted data before on a

22   hard drive?

23      A.   No.  We normally just re-image, shred.  Again,

24   when you have corruption, usually it's a mechanical

25   failure of the system.

1    determining if the file is there present based off of,

2    of course, the logs that you all have received, that NFT

3    file, and things of that nature, which show that files

4    that were previously there, at least the pointer names

5    at that point, to determine if the file was deleted or

6    not.

7        Q.  Did you review any discovery in preparation for

8    this deposition?

9        A.  I'm not comprehending that.  What do you mean by

10   discovery?

11       Q.  Let me be more specific, did you review any

12   requests for production or responses to requests for

13   production in preparation for this deposition?

14       A.  No.  I'm just basing this off my memory and

15   Mr. Paige's report.

16       Q.  In your expert -- actually, let me not ask that.

17   In your experience, are you aware of whether or not

18   updating or installing an operating system might delete

19   data on a computer?

20       A.  What do you mean by delete data?

21       Q.  Well, what kind of meaning --

22       A.  What?

23       Q.  What kind of meaning did that have?

24       A.  I'm sorry.  I'm having a time hearing you.

25           Well, I'm trying to figure out what do you mean

1    by delete data.  I mean, an operating system updates, it

2    can corrupt itself.  And at that point, a reinstallation

3    could occur or required in order to get it up and

4    operating.

5         But we -- like an update, normally most of the

6    updates are nondestructive.  They do not delete data or

7    destroy data of the personal type.  An operating system

8    updates, updates the actual operating system itself.

9    Its system files, not personal data.

10    Q.  Are there ever situations when updating or

11   installing an operating system can destroy personal

12   data?

13   A.  If there's an improper update, yes.

14   Q.  Can an update or an installation of an operating

15   system delete system log files?

16   A.  That's not how it operates, but I -- it doesn't

17   delete system log files, it replaces the log files.

18   Q.  So in an update or in -- hypothetically, is it

19   possible when an operating system is updated or

20   installed for information contained in the system log

21   file to be lost?

22   A.  Yes.  System log files on a computer is

23   technically not considered long-term.  It's for

24   immediately troubleshooting.  Long-term, you would

25   normally export your log docs on an eternal log system.

Page 35

1          Most log files have a log file size.  Once they

2    reach that limit, it overwrites itself.  It's owned by

3    default.

4      Q.  Have you always been aware that installing or

5    updating operating systems can lead to changes in system

6    log files and the potential loss of personal data?

7      A.  Log files are not considered personal data.  So,

8    yes, I always knew that updating an operating system

9    will lead to log files refreshing, as what they would

10   call it.

11     Q.  Are there any other kind of changes to files on a

12   computer that might occur when an operating system is

13   installed or updated?

14     A.  What do you mean by file changes?

15     Q.  You just discussed system log files and how they

16   may change when an operating system is updated or

17   installed --

18     A.  That's not --

19     Q.  -- I'm asking whether or not there are other

20   changes that may occur to files on a device when an

21   operating system is updated or installed?

22     A.  So we'll just take Microsoft, for example.

23   Microsoft has feature updates and quality updates.  A

24   quality update is usually a security patch, it happens

25   weekly.  Basically, what the operating system is doing

Page 36

```
 1    is replacing files.  When you do an update, it's
 2    replacing files.  That's the whole purpose.  It's
 3    replacing the file that it's having an issue with,
 4    whether it's a security hold or security bond ability,
 5    and replacing it with something that has been fixed.
 6         Feature updates are similar in that sense that
 7    they're larger.  They replace a lot more in the
 8    operating system because the majority of the time, the
 9    kernel is being rewritten within the operating system to
10    enhance it, add features, improve it, and set forth.  So
11    that's the reason why what might appear to be
12    destructive, is not.  It's just an operating system
13    updating itself.  And it doesn't change, it replaces.
14       Q.  So if I replace my name from Christian Waugh to
15    John Doe, would I be changing my name?
16       A.  The file name, yeah.  If you're changing -- if
17    you're talking about a file, but --
18       Q.  What if I took a computer, and I instead of
19    having a Windows operating system on it, I put a
20    non-Windows operating system on it, would that lead to
21    the change or deletion of any files?
22       A.  Well, yes.  Not deletion.  Remember, deletion
23    isn't what you think it is.  It's just really making it
24    un-allocatable -- re-allocatable to the operating
25    system.  Yes.  It will overwrite certain files.  I'm
```

1    sure probably there's some presence of the previous

2    operating system in an unallocated space.

