Exhibit 18 - Patrick Paige Deposition Transcripts

Patrick Paige - June 2, 2022

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE MIDDLE DISTRICT OF FLORIDA
 3                       TAMPA DIVISION
 4
 5    STRIKE 3 HOLDINGS, LLC, a           )
      limited liability company,          )
 6                                        )
                      Plaintiff,          )
 7                                        )
            -vs-                          ) CASE NO.
 8                                        ) 8:20-cv-00676-MSS-
      JOHN DOE subscriber assigned        ) CPT
 9    IP address 47.197.99.186, an        )
      individual,                         )
10                                        )
                      Defendant.          )
11    _____)
12
13
14
15                 DEPOSITION OF PATRICK PAIGE
16                   Thursday, June 2, 2022
17                         1:03 p.m.
18
19
20
21
22
23   REPORTED BY:
     ERIKA SJOQUIST, CSR, RPR, CRR
24   CA CSR No. 12350 * WA CSR NO. 3645
     GA CSR NO. 5991-4256-1008-8448
25   File No.  5262203
```

Page 1

```
 1   in preparation of your report?
 2        A    No.
 3        Q    Did you interview David Williamson in
 4   connection with his operation of VXN Scan?
 5        A    I just reviewed his declaration.
 6        Q    Did you interview Jessica Fernandez with regard
 7   to our operation of VXN Scan?
 8        A    We've had discussions about how it works, but
 9   just on a basic standpoint.
10        Q    What did she tell you?
11        A    Simply what's basically in the declaration that
12   I reviewed with David Williamson.
13        Q    Can you be more specific?
14        A    That's about it that I can recall.
15        Q    Did she send you any communications regarding
16   VXN Scan?
17        A    Not that I can recall.
18        Q    When did you first start working with Strike 3
19   Holdings?
20        A    It's been a couple years.
21        Q    Do you recall when you filed your first
22   declaration for Strike 3 Holdings?
23        A    No.
24        Q    How many declarations have you filed for Strike
25   3 Holdings?
```

Page 12

Patrick Paige - June 2, 2022

```
 1       A    I don't know offhand.
 2       Q    Are you able to estimate?
 3       A    Not really.
 4       Q    Would you -- would it be fair to say you filed
 5   more than a thousand declarations on behalf of Strike 3
 6   Holdings?
 7       A    I don't know.
 8       Q    In this particular case, prior to this
 9   deposition, did you review your declaration that you
10   filed in this case?
11            MR. WAUGH:  Object to form.
12            MR. EDMONDSON:  What's that?
13            MR. WAUGH:  Object to form.
14            MR. EDMONDSON:  Okay.  I'll restate.
15   BY MR. EDMONDSON:
16       Q    Mr. Paige, do you recall filing a declaration
17   on behalf of Strike 3 Holdings in this case?
18            MR. WAUGH:  Object to form.
19   BY MR. EDMONDSON:
20       Q    Do you understand the question, Mr. Paige?
21       A    Yes.
22       Q    Okay.  Do you recall filing -- do you recall
23   filing a declaration --
24       A    And I said yes.
25       Q    Okay.  It -- maybe a better statement was do
```

Page 13