**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | Civil Action |
| | § | No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § | |
| Defendant. | § | |

**DECLARATION OF JOHN DOE**

**IN SUPPORT OF THE OPPOSITION TO STRIKE 3's DAUBERT MOTION**

**(ECF 113)**

I, Defendant, JOHN DOE, infringer identified as using IP address 47.197.99.186, ("John Doe" or "Defendant"), declare as follows under 28 U.S.C § 1746:

1. I am employed for a military defense contractor in the Tampa metropolitan area. I have not been specially employed to provide expert testimony in this case. I am the defendant in this matter.

2. I work in the computer department at the military defense contractor and I have been asked to conduct forensic examinations on hard drives at work.

3. I have a certificate in computer forensics from the EC Council. Attached is the course brochure for the course attached as Exhibit A and my certificate as

Exhibit B.

4. The courses offered by the EC Council are substantive. First the have been approved by the DOD. Second the course fee is in the thousands of dollars and the qualification examination fee is excess of $ 500.00.

5. I indicate my skills on the disclosure provided to Strike 3's counsel on April 2, 2022 and subsequent reports.

6. I have described in detail the methodology I have used looking for Strike 3's material on my media. I ingested all media with Autopsy software. A well-recognized digital forensic software and used by law enforcement, military, and corporate examiners. The software is opensource and can be obtain at https://www.sleuthkit.org/autopsy/.

7. The media analyzed were
   a. Desktop PC Hard Drive
   b. Laptop Hard Drive
   c. iPhone XS Max backup
   d. iPad Pro backup
   e. Archive backup of Google Drive
   f. Archive backup of iCloud
   g. Archive backup of OneDrive
   h. Ten USB Thumb/Flash Drives

      i. ADATA Drive

8. Autopsy was configured with the following setting to provide maximum searching capabilities to include the analysis of files, directories, and unallocated space, carving of the drive, and hash searches.

    a. 

9. The search strings applied were:

   a. Generic Terms

      i. "blacked"

      ii. "tushy"

      iii. "vixen"

      iv. "torrent"

      v. "uTorrent"

   b. "47.197.99.186"

   c. File Hashes x 36:

      i.

```
79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08
87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7
99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3
8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77
7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259
7BEF5A3895E0FFFD2FCA78ACEC82FAC1AFCEFC967ABAA2871436BDB11313B93A
4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF
B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43
B77D07613A425B5993A2D29AE13BC9F054DAD71299D8A311D6875EB8402F3A40
7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09
126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9
C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E
F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD
19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69
71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031
21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C
E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA
8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD
F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71
607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46
3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA
ACD88B01F6ACB711B9E2997EF496DA8250303EFCDB9E72A62EECB08FCDFA264C
6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672
9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED84295567 1C8DC
77E1C58F714F35C3EFFA1FA2F5D1847D54125BB890A9E61A33C29470B5D17C06
2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005
7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7
EF3A73048B0184B7C4D9656A7567DE47ED9BA8D5E02177FEFBC9E02C13F4AC57
40937B150B738D87E4A4CA057E601DD87F8FDA659E5857E72295157523CCBD03
BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE
D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017
1B9A2834405915E7807C6ED61E0F169A9412DDE8933AA36870C7234A024917DD
DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872
F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A
37312323FFE89A3644402CC100788AC973D97D7A92C089EB5E0234601C8F8263
CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9
```

d. Info Hashes x 36:

