# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff/Counter-Defendant,

v.

JOHN DOE infringer assigned IP address 47.197.99.186, an individual,

    Defendant/Counter-Plaintiff.

_____/

## PARTIES' STIPULATION OF AGREED MATERIAL FACTS FOR CROSS MOTIONS FOR SUMMARY JUDGMENT

Plaintiff, Strike 3 Holdings, LLC and Defendant, John Doe, collectively "the Parties," submit this Stipulation of Agreed Material Facts for the Parties' Cross-Motions for Summary Judgment pursuant to Paragraph II.G.1. of the Court's Third Amended Case Management and Scheduling Order [DE 86].

### STIPULATED MATERIAL FACTS

1. Defendant is a customer of Frontier.

2. Defendant is technologically knowledgeable and has obtained various certifications in technological skills.

3. Defendant listed "VPN" under industry knowledge on his LinkedIn profile.

4. Defendant listed "VMware" and "VMware ESX" under "Tools & Technologies" on his LinkedIn profile.

5. Defendant's LinkedIn identified him as a "Network Infrastructure Engineer."

6. On December 9, 2021, Plaintiff notified Defendant of its intent to serve a subpoena on PIA. *See* [DE 114-5].

| | |
|---|---|
| Dated: August 26, 2022 | Dated: August 26, 2022 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Christian W. Waugh<br>Christian W. Waugh [FBN 71093]<br>WAUGH GRANT PLLC<br>201 E. Pine Street, Suite 315<br>Orlando, FL 32801<br>Email: cwaugh@waughgrant.com<br>Telephone:  321-800-6008<br>Fax:   844-206-0245 | /s/ J. Curtis Edmondson<br>J. Curtis Edmondson (CSB 236105)<br>Edmondson IP Law<br>490 NW Oak Hills Dr.<br>Beaverton, OR 97006<br>503-336-3749/ FAX: (503) 482-7418<br>jcedmondson@edmolaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, a true and correct copy of the following documents was served on Defendant's counsel by email via CM/ECF.

/s/ Christian W. Waugh