# Exhibit 4 - Patrick Paige Arrest Record

Case 8:20-cv-00676-MSS-CPT   Document 137-4   Filed 03/26/22   Page 2 of 7 PageID 3883
Case 8:14-cv-01580-VMC-TBM   Document 137-2   Filed 02/22/16   Page 2 of 4 PageID 1259

Internal Investigation Report Form : CJST Form #78                                    Page 1 of 2



# INTERNAL INVESTIGATION REPORT
Incorporated by Reference in Rule 11B-27.003(2)(a), F.A.C.

**FDLE**
Florida Department of Law Enforcement



CJSTC 78

Please type or print in black or blue ink and use capital and small letters for names, titles, and addresses

## OFFICER

1. Social Security Number:
2. Officer's Name: **Paige, Patrick L**
3. Officer's Last Known Address:
4. Officer's Telephone Number:

## AGENCY

5. Agency ORI: **FL0500000**
6. Agency Name: **Palm Beach County Sheriff's Office**
7. Agency Contact Person: **Supervisor James Phillips**
8. Agency Contact Person's Telephone Number: **561-688-3035**
9. Agency FAX Number: **561-688-3059**

## VIOLATION - ALLEGATION

10. Nature of Allegation(s): **Patrick Paige is alleged to have received an illegal, un-prescribed shipment of Hydrocodone, which was delivered to a Palm Beach County Sheriff's Office sanctioned Post Office Box, located in West Palm Beach, and under the alias of Kevin Michael Reid.**

11. Agency Disposition: Sustained - (Violation of Section 943.13(4) or (7) or Rule 11B-27.0011, F.A.C.) ☒

    Sustained - (Violation of Agency Policy) ☐    Not Sustained ☐    Unfounded ☐    Exonerated ☐

12. Limitation Period for Disciplinary Action:    Date Internal Investigation Initiated:    Date Internal Investigation Completed:

    Exception to limitation period for disciplinary action: Place a check mark by the exception to limitations that apply    **Days Tolled**

    ☐ Written waiver of limitation by officer

    **196**

    ☐ Officer incapacitated or unavailable
    ☐ Multi-jurisdictional investigation
    ☐ Emergency or natural disaster as declared by the Governor

14. Agency Disciplinary Action: **Termination**

15. If the allegation has been sustained and determined to be a violation of Section 943.13(4) or (7), F.S. or Rule 11B-27.0011, F.A.C., attach and forward the following documentation to the Florida Department of Law Enforcement.

    ☒ Summary of the Facts          ☒ Internal Investigation Report          ☐ Name & Address of Witness
    ☐ Witness Statement/Disposition  ☐ Certified Court Documents             ☒ Other Supportive Information

**NOTICE:** Pursuant to Section 943.1395(5), F.S., an employing agency must conduct an internal investigation when having cause to suspect that an officer it employs is not in compliance with Section 943.13(4) or (7), F.S. or Rule 11B-27.0011, F.A.C. If the investigation is sustained, the employing agency must forward a report to the Commission as specified by Rule 11B-27.003.

16. Agency administrator's signature: *[signature]*
17. Date Signed: **9.23.11**

https://www.fdle.state.fl.us/ATMS2/Forms/CJSTC78.asp?person_nbr=65321&ssn=▓▓▓.    9/22/2011

James Phillips - Supervisor

18. Agency administrator's name and title

Effective 1/1/1993

Form Effective Date: 6/9/2008

RIC L. BRADSHAW, SHERIFF

## PALM BEACH COUNTY SHERIFF'S OFFICE
## NOTICE OF TERMINATION OF EMPLOYMENT

Detective Patrick Paige:

This letter shall act as formal notice that your appointment/employment with the Palm Beach County Sheriff's Office is ***terminated***, effective **09/09/2011 at 0900 hours.**

You are being noticed of this disciplinary action pursuant to F.S.S. 112.532 (4).

This action is based upon the issues contained within the Division of Internal Affairs **Case# IA 10-116** where charges were investigated and sustained administratively.

Effective immediately, you may not take any actions in any manner that would represent the Sheriff or the Sheriff's Office of Palm Beach County. You are also noticed that you cannot possess any item owned or in the inventory control of Palm Beach County Sheriff's Office.

Your signature below indicates you agree to comply with the above stipulations. You will be provided with a copy of this letter.

Respectfully,

Lt. Mark Alexander, 4723
Lieutenant Mark Alexander
Officer In Charge
Domestic Violence/Victim Witness

(Employee)

9-9-11
(Date)

cc: Case




Case 8:14-cv-01580-VMC-TBM Document 117-2 Filed 02/22/16 Page 4 of 4 PageID 1262

PALM BEACH COUNTY
SHERIFF'S OFFICE
RIC L. BRADSHAW, SHERIFF

# PERSONNEL COMPLAINT REPORT

Date of Complaint: December 1, 2010 Case #: IA 10-116 How Received: Internal Memo

Complainant's Name: IA Commander

Address: Division of Internal Affairs, West Palm Beach, FL

Allegation(s):

It is alleged Detective Patrick Paige received an illegal, un-prescribed shipment of Hydrocodone, which was delivered to a PBSO sanctioned Post Office Box, located in West Palm Beach, and under the alias of "Kevin Michael Reid."

