UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § § | |
| Defendant. | § § | |

### DECLARATION OF EXPERT JOEL BRILLHART IN SUPPORT OF JOHN DOE'S OPPOSTION TO STRIKE 3'S MOTION FOR SUMMARY JUDGMENT

I, Joel Brillhart, declare as follows:

1. I have been retained as an expert in this case to examine John Doe's media for evidence of Strike 3's Work.

2. I am computer forensics examiner and I have been designated as an expert in this case. My CV was filed with John Doe's Motion for Summary Judgment.

3. I have reviewed Strike 3's Motion for Summary Judgment and the declaration of Patrick Paige in support of Strike 3's Motion for Summary Judgment.

4. Patrick Paige's declaration in support for Strike 3's Motion for Summary Judgement on Page 20 states:

"Based on my examination of all the System Log Files produced, the absence of Windows Event Logs on the Windows-based subject computer prior to November 25, 2020 is consistent with a major installation of an update to the operating system."

5. Strike 3's appears to imply that the destruction of "Windows Event Logs" would destroy Bittorrent Applications, Bittorrent Data (such as .torrent files) and downloaded movie data. This is not the case. A Windows Update would not destroy the applications and the application data (such as .torrent files).

6. Therefore, if John Doe had been using a Bittorrent Application on his computer, a Windows Update would not have deleted the Bittorrent Application, the ".torrent files", and any movies that were downloaded.

7. I inspected John Doe's Windows Computer and did not find any ".torrent files" or evidence of Strike 3's movies that were listed on Exhibit A.

8. Many computers are set up to automatically download and install Windows Updates without the user's interaction. This may have been the case with John Doe's computer.

9. Windows Updates are important for prudent computer users to install to ensure that their computers are not exploited by malware or hackers and that their software applications are patched to prevent security vulnerabilities. Consequences of not installing these updates are potential loss of data, identity theft and damaged

software.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2022 in Hillsboro, Oregon

Joel Brillhart