UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. <u>8:20-cv-00676-MSS-CPT</u> |
| Plaintiff, | § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § § | |
| Defendant. | § § | |

## <u>DECLARATION OF EXPERT DAVID DICKSON IN SUPPORT OF JOHN DOE'S OPPOSITION TO STRIKE 3's MOTION FOR SUMMARY JUDGMENT</u>

I, David Dickson, declare as follows:

1. I have read Strike 3's motion for summary judgment file on July 20, 2022 and entered on the docket at ECF 114.

2. I have been designated as an expert witness in this case and my expert report has been received by Strike 3.

3. I have reviewed all 36 short films provided to me by John Doe's counsel which have been identified by Strike 3 as "Bates 1". Each of these movies are in "mp4" (video) format and are viewable using any number of computer media players.

4.      I have reviewed all of the 36 copyright certificates provided to me by John Doe's counsel which have been identified by Strike 3 as "Bates 4".

5.      I have used a publicly available tool at the Copyright Office to search for all works owned by Strike 3 Holdings. My search of the records on August 24, 2022 shows 1355 Copyright Registrations. The Copyright Office does not display the underlying works associated with the Copyright Registration or provide access to the underlying works.

6.      In the production of mainstream films, the title of the film is part of the film usually at the beginning, which is usually called the "front end credit" or "front end roller". Also, the film would have identify the director and key cast either at the beginning.

7.      By way of example, the film "Margin Call" has this information on the Copyright Office:

> **Type of Work:** Motion Picture
> **Registration Number / Date:** PA0001797347 / 2011-08-11
> **Application Title:** Margin Call.
> **Title:** Margin Call.
> **Description:** 6 film reels ; 35mm.
> **Copyright Claimant:** Margin Call LLC, Transfer: By Written Agreement. Address: 310 Bowery, Second Floor, New York, NY, 10012.
> **Date of Creation:** 2011
> **Date of Publication:** 2011-01-25
> **Nation of First Publication:** United States
> **Authorship on Application:** Jeffrey McDonald Chandor, 1973- ; Citizenship: United States. Authorship: Screenplay Writer, Director.
> **Pre-existing Material:** Copyrighted screenplay was used to produce this film.

**Basis of Claim:** Motion Picture created based on Jeffrey Chandor's script.
**Copyright Note:** C.O. correspondence.
**Names:** <u>Chandor, Jeffrey McDonald, 1973-</u>
<u>Margin Call LLC</u>

8. From the title of this film and the roller credits, one could associate this film with the copyright registration.

9. I have reviewed each of the 36 films and have identified them by their file hash. In this table I make the following notes ("Associated Content" of whether there is information in the content of the film connecting it to a Strike 3 copyright certificate filed in this case:

| | FILE HASH | Associated Content |
|---|---|---|
| 1 | 79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | None |
| 2 | 87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7 | None |
| 3 | 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | None |
| 4 | 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | None |
| 5 | 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | None |
| 6 | 7BEF5A3895E0FFFD2FCA78ACEC82FAC1AFCEFC967ABAA2871436BDB11313B93A | None |
| 7 | 4545A44D68DD5E94AC25FFD84C4110EE84A952FBF15D147C3A16B8393D7BBECF | None |
| 8 | B707565A7B07155F641B6F9D04B5CF088B456914F821B4B7312967FEF8E1AB43 | None |
| 9 | B77D07613A425B5993A2D29AE13BC9F054DAD71299D8A311D6875EB8402F3A40 | None |
| 10 | 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | None |
| 11 | 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | None |
| 12 | C33B12F73EDE6B2928DDAADAB8360F08C1F8825C266E5D06A5B8E5F351889D4E | None |
| 13 | F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | None |
| 14 | 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | None |
| 15 | 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | None |
| 16 | 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | None |
| 17 | E6C211C3E5285BF205B45A674A4CCD75A6773E497C15559E781D1B30CACA34DA | None |
| 18 | 8F058136272BF47AE4215CB2C7439D489FF4E8E92AAD2E8DDDEBCE6296E789AD | None |
| 19 | F85FA20EA3D5DCE116E2BACDD4D186DACBDD85D3AB44C27B658DBBC0819C4B71 | None |
| 20 | 607E813AFC513692CA99D3362D23A42D458E9AB2931661B9AAF58F4F8E75BF46 | None |

| 21 | 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | None |
| 22 | ACD88B01F6ACB711B9E2997EF496DA8250303EFCDB9E72A62EECB08FCDFA264C | None |
| 23 | 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | None |
| 24 | 9DFCEE7F0D7B68230FA013942CE356F37B792EFF1C7A6C435ED842955671C8DC | None |
| 25 | 77E1C58F714F35C3EFFA1FA2F5D1847D54125BB890A9E61A33C29470B5D17C06 | None |
| 26 | 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | None |
| 27 | 7AD677D20438EED1DF05EACADDC3E5462A8B4B088A835F5F84BE54BE80DC88B7 | None |
| 28 | EF3A73048B0184B7C4D9656A7567DE47ED9BA8D5E02177FEFBC9E02C13F4AC57 | None |
| 29 | 40937B150B738D87E4A4CA057E601DD87F8FDA659E5857E72295157523CCBD03 | None |
| 30 | BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | None |
| 31 | D9812DE8B99DBA8CDD8EF04CC5E2BFA310CA71BF155F2C5CC8D38E14C2017017 | None |
| 32 | 1B9A2834405915E7807C6ED61E0F169A9412DDE8933AA36870C7234A024917DD | None |
| 33 | DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872 | None |
| 34 | F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | None |
| 35 | 37312323FFE89A3644402CC100788AC973D97D7A92C089EB5E0234601C8F8263 | None |
| 36 | CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | None |

10. By contrast, Strike 3's Copyright Information at the Copyright.gov (below) and the copyright registration has no descriptive information (See attached Registration certificate) that can one could associate the copyright certificate with the actual work.

                **Type of Work:** Motion Picture
**Registration Number / Date:** PA0002217666 / 2019-12-17
          **Application Title:** Pushing Buttons.
                        **Title:** Pushing Buttons.
                  **Description:** Electronic file (eService)
     **Copyright Claimant:** Strike 3 Holdings, LLC, Transfer: By written agreement. Address: 2140 S. Dupont Hwy, Camden, DE, 19934, United States.
            **Date of Creation:** 2019
      **Date of Publication:** 2019-12-07
**Nation of First Publication:** United States
**Authorship on Application:** GL Web Media, Inc., employer for hire; Domicile: United States. Authorship: production, direction, script/screenplay, cinematography.
Kode Shop, LLC, employer for hire; Domicile: United States. Authorship: editing.

4

**Names:** <u>GL Web Media, Inc.</u>
<u>Kode Shop, LLC</u>
<u>Strike 3 Holdings, LLC</u>

11. Since Strike 3 has filed over 1300 Copyright Registrations it is unknown if the 36 Works are those associated with the Copyright Registrations. More importantly, the 36 "films" may, in fact, be works that have not been registered with the Copyright Office and for which certificates have been issued.

David Williamson states in his "REBUTAL [SIC] EXPERT REPORT" (ECF 114-2) on paragraph 6, that John Doe has received "U.S. Copyright Deposit Copies" of the films. That is not supported by any of the evidence. All John Doe has received is a document marked "BATES 1" with 36 files. There is nothing in the films that can associate this information with the information on the copyright certificates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2022, in Beaverton , Oregon

David Dickson