UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, § | |
| v. § § | |
| JOHN DOE infringer identified as § using IP address 47.197.99.186, § Defendant. § § | |

# DECLARATION OF J. CURTIS EDMONDSON IN SUPPORT OF DEFENDANT'S OPPOSITION TO STRIKE 3's MOTION FOR SUMMARY JUDGMENT

I, J. Curtis Edmondson, declare as follows:

1. I am counsel of record in this matter for John Doe.

2. Exhibit 1 is a true and correct copy of correspondence between Malibu Media and the Copyright Office involving the registration of one of their pornographic films. This document was produced by Malibu Media in the matter of *Malibu Media, LLC vs. John Doe* 15-cv-04441 (ND Cal. 2015).

3. Malibu Media and Strike 3 are almost identical in their operations. Emilie Kennedy filed all of the copyright registrations for Malibu Media and it appears she filed all of the copyright registrations for Strike 3 Holdings, LLC.

4. When a copyright application is filed with the Copyright Office, the movie is

uploaded with the application.   The file ID is also displayed and the file size of

the work used for registration purposes.



5. Strike 3 failed to produce any correspondence or evidence with the copyright office linking the "Control Copies" to the "Registration Certificates".   Strike 3 failed to produce any documents showing what was uploaded to the Copyright Office in support of their copyright applications.

2

6. John Doe requested all assignment information for the 36 films in question. Strike 3 did not produce any of the assignments at the close of discovery, despite the fact that assignments are evidenced by their copyright applications.

7. Strike 3 did not designate Jessica Fernandez as an expert in this case, nor did she serve an expert report.

8. Attached is a true and correct copy of David Williamson's opening report as Exhibit 2.

9. Attached is a true and correct copy of Patrick Paige's opening report as Exhibit 3.

10. Attached is a true and correct copy of Patrick Paige's arrest record and a news article as Exhibit 4.

11. Attached is a true and correct copy of Patrick Paige's trial testimony regarding allegations of conversion of assets of his former business partner attached as Exhibit 5.

12. Attached is a true and correct copy of the IP Address information for IP address showing that it is assigned to an entity other than PIA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ J. Curtis Edmondson
J. Curtis Edmondson

Executed on August 26, 2022 at Beaverton, Oregon.

Respectfully Submitted,

By: /s/J. Curtis Edmondson

Declarant

# Exhibit A -Response to Strike 3 Subpoena