# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § § | |
| Defendant. | § § | |

## DECLARATION OF JOHN DOE IN SUPPORT OF JOHN DOE'S OPPOSITION TO STRIKE 3's MOTION FOR SUMMARY JUDGMENT

I, John Doe, declare as follows under the laws of the United States of America:

1. I am the named defendant, the alleged infringer identified as using IP address 47.197.99.186. I have read Strike 3's motion for summary judgment at ECF 114 and the attached exhibits.

2. I have never downloaded or copied the Works as claimed by Strike 3. Nor have I admitted to infringement of Strike 3's Works in this case. In fact, I executed a sworn Declaration of Non-Infringement on October 21, 2020. This declaration was submitted to Plaintiff's counsel.

3. I have two computer workstations in my house, a "Windows Computer" and a "Linux Computer". The "Windows Computer" was the computer that I used

for interacting with the Internet, browsing, reading emails, etc. The "Linux Computer" was the one I used to learn more about the Linux operating system which is used at work. I cannot train on the work computers because they are operational and are on classified networks.

4. I have other internet connected devices in my house. I have identified all of devices to Strike 3.

5. At the time the Linux computer crashed, in June 2020, I had been informed by my lawyer that Strike 3 had dismissed their lawsuit and there were no lawsuits pending.

6. The Window's Computer's hard drive was never reformatted. Windows does periodic updates that are remotely initiated by Microsoft. The updates do not destroy any applications. By way of example, Microsoft Word, and the Word files created still exist in the same way before and after the Windows Update. Bittorrent is an application like Word. I did not have Bittorrent installed on my computers, but there is nothing to suggest Bittorrent work any differently than Word since they are both applications.

7. During the period of the alleged infringement from July 23, 2019 to December 11, 2019, I had a router with open Wifi. My neighbors had access to this open Wifi. During that time period I have friends over who used this open WiFi.

8. I work for a government contractor in the Tampa Area, and I cannot

access my home computer from work.  My employer requires that I "badge in" and "badge out".

9. I provided to Strike 3 (via my lawyer) my timecards from my work. On these dates of alleged infringement, I was at work or commuting to work for 14 of the 36 alleged infringements.

| Work | File Hashes | UTC | Registration | Local Time EST | Location |
|---|---|---|---|---|---|
| 1 | 79D5BFD438E9B59F937689D76AB3CDE9A5851E28C7894A456A1604E6263C8C08 | 12/11/2019 14:14 | PA0002217666 | 12/11/2019 9:14 | At work on MacDill AFB |
| 2 | 87DBA0FD5AFF962628C4FE3622566A384BDA68D82F6F073ED32D436054FD52E7 | 12/11/2019 11:39 | PA0002217671 | 12/11/2019 6:39 | Commuting to MacDill AFB |
| 3 | 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 11/26/2019 14:43 | PA0002216264 | 11/26/2019 9:43 | At work on MacDill AFB |
| 4 | 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 11/22/2019 13:07 | PA0002199414 | 11/22/2019 8:07 | At work on MacDill AFB |
| 10 | 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 11/1/2019 12:27 | PA0002210293 | 11/1/2019 8:27 | At work on MacDill AFB |
| 13 | F986332CADEA2D7A196623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 10/21/2019 15:50 | PA0002149851 | 10/21/2019 11:50 | At work on MacDill AFB |
| 21 | 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 9/17/2019 5:06 | PA0002203160 | 9/17/2019 1:06 | At work on MacDill AFB |
| 22 | ACD88B01F6ACB711B9E2997EF496DA8250303EFCDB9E72A62EECB08FCDFA264C | 9/16/2019 11:31 | PA0002200698 | 9/16/2019 7:31 | At work on MacDill AFB |
| 23 | 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 9/3/2019 9:49 | PA0002216134 | 9/3/2019 5:49 | Commuting to Home |
| 28 | EF3A73048B0184B7C4D9656A7567DE47ED9BA8D5E02177FEFBC9E02C13F4AC57 | 8/20/2019 18:47 | PA0002216214 | 8/20/2019 14:47 | At work on MacDill AFB |
| 33 | DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872 | 8/5/2019 18:58 | PA0002097978 | 8/5/2019 14:58 | At work on MacDill AFB |
| 34 | F41BE8C6350F2DB9D42BCFC852F0226B8CF802B79821D9C42A3895FCCFC5E94A | 8/5/2019 12:36 | PA0002195513 | 8/5/2019 8:36 | At work on MacDill AFB |
| 35 | 37312323FFE89A3644402CC100788AC973D97D7A92C089EB5E0234601C8F8263 | 8/5/2019 12:20 | PA0002213234 | 8/5/2019 8:20 | At work on MacDill AFB |
| 36 | CCE5D72606498343DCA8F50DCA2E278FFB75C23FDFAA645F013AE5D0F2B253A9 | 7/23/2019 11:04 | PA0002199410 | 7/23/2019 7:04 | At work on MacDill AFB |

10. I work in a classified area at work.  I am unable to remotely "surf" my computer from work.

11. On Page 4 of Strike 3's motion (ECF 114, Page 12 of 43) Strike 3 lists "VPN Software" that they alleged I downloaded.  This information appears to be

3

extracted from Strike 3's "VPN Additional Evidence" file which has approximately 4,500 entries that are purportedly "recorded" on the dates from August 12, 2021 to December 15, 2021 by "IPP".

