## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, §<br>§<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>JOHN DOE infringer identified as §<br>using IP address 47.197.99.186, §<br>Defendant. §<br>§ | Civil Action<br>No. <u>8:20-cv-00676-MSS-CPT</u> |

## <u>DECLARATION OF JUAN MARTINEZ IN SUPPORT OF THE</u>
## <u>OPPOSTION TO STRIKE 3's MOTION FOR SUMMARY JUDGMENT</u>

I, Juan Martinez, declare as follows under the laws of the United States of America:

1.    I am an expert in this case on the topic of John Doe's open WiFi and signal strength as it would appear in neighbor's houses.

2.    Attached is a redacted copy of my expert report as Exhibit A.  I am not aware of a rebuttal expert report filed by Strike 3 Holdings, LLC.

3.    It is clear that at least nine adjacent houses could have used John Doe's open WiFi.

4.    Since John Doe had open WiFi, during at least the period of infringement in late 2019, neighbors and passerby's would see his WiFi SSI which would allow almost all computers to connect that had a WiFi card.  This is true for

Windows, Mac, and Linux operating systems. It is also true for most platforms: Desktop, Laptop, Phone, Tablet, etc.

5.     It is possible that up to 9 neighbors had access to John Doe's open WiFi. Assuming that each household has an average of 2-3 people living there, and each person has 2 computing devices, there were approximately 45 computing devices (2 computers x 2.5 persons/house x 9 houses) had access to John Doe's open WiFi. Any one of the estimated 45 devices could have used Bittorrent to download Strike 3's works. Alternately, given the large volume of downloads, multiple neighbors may have been downloading Strike 3's works.

6.     Strike 3 subpoenaed three neighbors for depositions. I found it unusual that Strike 3 did not ask to inspect the hard drives of the three neighbors to see if they could find Strike 3's works.

7.     I read Patrick Paige's expert report and his "supplemental expert report" Mr. Paige's expert report is noticeably deficient in that it does not account for the fact that there was open WiFi. Given that there are probably dozens of computers interacting with John Doe's WiFi, I find Mr. Paige's failure to address this fact is odd, especially since his background was apparently a police detective.

8.     Mr. Paige appears to speculate that the Bittorrent data had to be either on John Doe's Windows or Linux Computer, without taking into account the potential access from dozens of computers used by the neighbors.

2

9.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on August 24, 2022 in San Bruno, California


Juan Martinez

# EXHIBIT A – REDACTED EXPERT REPORT

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |  |
|---|---|---|
| | § | |
| STRIKE 3 HOLDINGS, LLC, | § | Civil Action |
| | § | No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| JOHN DOE infringer identified as using IP | § | |
| address 47.197.99.186, | § | |
| Defendant. | § | |
| | § | |

JOHN DOE'S EXPERT REPORT BY JUAN MARTINEZ

REGARDING THE ACCESS TO

JOHN DOE'S IP ADDRESS BY

THIRD PARTIES

**Expert Report by Juan Martinez on the access to John Doe's IP by third parties**

**A.      Summary of My Opinion**

My understanding is John Doe has been sued by Strike 3 Holdings, LLC alleging that John Doe as the account holder was the infringer of the 36 pornographic movies.   I have been retained to give an opinion on whether third parties would have had access to John Doe's router during the period from 7/23/2019 to 12/11/2019 and would have been able to use John Doe's router to download the movies alleged to be owned by Strike 3 Holdings, LLC.

I have reviewed the Amended Complaint at Docket 17 and the attached Exhibit A at Docket 17-1 by Strike 3 Holdings, LLC and the answer filed by John Doe.   I have inspected the router used by John Doe and I have had a conversation with John Doe regarding the configuration that was in place.  I have reviewed three subpoenas served by Strike 3 Holdings, LLC on his neighbors.

I have made certain assumptions in my analysis.  These assumptions are based on the review of documents in this case, my experience working as an RF electrical engineer at Lockheed-Martin, Cisco, Google and other technology companies in the San Francisco Bay Area.

I assume that the WiFi router operated per the manufacturer's specifications. I also assume it was configured in manner as stated by John Doe during the period from 7/23/2019 to 12/11/2019.   I also assume that the software "VXN" written by Strike 3 accurately recorded the data located on Exhibit A of the amended complaint.  I assume the residents that can receive the signal from John Doe's WiFi router, used his open router.

Based on my site analysis, the WiFi signal located at John Doe's Residence is detectable at locations over 140 feet. It's highly likely that these houses had access to the WiFi signal.   As these residents are likely to have laptops, desktops, and other computers, it is likely that these adjacent residents had access to John Doe's

Furthermore, there is a public park adjacent to the park where non-residents can access the signal.

