# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, §§§ Plaintiff, § v. § § JOHN DOE infringer identified as § using IP address 47.197.99.186, § Defendant. §§ | Civil Action No. 8:20-cv-00676-MSS-CPT |

# DECLARATION OF EXPERT KAL TOTH IN SUPPORT OF JOHN DOE'S OPPOSITION TO STRIKE 3's MOTION FOR SUMMARY JUDGMENT

I, Dr. Kal Toth, declare as follows:

1.    **Introduction.** I have reviewed evidence provided by Plaintiff Strike 3 in discovery including control copies of the short films, .torrent files and copyright registration records; the explanation of VXN Scan (VXN) in "David Williamson's Expert Report" dated 4-4-2022; "David Williamson Rebutal [SIC] Expert Report" dated 6-22-2022; Patrick Paige's "Supplemental Expert Report" dated 6-16-2022; Susan Stalzer's Declaration dated 3-9-2020; Brandon Garcia-Paeth's "John Doe's Rebuttal Expert Report" dated 4-18-2022; David Dixon's declaration; and Plaintiff's Motion for Summary Judgment (P-MSJ) dated 7-20-2022 (Docket 114).

2. **My Qualifications** (TOTH EX. A pp.4-10)**.** I have B. Eng., M. Eng. and Ph.D. degrees in electrical, systems, and computer engineering. I am a certified Professional Engineer with a software engineering designation in British Columbia (retired). I have 30 years of industry experience in software engineering, networking, and database systems; have held computer science and software engineering faculty positions for 14 years; and have published over 100 technical conference papers, trade articles, and industry reports. I was an IT consultant, led a team validating and verifying a global secure messaging system, and conducted numerous quality assurance, reliability, maintainability, availability, and safety engineering assessments of software-intensive air traffic control systems.

3. **Prior Assessments of BitTorrent Monitoring Systems** I have authored 14 expert reports and declarations assessing the reliability and accuracy of software-based tools and systems monitoring BitTorrent peer-to-peer content-sharing networks. Herein I expand upon my observations and opinions in *Expert Report of Kal Toth, Reliability and Accuracy of VXN* 4-2-2022, and *Rebuttal Expert Report of Toth Rebutting Williamson and Paige* 4-18-2022.

4. **Principles, Standards and Guidelines**   My assessment of the reliability and accuracy of Plaintiff's software, tools and procedures relies upon the principles of testing, publication, peer-reviews, control standards, error rates, and acceptance by the scientific community; the National Institute of Standards and

Technology[1] - admissibility of evidence, testing, repeatability, and reproducibility; ANSI/IEEE Software Standards[2] - plans, documentation; and the Software Engineering Institute[3] - levels of process maturity.

5. **Plaintiff's Motion for Summary Judgment.**

   a. **Access.** To access Plaintiff's works by way of BitTorrent, a user requires a BitTorrent client (software) and copies of .torrent files referencing Plaintiff's copyrighted works. Patrick Paige in his 6/16/2022 found no evidence of a BitTorrent client or .torrent files residing on Defendant's computers.

   b. **Destroying Evidence.** Joel Brillhart has testified on the updating and installing operating systems on his computers.

   c. **VPN Service.** Plaintiff incorrectly inferred that IP address (146.70.38.84) owned by VPN service (PIA) revealed "additional evidence" of infringement from 8/12/2021 to 12/8/2021. Commercial VPN services own large numbers of IP addresses routinely allocated to and used by customers to protect them from hackers, malware, and unwanted messages. The referenced IP

---

[1] NIST Computer Forensic Tool Testing Project, http://www.cftt.nist.gov [TOTH Annex E]
[2] *ANSI/IEEE Software Standards guide planning, requirements, testing, QA and other software processes [TOTH Annex E]*
[3] *Software Engineering Institute, https://www.sei.cmu.edu/ [TOTH Annex E]*

address was undoubtedly used by many of PIA's customers – potentially all of them. Hence the "additional evidence" cannot be attributed to any given PIA customer. Plaintiff expert Paige did not analyze the VPN additional evidence in his 4/4/2022 and 6/16/2022 reports.

d. **BitField.** The BitField indicator in a PCAP is not a reliable measure of the total file amount downloaded on the computer.

