UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

      Plaintiff/Counter-Defendant,

v.

JOHN DOE infringer assigned IP address
47.197.99.186, an individual,

      Defendant/Counter-Plaintiff.

_____/

**JOINT TIME-SENSITIVE MOTION FOR SETTLEMENT CONFERENCE**

      Plaintiff/Counter-Defendant Strike 3 Holdings, LLC and Defendant/Counter-Plaintiff John Doe hereby jointly move that the Court schedule a settlement conference with a magistrate judge regarding the claims in the above-captioned matter.

      The parties have continued to negotiate a settlement, pursuant to the Court's Third Amended Case Management and Scheduling Order [DE 86], and although they have not been able to resolve the controversy, they have a good faith belief that a settlement conference presided over by a magistrate judge will be productive and *potentially* relieve the Court of judicial labor by leading to a settlement. They have, however, gotten as far as they can go without further settlement assistance. Pursuant

1

to Local Rule 3.01(e), the parties would request a ruling by Friday, December 9, 2022 so as to schedule such a settlement conference.

The parties are mindful that this is normally raised at a pretrial conference, but this good faith belief has arisen during the substantial preparations regarding the pretrial statement, which shall be filed this week pursuant to the Third Amended CMO [DE 86], and the parties believe that time is of the essence in order to preserve the potential for settlement. The parties represent that they can be available on December 15, 16, and by coordination after that in the 2022 year. Further, if it assists the Court for scheduling convenience, the parties would be amenable to receive the assistance of any magistrate judge in the Middle District, regardless of division.

**WHEREFORE**, Strike 3 Holdings, LLC and John Doe jointly move that this Court assign or refer this matter to a magistrate judge for a settlement conference at a time convenient for the judge and the parties, but preferably before a pretrial conference.

**DATED**: December 4, 2022

Respectfully Submitted,

/s/ Christian W. Waugh
Christian W. Waugh [FBN 71093]
WAUGH GRANT PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
Email: cwaugh@waughgrant.com

/s/ J. Curtis Edmondson
J. Curtis Edmondson [CSB 236105]
Admitted *pro hac vice*
Edmondson IP Law
9999 SW Wilshire St, Suite 216
Portland, OR 97225

Telephone:  321-800-6008                     503-336-3749/ FAX: (503) 482-7418
Fax:   844-206-0245                          jcedmondson@edmolaw.com

*Attorney for Strike 3 Holdings, LLC*        *Attorney for John Doe*