3       Q.  So prior to, or during this litigation, are you

4    aware, for the purposes of this your expert review,

5    whether any of your computer devices have automatically

6    updated their operating systems?

7       A.  Yes.

8       Q.  Have any of your computers automatically updated?

9       A.  What do you mean -- so, wait.  Updating operating

10   system -- I'm not -- it's like you're restating the same

11   question.  I'm sorry.  Say that again.

12              MR. WAUGH:  Madam Court Reporter, would it

13         be possible to go back to my prior question, because

14         I want to make sure the wording is the same.

15              (The court reporter read back the requested

16              question.)

17   BY MR. WAUGH:

18      Q.  ███, does that help you understand the question

19   that I asked?

20      A.  So ask the next question again.

21      Q.  That's my question.  I think your answer was yes.

22      A.  Yes.

23      Q.  And so you have different -- but you have

24   different computer devices in your possession, I think;

25   is that right?

Page 40

1    BY MR. WAUGH:

2       Q.  All right.  Have you seen this letter before?

3       A.  No, I don't recollect seeing this letter.

4       Q.  Okay.

5       A.  I'm reading it right now.

6       Q.  Okay.

7       A.  What do you want me view in this letter?

8       Q.  I want you to read it, and let me know you're

9    done.

10      A.  I'm done skimming it.

11      Q.  All right.  Are you aware of whether or not any

12   of the technical representations in the letter are

13   incorrect?

14          I'm not talking about the legal stuff.  I'm

15   talking about discussions about files that were searched

16   for or produced.

17      A.  Are you looking specifically at Page 3?

18      Q.  That is one page I'm looking at, yes.

19      A.  You got to be more specific.

20      Q.  All right.  I'm done with that exhibit.

21      A.  Okay.

22      Q.  I'd like to go back to -- are you aware that

23   Patrick Paige has claimed that June 2nd, 2020 is the

24   first date that the operating system came into existence

25   on your Linux device?

Page 41

1      A.   Yes.

2      Q.   Do you agree with that?

3      A.   I have nothing to disagree with that.

4      Q.   Okay.  If you don't disagree with that, wouldn't

5   it -- wouldn't that conclusion be relevant for the

6   searches you performed in your expert report?

7           MR. EDMONDSON:  Objection, calls for a legal

8      conclusion as to the terms of relevance.

9   BY MR. WAUGH:

10     Q.   ▮▮▮▮, do you have an answer?

11     A.   The problem I have with that is that when I

12  reinstalled my operating system, it crashed.  And I do

13  it so often, that I don't remember the last time -- I

14  reinstall my operating system usually every six months.

15  I crash my Linux box all the time.

16          And it just -- I don't remember -- I really don't

17  remember when I reinstalled my operating system, because

18  I just do it as a second nature.  I do it at work.  I do

19  it here.  It's second nature to me.  It's an

20  insignificant date in terms of reinstallation.

21          Also, during that period of time, I didn't know I

22  was being sued.

23     Q.   Are you aware of what the alleged period of

24  infringement is in the lawsuit?

25     A.   I am now.

Page 42

1      Q.   What is it?

2      A.   You stated it earlier, between June 2019 to

3   December/January, beginning January of 2020.

4      Q.   Are you aware that Mr. Paige has opined that all

5   system log files preceding June 2nd, 2020 were destroyed

6   on the Linux device?

7      A.   Destroyed -- sure.  If you want to call it

8   destroyed, I don't agree with that.  Even if, let's say,

9   the Linux device was preserved, for the sake of argument

10   in February or March, whenever they wanted it at that

11   period of time, the Linux log files only cover 30 days.

12   That's on by default.  There's no -- you can change it,

13   but no one does.  So it would not have even covered

14   during the period of infringement for that.

15      Q.   Okay.  I mean, so is it your testimony that the

16   reason why system log files preceding June 2nd, 2020 are

17   no longer available, just that it automatically updated?

18      A.   No.  More than likely, the system crashed and you

19   needed to reinstall.

20      Q.   Is the Lennovo X220 the computer with the Linux

21   OS?

22      A.   Correct.

23      Q.   Is the hard drive that came with that Lennovo,

24   the hard drive that has the Linux operating system?

25      A.   Huh?  I'm confused.  So you're saying --

1    the operating system or by a user.