i. 

```
B32F801C60CBF97AEAC7342AD563D34DDCFC228C
03D90B360F20E11A32C88D605278FA28455E400C
5463DF03D918B469190A59518CDCF7E245D6494C
B426DA516B5F87C97B1C1D5732F040BC16B1F5A4
AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B
6A5291E37ABD63DC4D92C660B3A49EF5862C1837
83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E
999C03253CE0755916BEA619580CA77216F552E6
C203656C0D2C73A54BCABB644B2D7EF6AD9551D0
12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E
CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E
288EBA072091AF90DF7E22989C4BC66087B2C773
381BDB453192B9B75233C9EE50A69C3D78761F29
FB6DBC133B88CAB909D2CD961826DA53D1C97B46
D180CCB76299423461544F293503A24A3ECBAE97
AF5E9F5A7C0F50A3A0CCCA08C875B36921047704
3000CA5DB618894F3AE2C4F4EA9962D7268B229A
D688340236811F64E8637A5AFF159570F1648994
C5BA5E243166DB830E399E8739882FEE8D0A6D84
21B9DD1AD65C9340920B31128D91CA3F85913384
73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B
A976917AAA3DF889DAC82884342A1AFCD85ACB2A
81CEC78AE99A723C68332182E337F15D1D260069
9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0
6F0F2340162AC6B591329AF430B79D1FC4342E6A
EC977E2980F8945172E61F868899C59CE850C90F
15C91360B96EC4FC534313AD0435C151DAE55696
22B004FAAAA818AE2F276048DA0C2CF2E207D30D
ECC9C2619550E5D10364EB9744BB890208E64BA9
5DF8FA648DEEAE1D73E962DB195061E646F82B4E
727C2698471403826A0D17EAF0010FFEAD561BCC
03397467CF6E2093F8E2DBAECF41F4C1132B83E3
715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94
1BB2EF62252597B1353F2947F015A86982A0E19F
CD83AB483325A6F63DA48001AB2A6C48DC35F461
C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D
```

10. The generic searches produced many false positives. The files were extracted and analyzed against the copyright materials. The extracted files were produced to the plaintiff.

11. The IP address, file hashes, and info hashes did not produce any results.

12. Autopsy compared the SHA 256 Hashes of all the files ingested and produced no results base on the file hashes. The application carved through the files and unallocated space.

BY: ____________________________
John Doe, Declarant
August 10, 2022

# Exhibit A

# Course Outline

C|HFI™ v10
Computer Hacking Forensic INVESTIGATOR

# When Hackers Are **SMART,** Investigators Need To Be **SMARTER.**

Lead The Digital Forensics Movement By Becoming A **Computer Hacking Forensic Investigator** With **EC-Council.**

     

CAGR 15.9%

USD 4.6 Billion

USD 9.7 Billion

2018

2023

**Digital Forensic Market Growth**

Every crime leaves a digital footprint, and we have the skills to track those footprints. Every crime leaves a digital trail and with EC Council's CHFI v10, you will learn to unravel these pieces of evidence, decode them and report them. From decoding a hack to taking legal action against the perpetrators, you will be an active respondent in times of cyber-breaches.

With organizations rapidly adopting new digital technologies and cyberattacks being a prime risk factor*, it is no surprise that computer forensics is the need of the hour. The estimated growth of the worldwide forensics market is projected at USD 9.7 billion by 2023*.

[1]: World Economic Forum Report 2021

[2]: https://www.marketsandmarkets.com/Market-Reports/digital-forensics-market-230663168.html

# Seek. Solve. Submit.

## Choose EC Council's CHFI v10.

### Maximize your career in Digital Forensics.

CHFI v10 includes all the essentials of digital forensics analysis and evaluation required for today's digital world. From identifying the footprints of a breach to collecting evidence for a prosecution, CHFI v10 walks students through every step of the process with experiential learning. This course has been tested and approved by veterans and top practitioners of the cyber forensics industry.

CHFI v10 is engineered by industry practitioners for both professionals and aspiring professionals alike from careers including forensic analysts, cybercrime investigators, cyber defense forensic analysts, incident responders, information technology auditors, malware analysts, security consultants, and chief security officers.

# With our years of expertise and experience, comes CHFI v10.

## ANSI 17024 accredited Certification Program | Mapped to the NICE 2.0 framework | Recognized by the DoD under Directive 8570

- Includes critical modules in Dark Web Forensics and IoT Forensics
- More than 50% of new and advanced forensic labs
- Extensive coverage of Malware Forensics (latest malware samples such as Emotet and EternalBlue)
- Latest forensic tools including Splunk, DNSQuerySniffer, etc.
- Significant coverage of forensic methodologies for public cloud infrastructure, including Amazon AWS and Microsoft Azure
- In-depth focus on Volatile and Non-volatile data acquisition and examination process (RAM Forensics, Tor Forensics, etc.)
- More than 50GB of crafted evidence files for investigation purposes
- New techniques such as Defeating Anti-forensic technique, Windows ShellBags including analyzing LNK files and Jump Lists
- Massive updates on all modules in CHFI
- Accepted and trusted by cybersecurity practitioners across the Fortune 500 globally