Authorizing Investigation: SHERIFF RIC L. BRADSHAW, PALM BEACH COUNTY SHERIFF'S OFFICE

How Assigned:

Internal Affairs Investigation (IA)

| DATE / TIME OF INCIDENT: | LOCATION OF INCIDENT: |
|---|---|
| December 1, 2010 | Palm Beach County |

| Employee(s) Involved: | Assignment at Time of Incident: |
|---|---|
| Detective Patrick PAIGE (I.D. 4278) | Special Investigations (5070) |
| | |
| | |

Investigator Assigned:

Sergeant Matthew King (IA)

Palm Beach County Sheriff's Office Rule & Regulation Violation(s)

| | | | |
|---|---|---|---|
| 1 | [redacted] | | |
| 2 | IX (33) Miuse of Public Position | | |
| 3 | V (1) Standard of Conduct | | |
| | | | |

FINAL DISPOSITION OF INVESTIGATION:

| | |
|---|---|
| | Incident Review (Information Only): |
| | Exonerated Regarding: |
| | Unsubstantiated Regarding: |
| | Unfounded Regarding: |
| X | Sustained Regarding: ALL LISTED ITEMS #1, #2, AND #3 |

[signature] 7/1/11
Signature of Approving Authority (Sheriff/Designee) Date
R. A. Van Reeth, ID 7984

FINAL DISCIPLINARY ACTION TAKEN BY AGENCY:

| | | | |
|---|---|---|---|
| Termination: | Resignation: | Demotion: | Suspension / # of HoursSus |
| Written Reprimand: | Verbal Reprimand: | Training Counseling: | Verbal Counseling: |
| No Action: | Information Only: | Other: | |

[signature] 9/7/11
Signature of Approving Authority (Sheriff/Designee) Date

COPY

Case 8:20-cv-00676-MSS-CPT Document 137-4 Filed 08/26/22 Page 6 of 7 PageID 3887
Case 8:15-cv-04441-WHA Document 156-1 Filed 02/16/17 Page 5 of 31

Hot Rate® Economy Car in Kahului
From $11.99
SEE DEALS
Based on national rates

Recommend 2
Tweet
0
G+1

# Detective accused of possessing hydrocodone pills

*The 21-year veteran hunted sex offenders online*

March 9, 2011 | By Wayne K. Roustan, Sun Sentinel

A 21-year veteran Palm Beach County Sheriff's Office detective was charged on Tuesday with possessing hydrocodone without a prescription, according to the Sheriff's Office.

Patrick Paige, 47, was an undercover detective who patrolled the Internet for child pornographers and pedophiles.

Now he is accused of taking delivery of 70 painkillers that were marked "Watson 853." They were ordered online and sent to a UPS mailbox that was rented by the Palm Beach County Sheriff's Office in Palm Springs, according to investigators.

The report stated, "The pills were in multiple envelopes and wrapped in carbon paper to hide the contents from X-ray machines."

The pills were addressed to the alias Paige uses when working undercover online, investigators said.

Some of Paige's prominent Palm Beach County cases included the conviction of a rabbi, Jerrold Levy, for trying to meet a 14-year-old boy for a sexual encounter; a sports reporter, Arthur Claps, charged with arranging an online tryst with a 14-year-old girl; and an artist, Hong Wang, accused of sexually molesting an 8-year-old girl in some of the 150 videos and 2,000 images of child pornography Paige found on Wang's computer.

The hydrocodone was discovered in late November when a deputy and his K-9 were conducting routine parcel inspections at the UPS warehouse, in the 2000 block of Avenue P in Riviera Beach. The dog, Misty, alerted to the white UPS Next Day Air package, according to a Sheriff's Office report.

Paige had been calling the UPS store to find out if his package had arrived, store manager Wilson Sanon told investigators.

Investigators placed the package in the mailbox and Paige was called to come pick it up. On Dec. 1, Palm Beach County Sheriff's Office narcotics detectives made the arrest, according to the report.

Paige refused to speak to investigators and has been on administrative leave since then, according to Sheriff's Office spokeswoman Teri Barbera.