> a. Avira Phantom VPN Pro 569 27075 Final Incl Crack;
> b. CyberGhost VPN 9803188 Crack;
> c. Express Vpn 8 63 Key only 2018;
> d. Hotspot Shield VPN;
> e. Hotspot Shield VPN Elite 113624 Multilingual Patch;
> f. Hotspot Shield VPN Elite 92415 Patch Keygen;
> g. VPN 365 Free Unlimited VPN Proxy WiFi VPN v1 2 6 Mod AdFree;
> h. Easy VPN v3.0.OSX Mac OS;
> i. Hide My IP 12.4.241 Multilingual Premium VPN + Key;
> j. HMA! Pro VPN 3.2b for Windows (Vista 7 8.1 10);
> k. Hotspot Shield VPN Elite 10.29.13 Multilingual + Patch;
> l. IPVanish VPN 11.8.8 Full Version &10days Free With Cracked; and
> m. IPVanish VPN 11.8.8 Full Version &amp;10days Free With Cracked.

I have been a licensed user of PIA since 2017, I have no need to download these packages since they functionally do the same thing as PIA. I used PIA when I was deployed overseas, typically to the middle-east. Prior to travelling overseas, I would typically test the software at my house.

> 12. On Page 5 of Strike 3's motion (ECF 114, Page 13 of 43) Strike 3
>     alleges that I downloaded the following files:
> a. VMware Workstation 1210 Build 2305331 Final Incl;
> b. VMware Workstation v1400 FULL Serials [TechTools];
> c. VMware Workstation Pro 12.1.1 Build 3770994 + Keys; and
> d. Mac OS X 112 Mavericks for ESXI.

I have been fully licensed user of VM Workstation since I have been certified in VM Ware. I have no need for extra copies of this product.

13. On Page 5 of Strike 3's motion (ECF 114, Page 13 of 43) Strike 3 alleges that I downloaded the following files because I am a Network Infrastructure Engineer:

a. VisualRoutev81d Professional CrackFiSKPiNNE;
b. serverscheckmonitoringsoftware8 0 5 exe; and
c. MATLAB R2018 a [PC] [x64] with Serial Crack.

I use Solarwinds instead of the first two products. I will note that MATLAB is not a Networking tool rather a math modelling tool.

14. On Page 5 of Strike 3's motion (ECF 114, Page 13 of 43) Strike 3 alleges that I am a "Star Wars fan" by reference to these four works:

a. [PsP - CsO] Lego Star Wars [Motionxcitystx] .cso;
b. Star Wars The Rise of Skywalker 2019BRRipXviDAC3EVO[EtMovies]torrent;
c. Rogue One A Star Wars Story 2016 BRRipXviDAC3EVO; and
d. Star Wars Rogue One Adaptation 02 of 06 2017 3 covers digital MinutemenMidascbr.

I am licensed user of the Lego Star Wars Saga game. I have DVD's for Rogue One and the Rise of Skywalker. I would have no need to download this movie.Further, I liked "Star Wars", but everyone I have met also likes "Star Wars".

15. On Page 5 of Strike 3's motion (ECF 114, Page 13 of 43) Strike 3 alleges that I am a "World of Warcraft fan" by reference to this single work: *World of Warcraft Client - Version 1.12.1 enUS – Windows*. I am licensed user of "World of Warcraft" and I have been a licensed user since 2010. I have not been an active game player from around 2018.

16. On Page 6 of Strike 3's Motion (ECF 114 Pg 14 of 43), Strike 3 claims I am a "Seth McFarlane [SIC] fan". I like what Seth MacFarlane's remake of "Cosmos", but I do watch "Family Guy" or "The Orville".

17. On Page 6 of Strike 3's Motion (ECF 114 Pg 14 of 43), Strike 3 claims I downloaded: "*Diablo 3 With Lord of Destruction (v1.21c) (Direct Play)* " I have a licensed copy of "Diablo 3" so I would need to download an unlicensed version.

18. On Page 6 of Strike 3's Motion (ECF 114 Pg 14 of 43), Strike 3 claims I downloaded; "*Learn Ethical Hacking using Kali Linux Full Course*". I began training on Ethical Hacking (www.eccouncil.org) in Jan 2019. I received full course materials from our training program paid for by the United States Government (GI Bill), I do not know what this course material is because I did not download it, but I would just used my course materials provided.