These houses had access to John Doe's WiFi router signal.   I have reviewed three subpoenas served on the neighbors by Strike 3 Holdings.  These neighbors are:

1. ███████████████████████████████████
2. ███████████████████████████████████
3. ███████████████████████████████████

To summarize my opinion.  It is just as possible that a third party had access to John Doe's WiFi router and given the nature of the material and in view of plaintiff's allegations that the alleged

infringing material was collected from this IP address it is not hard to consider that a non-resident used this IP address rather than his/her IP address to avoid claims of infringement.

Further, since Strike 3 subpoenaed three neighbors who were within the signal range of John Doe's WiFi router, is appears that Strike 3 consider these three neighbors as likely infringers.  If they did infringe, it is highly unlikely they would admit to the infringement given that the subpoena was part of a lawsuit.  Strike 3 would like need gather other evidence from these third parties to confirm whether or not they were the actual infringers.

Also, there are fifteen (15) other houses within the 400 ft range.  Each of these houses are just as likely to have used John Doe's open WiFi.

**B.**      **Qualifications**

Please see Appendix A. My analysis is not dependent on the outcome of this case and if I were called to testify I would be willing to do so about the contents of this report.

**C.**      **Fees**

My rate to prepare this report is $1000. I do not require an advanced retainer. I charge $250 per hour to be deposed and I need a minimum of two hours to prepare for any deposition. For travel I charge $300 per day plus expenses. I charge $250 for trial testimony.

**D.**      **Scope**

I was engaged by the defendant's counsel to measure the WiFi signal strength in the vicinity of John Doe's WiFi router. I used a tool to generate a "heat map"[1] to determine if John Doe's WiFi's router signal was detectable outside his residence.  A heat map is a graphical representation of signal strength overlaid on a geographic location.

---

[1] Heat Map

**E.      Assumptions.**

I have made certain assumptions in my analysis.  These assumptions are based on the review of documents in this case, my experience working as an RF electrical engineer at Lockheed, Cisco, Google  and other technology companies in the San Francisco Bay Area.

I assume that the WiFi router operated per the manufacturers specifications. I also assume the router was configured in manner as stated by John Doe during the period from 7/23/2019 to 12/11/2019.  I also assume that the software "VXN" written by Strike 3 accurately recorded the data located on Exhibit A of the amended complaint.  I assume the residents that can receive the signal from John Doe's WiFi router, used his open router.

**F.      Documents Relied upon in this Report**

I physically visited the site on February 5th.   I understand John Doe was being deposed on that day.

I inspected the router used at the time of alleged infringement. I verified that the WiFi router was used was Ubiquiti AC Pro.

   a.   Introduction to WiFi Signal Strength Measurement

WiFi signals are high frequency radio signals that operate at either 2.4 GHz or 5.0 GHz.  WiFi communications involves a transmitter and a receiver operating on the WiFi router and the target computer (typically a laptop or cellphone).  The strength of the signal is affected by three factors:
        1) the distance between the target computer and the WiFi Router;
        2) barriers (such as walls, trees, geography, etc.) between the WiFi router and the target computer, and
        3) the configuration of antennas and transceiver technology in the WiFi router and the target computer.

**G.      Method of Measuring Geographic Signal Strength**

I physically visited the site on February 5th 2022.  I inspected the router[2] used at the time of alleged infringement. I verified that the WiFi router used was Ubiquiti AC Pro.

1.   Introduction to WiFi Signal Strength Measurement

WiFi signals are high frequency radio signals that operate at either 2.4 GHz or 5.0 GHz.  WiFi communications involves a transmitter and a receiver operating on the WiFi router and the target computer (typically a laptop or cellphone).  The strength of the signal is affected by three factors: 1) the distance between the target computer and the WiFi Router; 2) barriers (such as walls, trees, geography, etc.) between the WiFi router and the target computer, and 3) the configuration of antennas and transceiver technology in the

2.   Tools to Measure Signal Strength

I used two tools to measure the signal strength. The first tool was heat mapping software called NetSpot[3]. I ran NetSpot on a Windows 10 Dell computer. The second tool that I used was WiFi Analyzer[4] to verify the measurements of NetSpot.

The measurements of signal strength were made in dBm (decibels-milliwatts) throughout the extended perimeter of the house hosting "FBI_DMZ' Network.

---

[2] https://store.ui.com/products/unifi-ac-pro

Dual-band, 802.11ac Wave 1 access point designed to support high-density networks and critical system applications.