6. **Anomalies Undermining Reliability and Accuracy of VXN.**

I have relied on William's description of VNX Scan in his 4-4-2022 declaration to create Figure 1 highlighting critical VXN issues numbered ❶ to ❾.

a. **Complexity, Reliability and Accuracy.** Plaintiff has not demonstrated VXN is reliable (i.e. free of critical defects), or accurately distinguishes non-infringers from infringers. Plaintiff fails to acknowledge that VXN is a complex software-based system used for forensics purposes that could harm innocent lives and reputations when it fails. Plaintiff's experts appear to assume that a few reliable components (e.g. TCP/IP protocol, GPS time services, and digital time stamping) bequeath reliability and accuracy onto the entire VXN system. In my experience, software of even modest complexity yields unanticipated behaviors and failures. Responsible

companies and engineers follow the advice of NIST, ANSI/IEEE, and SEI when constructing critical systems: developing a testable theory, technical specifications, comprehensive testing, conducting peer reviews, publishing methods, conducting error analysis, and obtaining acceptance by the scientific community. Williamson disclosed VXN adopted no such advice when he said in his rebuttal, that "no formal 'specifications' are listed in a technical document".

b. **Copyright Registration ❶.** David Dickson opines on the issue of whether the films have a copyright registration.

c. **Input Validation ❷.** There is no evidence Strike 3's movies were validated before being entered into VXN. And there is no evidence that the entered movies were registered (true) copies of Strike 3's movies deposited with the US Copyright Office. Nor is their evidence that inputs to VXN were logged and archived by authenticated operators.

d. **VXN Torrent Collector ❸.** Either the Torrent Collector does not operate as described by Williamson, or Plaintiff provided incorrect .torrent file evidence, or both. Williamson's 4-4-2022 declaration [p.45] disclosed Torrent Collector "conducts lexical searches of Plaintiff's titles" across .torrent files hosted on Torrent websites. I

used *uTorrent*, *torrenteditor.com, and Wordpad* to inspect the 36 .torrent files provided by Plaintiff. I discovered that 14 of the 36 .torrent files contained text matching Strike 3 movie titles while 22 of them did contain text matching Strike 3 titles (Table 1, col. 3).

e. **1ˢᵗ Publication and .torrent Creation Dates ❹, ❺.** Either: (❹) BitTorrent users acquired copies of each Strike 3 movie immediately after 1ˢᵗ publication, created .torrent files, and then posted them; or (❺) Strike 3, a Strike 3 agent, or an automated tool, created and posted the .torrent files soon after the movies were 1ˢᵗ published; or Strike 3 submitted incorrect .torrent file evidence. I observed that 31 (86%) of the .torrent files were created the same day as the 1ˢᵗ publication date of a Strike 3 movie; 33 (92%) of them were created within 1 ½ days of the 1ˢᵗ publication date; and 3 (1%) of the .torrent files had unspecified creation dates (blanks).

f. **VXN Downloader ❻.** The Downloader uses info hashes provided by Torrent Collector to obtain a "full copy" of Strike 3's movies. There is no evidence how many pieces were downloaded from any given IP address or if even one (1) piece of a movie was downloaded from Defendant's IP address.

g. **VXN Audio-Visual Comparison** ❼. Stalzer states that Strike 3 provided her with digital media files she viewed and compared to motion pictures published on Strike 3 web sites. Without knowing the origin of the media she had viewed, and without disclosing when she compared the media, Stalzer nonetheless states in her 3-9-2020 declaration that each digital media file is identical, strikingly similar, or substantially similar, to the original work identified by US Copyright Office identification numbers on Exhibit A to the Complaint.

h. **False Positive Rate** ❽. David Williamson agreed that the IP address alone is not enough to infer a subscriber infringed.

i. **VXN Proprietary Client** ❾. Brandon Garcia-Paeth's Report of 4-18-2022 analyzing PCAP data revealed that, on the average, the Proprietary Client collected only about 0.2% of allegedly infringing content from each Strike 3 movie. Such small amounts cannot be viewed using common media players.