2         So it's very difficult to determine what would be

3    replaced or not replaced without actually going into the

4    release notes to actually see what is being replaced.

5    Q.  I understand it's difficult.  But my question is:

6    Have you checked any of your hard drive's file accounts

7    to see if any of the data during the alleged period of

8    infringement has been replaced or not?

9    A.  And that's a broad term.  What do you mean,

10   personal data, system data?  That's so broad.

11   Q.  Either one.

12   A.  Well, yeah.  I already know system data gets

13   replaced during an update, so, yeah.  Why search for

14   something you already know occurs.

15   Q.  What about personal data?

16   A.  Sure.  I update my own personal files.  I look at

17   the time stamps.  But what do you mean -- I'm trying to

18   understand replace.  If I create a new document and

19   replace it with the old document because I updated the

20   document, it's an update.

21        I mean, when -- you literally replace a document

22   every time you open Microsoft Office.  Open up a

23   document.  Edit the document.  Then re-save the

24   document, that is replacing the document.  So, yes, that

25   occurs anytime you touch a document or anytime you touch

Page 48

1    anything within a computer.

2       Q.   Good.  So we talked about what replace means in

3    this context of personal data.  Now, I'm going to ask

4    you something a little different.

5       A.   Okay.

6       Q.   Have you checked any of your hard drives or Cloud

7    accounts to see if any data from the alleged period of

8    infringement had not been replaced?

9       A.   Not been replaced, well, you always assume that

10   something's not been -- that's complicated.

11      Q.   You don't understand the question?

12      A.   Yeah.  Why would you look for something that has

13   not been replaced?

14      Q.   All right.  Next question.

15           Is the AS rock desk mini the device that has the

16   Windows operating system?

17      A.   Yes.

18      Q.   All right.  Do you agree with Mr. Paige that all

19   Windows event logs preceding November 25, 2020 have been

20   destroyed?

21      A.   No, they've been replaced, not destroyed.

22      Q.   And what can cause all Windows event logs on a

23   computer to be replaced?

24      A.   Windows feature update.

25      Q.   Does this device have a setting that a user can

Page 49

1   enable to suspend OS updates?

2       A.  You can delay it, but, no.

3       Q.  And so it would go without saying that, of

4   course, you have not suspended automatic updates,

5   correct?

6       A.  You can only delay it.  You can't turn it off

7   unless you -- the only way to turn off Windows updates,

8   truly turn it off, is to disconnect it from the

9   internet.  Microsoft will force an update.

10      Q.  Are you aware of whether or not there's a

11  schedule on which Windows computers auto update the

12  operating system?

13      A.  Yes, I've stated it prior.  It's every Tuesday,

14  52 weeks a year for quality updates.  And then it's

15  biannually for Windows feature updates.

16      Q.  Have you always been aware of this schedule?

17      A.  Since -- sort of.  Something that I learned when

18  I was doing some stuff for work.

19      Q.  When did you become aware of it?

20      A.  2020-ish time frame.

21      Q.  Is there any way you can narrow that down?

22      A.  It's work.  I do so much of it, I couldn't tell

23  you.  I'm sure it was from some training session

24  somewhere.  When we do -- we do monthly cross-training

25  with each session.

Page 50

1      Q.  Do you agree with Mr. Paige that the system log

2   files show that the Windows computer was updated after

3   you first received the Strike 3 subpoena?

4              MR. EDMONDSON:  Objection, vague as to the

5      term, subpoena.

6   BY MR. WAUGH:

7      Q.  ████████ can you answer that?

8      A.  I don't even know what -- so subpoena, what's --

9   which is subpoena, because I've seen so many documents,

10  I have no idea which document you're talking about.

11     Q.  Do you agree that the system log files show that

12  the Windows computer was updated after you first

13  received notice of the start of this litigation?

14     A.  When would you classify the start of this

15  litigation?  What date, is what I'm asking, is the start

16  of this litigation?

17     Q.  I'm just going to give you some dates then.  Do

18  you agree that the system log files show that the

19  Windows computer was updated after January 2019?

20     A.  Sure.

21     Q.  Do you agree that the system log files show that

22  the Windows computer was updated after January 2020?

23     A.  Yes.

24     Q.  Do you remember when you filed a counterclaim in

25  this lawsuit?

Page 51

1      A.  No.

2      Q.  Okay.  Are you aware that you have a counterclaim

3   in this lawsuit?