     

# Valued by Leading Organizations Across the World

# Industries that prefer CHFI professionals

 e-Businesses

 Legal Firms

 Banking and Finance

 Law Enforcement

 Government Agencies

 Information Technology

 Defense and Security

 Digital Forensics Service Providers

      

# Why CHFI v10?

- EC-Council is one of the few ANSI 17024 accredited institutions globally that specializes in Information Security. The Computer Hacking Forensic Investigator (CHFI) credential is an ANSI 17024 accredited certification.
- The CHFI v10 program has been redesigned and updated after a thorough investigation into current market requirements, job tasks analysis, and the recent industry focus on forensic skills.
- It is designed and developed by experienced subject matter experts and digital forensics practitioners.
  - CHFI v10 program includes extensive coverage of Malware Forensics processes, along with new modules such as Dark Web Forensics and IoT Forensics.
  - It also covers detailed forensic methodologies for public cloud infrastructure, including Amazon AWS and Azure.
  - The program is developed with an in-depth focus on Volatile data acquisition and examination processes (RAM Forensics, Tor Forensics, etc.).
- CHFI v10 is a complete vendor-neutral course covering all major forensics investigation technologies and solutions.
- CHFI has detailed labs for a hands-on learning experience. On average, 50% of training time is dedicated to labs, loaded on EC-Council's CyberQ (Cyber Ranges).
- It covers all the relevant knowledge bases and skills to meet regulatory compliance standards such as ISO 27001, PCI DSS, SOX, HIPPA, etc.
- It comes with an extensive number of white papers for additional reading.
- The program presents a repeatable forensics investigation methodology from a versatile digital forensic professional, increasing employability.
- The courseware is packed with forensics investigation templates for evidence collection, the chain of custody, final investigation reports, etc.
- The program comes with cloud-based virtual labs, loaded on advanced Cyber Ranges, enabling students to practice various investigation techniques in real-time and realistically simulated environments.

# Course Outline

**Module 01**

Computer Forensics in Today's World

**Module 02**

Computer Forensics Investigation Process

**Module 03**

Understanding Hard Disks and File Systems

**Module 04**

Data Acquisition and Duplication

**Module 05**

Defeating Anti-Forensics Techniques

**Module 06**

Windows Forensics

**Module 07**

Linux and Mac Forensics

**Module 08**

Network Forensics

**Module 09**

Investigating Web Attacks

**Module 10**

Dark Web Forensics

**Module 11**

Database Forensics

**Module 12**

Cloud Forensics

**Module 13**

Investigating Email Crimes

**Module 14**

Malware Forensics

**Module 15**

Mobile Forensics

**Module 16**

IoT Forensics

    

# Training @ EC Council with CHFI v10

### iLearn (Self-Study)

This solution is an asynchronous, self-study environment that delivers EC-Council's sought-after CHFI digital forensics training courses in a streaming video format.

### iWeek (Live Online)

This solution is a live, online, instructor-led training course, allowing students to attend the CHFI digital forensics training course from anywhere with an internet connection.

### Master Class

This solution offers the opportunity to learn Certified Hacking Forensic Investigator from world-class instructors in collaboration with top digital forensics professionals.

### Training Partner (Instructor led training)

CHFI v10 is available globally through EC-Council's Authorized Training Partners. Conveniently located in your area, this offers you the benefit of learning from experienced certified EC-Council instructors along with your peers to gain real-world skills.

### Academia

This solution offers CHFI v10 through EC-Council Academia Partner institutions and is for students enrolled in applicable college or university degree programs.

### CHFI Exam Details

Number of Questions: **150**

Test Duration: **4 hours**

Test Format: **Multiple choice**

Test Delivery: **EC-Council Exam Portal**

### Recommended Prerequisites

- IT/forensics professionals with basic knowledge of IT/cybersecurity, computer forensics, and incident response.
- Knowledge of Threat Vectors.