*wkroustan@tribune.com or 561-243-6623*

## Related Articles

Limbaugh's Hardly Getting The Bum's Rush
*March 11, 2004*

Man shoots himself after fleeing detective, Palm Beach...
*February 11, 2010*

Sheriff's Office: Deputy Showed Porn To Teens In Jail
*May 23, 2009*

Inmate Questioned In 1990 Killing
*April 15, 2005*

Video maker charged with elderly abuse
*April 23, 2008*

**From the Web**

Sponsored Links by Taboola

**The Hearing Aid of the Future is Here**
**hear.com**

DISPOSITION: OPEN
DIVISION: NARCOTICS DIVISION

DRUG POSS/SELL CODE: 350A DATE: 11/30/10 TUESDAY
ZONE: B31 GRID: DEPUTY ID.: ASSIST: TIME D 0001 A 0001 C 0001
OCCURRED BETWEEN DATE: 11/30/10 , 0900 HOURS AND DATE: 12/01/10 , 2200 HOURS
EXCEPTION TYPE:
INCIDENT LOCATION: 3228 GUN CLUB RD APT. NO.:
CITY: WEST PALM BEACH STATE: FL ZIP: 33406
NO. OFFENSES: 01 NO. OFFENDERS: UK NO. VEH. STOLEN: 0 NO. PREM. ENTERED: 0
LOCATION: OTHER
NO. VICTIMS: 01 NO. ARRESTED: 0 FORCED ENTRY: 0

OFFENSE NO. 1 FLORIDA STATE STATUTE: 893 13 1 CIS CODE 350A

ON NOVEMBER 30, 2010 0900 HRS I MET AT THE UPS WAREHOUSE, 2000 AVENUE P, RIVIERA BEACH, FLORIDA. WAS GIVEN A PACKAGE BY UPS SECURITY AND IT WAS BELIEVED TO BE THE SAME NAME AS A PACKAGE THAT WAS DELIVERED EARLIER IN THE MONTH OF NOVEMBER. SET UP A PACKAGE LINEUP FOR MY CANINE PARTNER TO CONDUCT A SEARCH. I USE CANINE TO CONDUCT A CANINE SNIFF OF THE PACKAGES THAT WAS PREPARED BY . CANINE ALERTED ON THE ENVELOPE AND I ASKED TO CONDUCT A CANINE SNIFF WITH HIS CANINE AND CANINE CONDUCTED A NARCOTICS SNIFF OF THE PACKAGE LINEUP AND CANINE ALSO ALERTED TO THE SAME ENVELOPE AS CANINE . THE WHITE UPS PACKAGE HAD A TRACKING NUMBER OF 1Z 31F 2R5 01 6744 5266 AND THE PACKAGE WAS SHIPPED ON NOVEMBER 29, 2010 UPS NEXT DAY AIR. THE ENVELOPE LISTED THE NAME ALEJANDRO CAMACHO AS THE SENDER. THE SENDER'S ADDRESS WAS A UPS STORE NUMBER 0250 LOCATED AT 591 TELEGRAPH CANYON RD., CHULA VISTA, CA 91910-6497. THE ENVELOPE WAS SHIPPED TO

BASED ON CANINE MISTY AND CANINE SHILOH'S NARCOTIC ALERT TO THE PACKAGE I PREPARED A SEARCH WARRANT AND IT WAS REVIEWED BY THE STATE ATTORNEY'S OFFICE AND WAS THEN SIGNED BY JUDGE COOK AT THE COURTHOUSE. AGENT AND I OPENED THE ENVELOPE AND FOUND THAT IT WAS PACKAGED IN A MANNER CONSISTENT WITH ILLEGAL NARCOTICS PARCELS. INSIDE THE UPS CARDBOARD ENVELOPE WAS A BROWN BUBBLE WRAP PACKAGE THAT CONTAINED A SMALLER ENVELOPE THAT CONTAINED TWO PLASTIC WRAPPED PACKAGES. THE TWO SMALLER PLASTIC WRAPPED PACKAGES ALSO CONTAINED CARBON PAPER WRAPPED YELLOW PILLS. THE CARBON PAPER IS UTILIZED TO HIDE THE CONTENTS OF THE PACKAGES FROM X-RAY MACHINES. INSIDE THE SMALLER OF THE TWO PACKAGES CONTAINED 20 YELLOW OBLONG PILLS IDENTIFICATION NAME OF WATSON 853 STAMPED ON THE INDIVIDUAL PILLS. THE LARGER OF THE TWO PACKAGES WRAPPED IN THE CARBON PAPER CONTAINED 50 YELLOW OBLONG PILLS WITH THE NAME OF WATSON 853 STAMPED ON EACH PILL. POISON CONTROL WAS NOTIFIED FOR A POSITIVE IDENTIFICATION OF THE PILLS AND THE TECHNICIAN ID# 68723 ADVISED IT WAS HYDROCODONE SCHEDULE THREE. THE ITEMS WERE TAKEN TO THE PALM BEACH COUNTY SHERIFF'S OFFICE CRIME LAB AND PLACED INTO EVIDENCE ON NOVEMBER 30, 2010 AT 3:55 PM.

ON DECEMBER 1, 2010 AT 1:45 PM I RESPONDED TO 1732 S. CONGRESS AVE., PALM SPRINGS, FL 33461-2140 TO CONDUCT A FOLLOW-UP INVESTIGATION. I MET WITH THE MANAGER, B/M WILSON SANON, DATE OF BIRTH NOVEMBER