19. On Page 7 of Strike 3's Motion (ECF 114, Pg 15 of 43), Strike 3 claims that I used a "virtual proxy network" from August 12, 2021 to December 8, 2021. The proper term is "virtual private network". The way PIA works is that a different IP address is assigned randomly every time you log in and it is shared.

20. When Strike 3 requested ESI search strings, I imaged my media which covered the time period from August 12, 2021 to November 20, 2021 (computer images) ending which would have overlapped this period of data.

6

21. When I was served in this case, I examined my computers for media using a forensic tool called "Autopsy."  Two of the image dates were on November 21, 2021 so the activity after November 21, 2021 would not have been captured but the activity from August 12, 2021 to November 21, 2021 would have been captured. The other media was imaged after December 15, 2021 so all activity would have been captured.

22. The media that I examined was:

>
> Image
> Desktop
> Laptop
> ADATA
> iPhone
> iPad
> Google Drive
> iCloud
> OneDrive
> USB01
> USB02
> USB03
> USB04
> USB05
> USB06
> USB07
> USB08
> USB09

USB10

23. The ESI search strings were what Strike 3 specified (> 100 search string). I also went through the "VPN Additional Evidence File" which was about 4,500 entries and extracted what appears to be Strike 3 works and searched for them also, these strings are listed here:

1. BlackedRawAlexisFawxStraightToThePoint13122019HDHQArtpornBlackHotmp4
2. Blacked  Penelope Cross  Secret Pool Sex
3. BlackedRaw.21.03.15.Venera.Maxima.XXX.720p.HEVC.x265.PRT
4. Vixen 21 04 02 Stefany Kyler XXX 480p MP4XXX
5. Tushy 20 08 16 Gabbie Carter And La Sirena XXX 1080p MP4
6. TushyRaw 19 04 22 Bree Daniels Night Call 1080p HEVC HQ
7. Tushy200220LexiBelleXXX1080pMP4
8. [Tushy] Alexis Crystal  Hot Stress Relief 02122019 rqmp4
9. [7shtme]Tushy  Lindsey Cruz
10. [Vixen] Angel Emily  Swinging 28022020
11. TushyRaw 19 02 25 Joanna Angel 480p MP4XXX
12. [Vixen] Jia Lissa  Travelling Alone 23022019
13. [Vixen]Kenna James  Ill Be Your Cover Girl NEW11 25 2017
14. BlackedRaw  Adria Rae SD
15. JayeSummersYoungFantasyvol3Vixenteensbrunettepercinghardcorepussyfacialmp4
16. Tushy 17 03 07 Tiffany Watson Morning Sex Is The Best 1080p HEVC x265 HQ
17. Borderlands 4 GOTY [v1105  48 DLC]
18. FinalFantasyXX5HDRemasterCODEX
19. VMware Workstation PRO 170 0705019  Crack
20. VMware Workstation Pro v1511 x64  Key

1. 723E0C545B0836D073BF1C3642E0290EB3604C0C
2. A19FBD9C5C79A4A9B580431608E41CC80E3C8B96
3. 7401114DA2893F0B1242567B1EA1E5CA4346E25C
4. 095F042567422449F7D8DF1F42C86AADF4849881
5. BDF82178BBE38FCF4A50D74C67C73973CD69EF23
6. BEB41655ECCA55A775F34EA93BEAB84108AF309B
7. 24D9F0793F073E0A661D5D7F3AADFE8B89507B8F
8. B2E4CC051289804741B617B15466F934073B5EC6
9. 7EE96717A6A2FA29E3364A6AEBCAED34448271C7
10. CAA038C4C995824094ACA3AE5CDCAF882F148FC9
11. 3E2E18D5DAEB4110EF63977EF04398EEF700FA23
12. 676C494771948AE0A1017DCF7F90FC452986FF61
13. 42DD154C18F95A40899CFF42BFBA2DAED69AA249
14. B12646018ABD78C6069DC74D7041D64DF187C21F

    15. 5E3C1740CB191D26540EFC134922D9E86B53560D
    16. A5D197D152F6744C485F295504C2454CE6E078C2
    17. 0F4A9445FC4610A3F523FB1FC355B46DDC76E7AF
    18. 1C231DD84E0FF958828845BE43BAD504ADECDE5F
    19. 11A355708E3F9F56CB2B08BA84700599D44CC1F4
    20. 12630AD1F230F3F8103B744E0E56E19AEDAA2CA4

24. None of Strike 3's works were found or related data (e.g. .torrent files) was found on my drive.

25. I was never given "Shellbag File ID" by Strike 3 to search on my media. If they had given me this as an ESI search string, I would have found it. This string does not appear to be related to a Strike 3 work or any of the 36 movies. Further the date is outside the period of infringement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2022 in Hillsborough County, Florida

John Doe

*[signature]*