> The Access Point AC Pro (UAP AC Pro) is a high-performance, indoor/outdoor, 802.11ac WiFi access point that utilizes Wave 1 technology to reach an impressive 2+ Gbps aggregate throughput rate with its 5 GHz (3x3 MIMO) and 2.4 GHz (3x3 MIMO) bands. The UAP AC Pro broadcasts its signal up to 122 meters (**400 feet**) away, allowing for greater multi-user support from further away. This access point can be powered with 802.3af PoE or 802.3at PoE+ *, and it is equipped with (2) GbE RJ45 ports and (1) USB port. The UAP AC Pro can be set up in minutes and fully managed with the UniFi Network web application or mobile app.
> **Features:**
>  ▪ 802.11ac Wave 1 WiFi technology
>  ▪ 5 GHz (3x3 MIMO) band with a 1.3 Gbps throughput rate
>  ▪ 2.4 GHz (3x3 MIMO) band with a 450 Mbps throughput rate
>  ▪ Powered with 802.3af PoE or 802.3at PoE+*
>  ▪ (2) GbE RJ45 ports

[3] NetSpot Pro Edition Version 2.14770, https://www.netspotapp.com/. Software used by Fortune 500 companies
[4] Wifi Analyzer for Android http://wifianalyzer.mobi

On exhibit 2 the power level measurements taken in the vicinity as well as inside the property of 1111 Facet View Way,Valrico FL 33594 which hosts the "FBI_DMZ" home network. The measurements were made using the approximate location of the WiFi modem within the property as a reference for the transmission. The report also concludes that it is very possible to hack into the WiFi LAN. Also Proves that the defendant could not have remotely accessed his computers since his WLAN is not configured by Frontiernet (ISP) for that purpose.

**H Adjacent Houses could access the WiFi Signal per The Access Point AC Pro (UAP AC Pro)**

The specification sheet for the  Access Point AC Pro (UAP AC Pro) states that the range is 400 feet.  It is my experience that manufacturers of WiFi routers accurately state the range for their routers because if they overstate the range, there is significant negative feedback by WiFi router users.  If anything, they tend to understate the range.

On Exhibit 1, a superimposed radius  a 400 ft range over the heatmap to show the distance per the manufacturers specifications.

The measurements of signal strength were made in dBm (decibels-milliwatts) throughout the extended perimeter of the house hosting ████████████████
This report displays the power level measurements taken in the vicinity as well as inside the property of ████████████████████████ hich hosts the ████████████ home network. The measurements were made using the approximate location of the WiFi modem within the property as a reference for the transmission. The report also concludes that it is very possible to hack into the WiFi LAN. Also Proves that the defendant could not have remotely accessed his computers since his WLAN is not configured by Frontiernet (ISP) for that purpose.

6



Exhicit 1.



Exhibit 2. Heat Map from around the perimeter of 1111 Facet View Way.

| Location | Measured distance (feet) | Direccion from Wifi Router | Measured Power (dBm) | Signal Quality |
|---|---|---|---|---|
| Inside | 10 | N/A | -30 | Excellent |
| 1 | 70 | South East | -58 | Excellent |
| 2 | 95 | North East | -82 | Unreliable |
| 3 | 126 | North East | -65 | Very Good |
| 4 | 129 | North | -83 | Unreliable |
| 5 | 140 | North West | -85 | Unreliable |
| 6 | 115 | West | -65 | Very Good |
| 7 | 140 | South West | -66 | Very Good |
| 8 | 33 | South | -66 | Very Good |

Exhibit 2. Description of the signal strength and quality versus distance.

| Location | Measured distance (feet) | Direccion from Wifi Router | Extrapolated Power (dBm) | Signal Quality |
|---|---|---|---|---|
| 9 | 200 | South West | -70 | Very Good |
| 10 | 170 | South West | -69 | Very Good |
| 11 | 175 | West | -70 | Very Good |
| 12 | 205 | North West | -90 | Unreliable |
| 13 | 260 | North West | -95 | Unreliable |
| 14 | 180 | North | -90 | Unreliable |
| 15 | 225 | North East | -85 | Unreliable |
| 16 | 110 | East | –90 | Unreliable |
| 17 | 75 | South | -75 | Good |

Exhibit 3. Extrapolated Power levels in relation to the distance from the WiFi Network

**Network Description and Equipment**

 a residential DSL network serviced by Frontiernet.net, consisting of an Ubiquiti AC pro broadcasting at 2.4 GHz in the N mode on channel 1, 20 MHz bandwidth using WPA2 security.

9

**Conclusion**

This report is based on information provided by John Doe and third parties.  If more informatio
becomes available I will amend this report.  This report does not intend to offer any legal opinions
or conclusions of law.