Figure 1: Anomalies Undermining VXN Scan Reliability & Accuracy

## Table 1: Relating Allegedly Infringed Movies and .Torrent Metadata

| Strike 3 Movies | | .torrent metadata | | registration data | | | infringement data | |
|---|---|---|---|---|---|---|---|---|
| # | alleged titles | lex. search | info hash | created | published | registered | reg# | infringed | +days |
| 1 | Pushing Buttons | no match | B32F801C60CBF97AEAC7342AD563D34DDCFC228C | 12/07/19 | 12/07/19 | 12/17/19 | 2217666 | 12/11/19 | +4 |
| 2 | Travelling Together | no match | 03D90B360F20E11A32C88D605278FA28455E400C | 12/05/19 | 12/05/19 | 12/17/19 | 2217671 | 12/11/19 | +6 |
| 3 | Check Them Out | no match | 5463DF03D918B469190A59518CDCF7E245D6494C | 11/25/19 | 11/25/19 | 12/09/19 | 2216264 | 11/26/19 | +1 |
| 4 | BBC To Go | match | B426DA516B5F87C97B1C1D5732F040BC16B1F5A4 | 7/24/19 | 7/24/19 | 09/10/19 | 2199414 | 11/22/19 | -- |
| 5 | Girls Share | match | AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B | 11/17/19 | 11/17/19 | 11/27/19 | 2213996 | 11/20/19 | +3 |
| 6 | It Was My Dream to Meet Him | no match | 6A5291E37ABD63DC4D92C660B3A49EF5862C1837 | no date | 07/13/17 | 08/10/17 | 2046873 | 11/03/19 | -- |
| 7 | Something To Look Forward To | no match | 83130BEF4D6B7F7CF58B9A72566BBBF2221ACE3E | 10/31/19 | 10/31/19 | 11/15/19 | 2211917 | 11/03/19 | +3 |
| 8 | Nostalgia | match | 999C03253CE0755916BEA619580CA77216F552E6 | 04/16/19 | 04/16/19 | 5/11/19 | 2173879 | 11/02/19 | +200 |
| 9 | Where To | no match | C203656C0D2C73A54BCABB644B2D7EF6AD9551D0 | 10/26/19 | 10/26/19 | 11/05/19 | 2227099 | 11/01/19 | +6 |
| 10 | Girls Night In | match | 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E | 10/24/19 | 10/24/19 | 11/05/19 | 2210293 | 11/01/19 | +8 |
| 11 | A Quiet Weekend in Mykonos | no match | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 12/20/18 | 12/20/18 | 01/22/19 | 2147682 | 10/23/19 | +58 |
| 12 | Alone in Mykonos | match | 288EBA072091AF90DF7E22989C4BC66087B2C773 | 12/21/18 next morn | 12/20/18 | 11/22/19 | 2147683 | 10/23/19 | +306 |
| 13[4] | Vacation With Benefits | no match | 381BDB453192B9B75233C9EE50A69C3D78761F29 | no date | 11/27/18 | 01/22/19 | 2149851 | 10/21/19 | -- |
| 14 | With A View | match | FB6DBC133B88CAB909D2CD961826DA53D1C97B46 | 10/06/19 | 10/06/19 | 10/21/19 | 2207778 | 10/20/19 | +14 |
| 15 | Proving My Worth | match | D180CCB76299423461544F293503A24A3ECBAE97 | 09/21/19 | 09/21/19 | 10/01/19 | 2217349 | 10/20/19 | +29 |
| 16 | Commission | no match | AF5E9F5A7C0F50A3A0CCCA08C875B36921047704 | 09/28/19 | 09/28/19 | 10/21/19 | 2207776 | 10/19/19 | +21 |
| 17 | Honey Look What I Found | no match | 3000CA5DB618894F3AE2C4F4EA9962D7268B229A | 09/24/19 | 09/24/19 | 10/07/19 | 2205464 | 10/18/19 | +24 |
| 18 | We All Do It | match | D688340236811F64E8637A5AFF159570F1648994 | 09/22/19 | 09/22/19 | 10/07/19 | 2205469 | 10/18/19 | +26 |
| 19 | Do I Know You | match | C5BA5E243166DB830E399E8739882FEE8D0A6D84 | 10/11/19 | 10/11/19 | 10/21/19 | 2207779 | 10/12/19 | +1 |
| 20 | One Night Only | no match | 21B9DD1AD65C9340920B31128D91CA3F85913384 | 08/30/19 | 08/30/19 | 09/17/19 | 2216138 | 09/24/19 | +25 |
| 21 | Hot Girl Summer | no match | 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B | 09/11/19 | 09/11/19 | 09/25/19 | 2203160 | 09/17/19 | +6 |
| 22 | Get Even | no match | A976917AAA3DF889DAC82884342A1AFCD85ACB2A | 09/06/19 | 09/06/19 | 09/13/19 | 2200698 | 09/16/19 | +10 |