4      A.  Yes.

5      Q.  All right.  Do you agree the system log files

6   show that the Linux operating system was installed on

7   your hard drive after you first received notice of this

8   lawsuit?

9      A.  Are you talking about the federal lawsuit or the

10  state lawsuit?  Because I only know -- I installed that

11  operating system after the state lawsuit.  I didn't know

12  about the federal lawsuit.

13     Q.  Okay.

14     A.  Which I thought was withdrawn, so...

15     Q.  Which did you think was withdrawn?

16     A.  The state lawsuit.

17     Q.  Okay.  When did you first become aware of the

18  fact that your Windows operating system had been

19  automatically updated?

20     A.  Everyday.  My -- I don't turn off updates.  I

21  allow the system to update itself.

22     Q.  Were you aware five years ago that your Windows

23  operating system automatically updates?

24     A.  Yes.  Microsoft has been pushing updates since

25  WindowsXP.

Page 52

1    Q.  When did you first become aware of the fact that

2    the Linux operating system had been installed --

3    actually, strike that.

4         Let me look through my notes.  And jump ahead a

5    little but, I'm not sure if some of these questions I am

6    going to ask.

7              MR. WAUGH:  Actually, would you mind if we

8         take a five-minute break?

9              MR. EDMONDSON:  No, that's fine.

10             (A recess was taken from 4:48 p.m.

11             to 4:55 p.m.)

12             MR. WAUGH:  All right.  So I'm going to skip

13        some of the questions.  I'll represent I think we're

14        a little more than halfway through, just FYI.  Maybe

15        a whole lot more, I don't know.

16   BY MR. WAUGH:

17   Q.  ████████  have you taken any measures to preserve

18   data on your hard drive that existed during the alleged

19   period of infringement?

20   A.  I'm not an expert.  Like, again, I'm not an

21   expert in preserving data for federal courts.  I see no

22   need to -- again, I didn't know about federal case until

23   July.  If you're talking about my previous infractions,

24   I had no knowledge of that, so I had no need to

25   preserve.

Page 61

1    A.   Yes and no.  I don't have enough storage on my
2    system to accommodate for that.
3    Q.   I guess I don't understand.  If you don't have
4    enough storage on your system, why is it that you need
5    to ingest more than once?
6    A.   Oh, because, again, I don't have enough storage.
7    Once -- the ingestion for Autopsy is large.  Normally,
8    in the matter of -- is like about 75 gigs once it
9    ingests all the files.  And then on top of that, the
10   image of the actual operating system is 250 gigs because
11   the drive is 250 gigs.  I just don't have enough storage
12   on my personal computer for that.
13   Q.   Maybe I'm not understanding, it wouldn't be the
14   first time.  But why would you have to do it -- what I'm
15   assuming, as a lawyer and a layperson, is that when you
16   ingest, you're creating the universe of data that you
17   want to search; is that right?
18   A.   You're creating the metadata of the files.  It's
19   not extracting the actual files of the image, you're
20   creating a database, basically.  Actually, a sequel
21   light database that is huge.  All it does is it extracts
22   all the metadata.  So when you actually want to do an
23   extraction of the file, you still need the image itself.
24        So all this metadata it produces is quite large.
25   The problem I have is I don't have storage.  So whenever

1    I move onto the next image, I have to delete a lot of

2    the files to move onto the next image just because I

3    don't have the storage.  I don't buy computers with

4    large storages.  I don't really need large storages,

5    because I don't store data like that.

6        Q.  So how many times would you have had to go

7    through that process when you conducted the searches in

8    this case?

9        A.  I can't remember, it's a few times.  Every time

10   Strike 3 comes back asking for more data, usually.

11       Q.  During your use of Autopsy to perform these

12   searches, did you use Autopsy unaltered, straight out of

13   the box, so to speak?

14       A.  Yes.  I downloaded it straight from Sleuth Kits.

15   That's the official Autopsy website.  I install it.

16       Q.  Are you -- I apologize.  Were you done with your

17   answer?

18       A.  Uh-uh.  I install it.  Select all the modules it

19   wants to install.  I don't go alter it with external

20   modules, if that's what you're asking.

21       Q.  Yeah.  I mean, were there any plug-ins that you

22   used after you installed Autopsy that you made a part of

23   Autopsy before your searches?

24       A.  No, I just used the standard kit.

25       Q.  During you use of autopsy for the searches, did

800-726-7007                                              305-376-8800