     

# CHFI v10 – Recommended by the very best.

## Recommendations / Accreditations / Mapping

The National Initiative for Cybersecurity Education (NICE)

American National Standards Institute (ANSI)

Committee on National Security Systems (CNSS)

United States Department of Defense (DoD)

National Infocomm Competency Framework (NICF)

MSC

KOMLEK

American Council on Education (ACE)

## Testimonials

"It is my pleasure to take the time to praise the EC-Council for having such a magnificent class, specifically THE Computer Hacking Forensic Investigator course. The course had an abundance of information, utilities, programs, and hands on experience. I am a consultant at Dell and we do have a lot of technical training, but I must comment that this one is one of the best trainings I have seen in several years. I will definitively recommend this course to all my colleagues.

***- Hector Alvarez, CHFI, Enterprise & Storage Consultant, Dell Corporation, Austin, Texas***

"All the treatment has been excellent, the material and the content of the course overcomes my expectations. Thanks to the instructor and to Itera for their professionalism.

***- Sergio Lopez Martin, CHFI, Security Sales, IBM, Spain***

"CHFI is a certification that gives an complete overview of the process that a forensic investigator must follow when is investigating a cybercrime. It includes not only the right treatment of the digital evidence in order to be accepted in the Courts but also useful tools and techniques that can be applied to investigate an incident.

***- Virginia Aguilar, CHFI, KPMG, Madrid***

"The Computer Hacking Forensic Investigator (CHFI) certification has been instrumental in assuring both my company and our clients that my skillset is among the elite in the cyber security and response profession. The CHFI allows my company to readily identify to our DoD clients that our team is trained to perform the rigorous functions required of cyber threat response team. Our company can now better brand our capability to investigate cyber security incidents, perform computer/malware forensic analysis, identify active threats, and report our findings.

***- Brad W. Beatty, Cyber Security Analyst, Booz Allen Hamilton, USA***



# About EC-Council

EC-Council's sole purpose is to build and refine the cybersecurity profession, globally. We help individuals, organizations, educators, and governments address global workforce problems through the development and curation of world-class cybersecurity education programs and their corresponding certifications and provide cybersecurity services to some of the largest businesses globally.

Trusted by 7 of the Fortune 10, 47 of the Fortune 100, the Department of Defense, Intelligence Community, NATO, and over 2000 of the best Universities, Colleges, and Training Companies, our programs have proliferated through over 140 Countries and have set the bar in cybersecurity education.

Best known for the Certified Ethical Hacker program, we are dedicated to equipping over 230,000 information age soldiers with the knowledge, skills, and abilities required to fight and win against the black hat adversaries. EC-Council builds individual and team/organization cyber capabilities through the Certified Ethical Hacker Program, followed by a variety of other cyber programs including Certified Secure Computer User, Computer Hacking Forensic Investigator, Certified Security Analyst, Certified Network Defender, Certified SOC Analyst, Certified Threat Intelligence Analyst, Certified Incident Handler, as well as the Certified Chief Information Security Officer.

We are an ANSI 17024 accredited organization and have earned recognition by the DoD under Directive 8140/8570, in the UK by the GCHQ, CREST, and a variety of other authoritative bodies that influence the entire profession. Founded in 2001, EC-Council employs over 400 people worldwide with 10 global offices in the USA, UK, Malaysia, Singapore, India, and Indonesia. Its US offices are in Albuquerque, NM, and Tampa, FL.

Learn more at **www.eccouncil.org**

     

© 2021 EC-Council. All rights reserved.
EC-Council and CHFI logos are registered trademarks or trademarks of EC-Council in the United States and/or other countries.

# Exhibit B

# Certificate



Certification Number
**ECC4759608231**

EC-Council
CEH
Certified Ethical Hacker
Certified Ethical Hacker

This is to acknowledge that

has successfully completed all requirements and criteria for

**Certified Ethical Hacker**

certification through examination administered by EC-Council

Issue Date: **23 May, 2019**

Expiry Date: **31 May, 2025**

ANSI ACCREDITED
#0732
ISO/IEC 17024
Personnel Certification Program

Sanjay Bavisi, President