Submitted,

Juan Martinez
San Bruno, California
April 3, 2022

10

## Appendix A: Juan Martinez CV

**JUAN MARTINEZ**
**(**650-476-4100)
529 Linden Ave. San Bruno, CA 94066
juanrmartinez@gmail.com

------------------------------------------------------------------------------------------------------------

**Work Experience:**

**Consulting at Google (March 2021 to present)**
**Automation RF Engineer**
Write automation programs for data analysis and instrumentation in python in a Pixel phone RF RD lab for 5G (NR), LTE (4G), 2G and 3G tests for PIXEL phone prototypes.

**Consulting at Apple** (February 2020 to February 2021)
**Battery Analytics**
 Write programs in python for Data Science of battery performance across a wide range of consumer electronics. Run iPhone battery performance in Tableau and create a graphical dashboard for group analysis.

**Consulting at Google**(10/2018 to 1/2020), Mountain View, CA
**Automation Tests Engineer** through Akorbi/HCL, Android Engineering, Google Service Engineering, Google Home Products and phones.
- Develop Python scripts to test WiFi features on Android phones, script and run tests using Containers (Docker, Kubernetes and REST APIs, Software Deployment).
- Develop Automation in Python over a Linux environment for the Factory Test Software that runs diagnostic tests and debug (Software Hardware and Networks), on returned Google Hardware Products such as Chrome devices (chromebooks, pixel slate tablet, etc), home products such as Hub, Max, Smart Assistant.
- Created test scripts and ran UI tests for Google Home consumer electronics in Selenium for Google test partner technicians to validate products.
- Develop an Android App (**Android/Java**) for Android phone and python3 apps for shop floor WinPCs for the automation of Manufacturing Processes, which made use of the built-in Android Camera and an external barcode Scanner to working in synchrony with Google Cloud automate manual processes for Reverse Logistics and Customer Support purposes.
- Define complex test procedures for the Google Home and Chrome OS products to ensure enduring quality on returned products to be sold again as refurbished products.
- CD/DI with Testracker, git and git repo.

11

**Facebook**(8/17 to 6/18). Menlo Park, CA
**Contract Software Developer in Test**

- Assigned to ENS Terragraph **802.11ad** research lab and WiFi Deployment to test, debug and  troubleshoot the R&D portion and Terragraph WiFi network deployment in SJC and MPK campus. Familiar with all Facebook's Engineering Network Services projects as well.
- Duties include but not limited to develop scripts to test the embedded software for the **Marvell ARMv7 processor, Linux System administration, setup and configuration of VMWare virtual machines as controllers for the WiFi network, shell and Python automation scripting**, troubleshooting and debugging Linux based WiFi radios and 60 GHz RF as well as the 10 GHz intermediate frequency system through Linux CLI and AWS cloud, software and hardware, network ignition and troubleshooting the mesh network, Intermediate Frequency sections, End-to-End controller as well as Open/R and BGP protocols, Iperf testing within the mesh network.
- **AWS EC2** cloud services in conjunction with Verizon for out-of-band connectivity to the SJC deployment.
- Create test scripts in Python for verification and automation of test cases. MIcroservices (Docker) and Rest APIs creation. Technical documentation (markdown in GitHub) for the software configuration for the operators.
- Write test plans and conduct test for L2/L3 with iPerf, IXIA and Spirent for traffic analysis and performance information of the WiFi radio and AP deployment.

**Lumentum (formerly Oclaro)** (8/2016 to 8/2017), San Jose, CA
**Contract Software and Network Engineer** and Linux administration through Oxford Global.

Responsible for an Optical Framework deployment from Oclaro to it's new owner Siemens in Berlin Germany.
- Configuration and test of manufacturing equipment, GPIB controlled test equipment instrumentation and support for the Stratalight OTS-4000 for its new owner in Berlin, Germany.
- Project lead. The project involved reverse engineering, troubleshooting the test framework based on Linux, edit and fix python scripts. Document MySQL and PHP system that display test results and process the manufacturing test data.
- Responsible for setting up the network that includes (LAMP) Linux admin of VMWare ESXi, Windows domain controller, file server, test environment (CentOS 7) Network File System (NFS) and backup server. (Main skills exercised: Python, CentOS Redhat Linux, MySQL, VMWare client/server configuration and administration, KVM virtualization, NFS and network troubleshooting). Instruments and test setup. Optical switches and optical controller configuration. Physical layer connectivity of USB, and GPIB interfaces
- Direct customer support with technical documentation for the client Siemens in Germany on Servers and network connectivity and LAMP operation.