| 23 | West Coast Dreaming | no match | 81CEC78AE99A723C68332182E337F15D1D260069 | 09/01/19 | 09/01/19 | 09/17/19 | 2216134 | 09/03/19 | +2 |
| 24 | Our Secret Place | no match | 9D0E21B1D1C9024F4EF0D3735144C55F30ED31D0 | 08/27/19 | 08/27/19 | 09/17/19 | 2216129 | 08/29/19 | +2 |
| 25 | Take Me Away | no match | 6F0F2340160AC6B591329AF430B79D1FC4342E6A | 6/13/19 | 6/13/19 | 08/02/19 | 2192295 | 08/28/19 | +15 |
| 26 | Tying Up Loose Ends | no match | EC977E2980F8945172E61F868899C59CE850C90F | 08/22/19 | 08/22/19 | 09/17/19 | 2216215 | 08/28/19 | +6 |
| 27 | Train Her | no match | 15C91360B96EC4FC534313AD0435C151DAE55696 | 08/19/19 | 08/19/19 | 08/26/19 | 2213301 | 08/23/19 | +4 |
| 28 | Cam To Me | match | 22B004FAAAA818AE2F276048DA0C2CF2E207D30D | 08/14/19 | 08/14/19 | 09/17/19 | 2216214 | 08/20/19 | +6 |
| 29 | Anal Dependance | no match | ECC9C2619550E5D10364EB9744BB890208E64BA9 | 08/09/19 | 08/09/19 | 09/11/19 | 2199987 | 08/20/19 | +11 |
| 30 | Parting Gift | match | 5DF8FA648DEEAE1D73E962DB195061E646F82B4E | 08/04/19 | 08/04/19 | 08/22/19 | 2195508 | 08/08/19 | +4 |
| 31 | Good Business | match | 727C2698471403826A0D17EAF0010FFEAD561BCC | 07/17/19 next morn | 07/16/19 | 08/02/19 | 2192306 | 08/08/19 | +14 |
| 32 | One In A Million | no match | 03397467CF6E2093F8E2DBAECF41F4C1132B83E3 | 08/02/19 | 08/02/19 | 08/22/19 | 2195510 | 08/08/19 | +6 |
| 33 | He Chose Me | match | 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94 | no date | 11/10/17 | 12/04/17 | 2097978 | 08/05/19 | -- |
| 34 | Amazing Benefits | match | 1BB2EF62252597B1353F2947F015A86982A0E19F | 07/28/19 | 07/28/19 | 08/22/19 | 2195513 | 08/05/19 | +8 |
| 35 | A Dream Pairing | no match | CD83AB483325A6F63DA48001AB2A6C48DC35F461 | 06/25/19 | 06/25/19 | 08/27/19 | 2213234 | 08/05/19 | +41 |
| 36 | Pushed In The Right Direction | no match | C1957FCFBE31019DF2047C1FDF3C4DE2C5A41C8D | 07/18/19 | 07/18/19 | 09/10/19 | 2199410 | 07/23/19 | +5 |

---

[4] .torrent file metadata for movie #13 shows no trackers announced

9

7. **Summary.** VXN was constructed without a theory, technical specifications, or manuals. There is no evidence VXN was published, peer reviewed, rigorously tested, error rates analyzed, or accepted by the scientific community. Strike 3 provides no objective evidence VXN reliably and accurately distinguishes non-infringers from infringers. Strike 3 has not disclosed how copyrighted movies were registered, how they were validated to ensure copyright ownership, or how the movies were used by VXN to prove Defendant infringed. VXN Torrent Collector does not conduct lexical searches of .torrent files by title as described. The .torrent file evidence provided may be incorrect or a Strike 3 agent or automated tool may have created and posted .torrent files. Defendant shared an open router and IP address accessible by family, friends and neighbors. Neither Strike 3 nor VXN have addressed this limitation. The PCAPs show that on the average, VXN is able to download only about 0.2% of each movie from a given IP address - an unviewable amount. There is no evidence Defendant copied any portion of Strike 3's movies, nor that Defendant distributed them to other parties.

I declare under penalty of perjury under US law the foregoing is true and correct.

Executed on August 26, 2022, in Portland, Oregon

*K.C.T/.*

Dr. Kal Toth