12

**Consulting at Google** (10/2015 to 7/2016), Mountain View, CA
**Quality Assurance Software Engineer** Lead through TechMahindra

- Software QA engineer lead on Google's Chrome OS Enterprise. Create manual and automated test scripts in python. Created test plans, test procedures and test cases. Worked along Technical Program Managers, software developers and outside clients to implement fixes in the Chrome OS code.
- Followed the Agile/Scrum methodology in all projects. Latest project: created python scripts to retrieve OS information such as CPU and memory utilization from chrome devices while running graphic intensive Apps for extended periods for further performance analysis such as OS crashes, App crashes, network problems, vpn tests etc. Schedule and configuration of devices under testing is done with the Autotest framework.
- Android QA lead test engineer. Test the manual and automated versions of Android CTS, GTS and XTS and CTS verifier. Tested Android OS features such as camera, Audio/Video, GPS, NFS, card reader, calibration and prototyping of early release products. (Main skills exercised: Python, Linux, Git, Android testing tools, ADB commands under linux).

**Software Engineer at CISCO SYSTEMS,** 10/1998-10/2014. San Jose, CA

- Hardware and Software automation in C. OSI layers 1, 2 and 3 for digital and analog interfaces and Cisco IOS Software testing in all Cisco access and edge router platforms. Track failures and work along with developers and IOS program managers to ensure fixes are implemented into the release IOS trains before they become available to Cisco customers.
- Telecom/EMC/Safety Compliance Tests, Instrument Calibration, Test Automation and Preparation for Domestic and International Audits under ISO/IEC 17025
- Test, design verification, software validation and report submission for domestic and international compliance for Analog (FXS, FXO, E&M, T1), Digital (Serial, T1/E1. T3/E3, Ethernet, Fast Ethernet and Gigabit Ethernet) and optical interfaces(Sonet/SDH and Ethernet based on GR-253 optical standards) for domestic and international compliance where Cisco sells its products.
- Cisco access routers and switches. Upgrade Cisco Routers and Switches IOS by building and configuring TFTP servers.

**Lockheed Martin WDL**(1996-1998), Sunnyvale, CA Digital Design Engineer
PCB design, uProcessor System Design for secure communications. Secret Clearance.

**Technical Skills**

**Languages**: Python, C, Bash, Java.
**OS:** Windows, Mac OS, Linux (Ubuntu, Debian, Raspbian, CentOS), Unix, Cisco IOS XR.
**Virtualization/Containers:** VMWare, Docker, VirtualBox, Vagrant.
**Frameworks:** Flask, Django
**Networking**: AWS EC2**,** VMWare ESXi, Linux networking,Facebook Open/R, Cisco IOS/IOS XR and Web based, Routing Protocols (OSPF, BGP, RIP, IGRP, EIGRP), IPV4/IPV6, VoIP, Layers 1/2/3, HTTP, DNS, OSI interconnect model, TCP/IP, MPLS, LAN/WAN, VLAN, L2/L3 VPN, QoS, Multicast.

13

Proficient in Bluetooth connectivity and WiFi 802.11 a/b/g/n/ac/ad. Proficient with IXIA and Spirent network products.

**Programs:** Wireshark, MySql, Jira, Apium, Selenium, Git, Eclipse, Visio, Agile/Scrum, Markdown, Dreamweaver. Tracking and action Item system and compliance certifications. Always open to learn new skills. IntelliJ, Eclipse, software management through GIT, (network design, password recovery, router upgrades, etc). Android ADB configuration and Android test.

**Tools:** Oscilloscopes, Spectrum/Network Analyzers, Optical Time Domain Reflector (OTDRs), L2/L3 protocol analyzers, load balancers, traffic generators (Spirent), DAQs, BERTs and optical test equipment, Raspberry Pi.

**Personal**

B.S. in Electrical Engineering from California Polytechnic State University, SLO, CA (1996). **GPA 3.5**
**About Myself: US Citizen, US Army Veteran** (Army MOS 15F Aircraft Electrician). Excellent people skills. Fluent in Spanish. Critical thinker and problem solver. **IFR rated commercial pilot.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 3, 2022, I electronically served the foregoing document on:

**MAMONE VILLALON**
*Counsel for Plaintiff Strike 3*
*Holdings, LLC*
By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
Florida Bar No.: 111632
100 SE 2nd St., Suite 2000
Miami, Florida, 33131
Tel: (786) 209-2379
Tyler@mvlawpllc.com
*Counsel for Plaintiff*

By email as per agreement of the parties.

/J. Curtis Edmondson/

Declarant