# EXHIBIT 9

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**Case No. 8:20-cv-00676-MSS-CPT**

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff/Counter-Defendant,

v.

JOHN DOE infringer assigned IP address
47.197.99.186, an individual,

    Defendant/Counter-Plaintiff.

_____/

## VOIR DIRE QUESTIONS AND VOIR DIRE TOPICS

I.    <u>Juror Abilities/ Comprehension</u>

    Specific Questions:

1.    A typical court day will begin at 9:00 a.m. and end at 4:30 p.m. with two breaks.  This way you will have the afternoon and evening free to carry on with your lives.  This trial is expected to take approximately 3 days to complete.  Please raise your hand if you would not be able to participate for this period of time.

2.    Many people have hearing and vision problems.  Would all of you please raise your hand if you have a hearing or vision problem, or any

        other physical impediment or disability that would impede your ability to see, hear, or understand the evidence?

3. This trial will be conducted in English. Would all of you who have difficulty understanding the English language please raise your hand?

II. <u>Juror Knowledge of Parties and Witnesses</u>

4. Next, I would like to provide you with the names of the parties and witnesses in this case. Please pay careful attention because in a few minutes I will ask whether any of you have met any of these people before or have had any dealings or other connections with any of them. [Read list of parties and witnesses:]

5. Would all of you please raise your hand if you heard of, or been acquainted with, any of these parties or their attorneys, or any persons employed in the same offices as the attorneys? [Read attorney names and office names if needed:]

6. Would all of you please raise your hand if you either know the Judge or anyone on the court's staff?

7. Would all of you please raise your hand if you have heard about this lawsuit?

8. Would all of you please raise your hand if you have a personal interest in the outcome of this case, meaning that right now you are aware that you have something to gain or lose in this case?

9. Would all of you please raise your hand if you or a family member has worked for Strike 3 Holdings, LLC?

III. <u>Juror Prior Involvement in Lawsuits</u>

10. Would all of you who have served on a jury before please raise your hand?

11. Would all of you who have been sued before please raise your hand?
    - Follow up by asking what the lawsuit was for.

12. Would all of you who have had a friend or family member that was sued before please raise your hand?
    - Follow up by asking what the lawsuit was for.

13. Would all of you who have sued another person please raise your hand?
    - Follow up by asking what the lawsuit was for.

14. Would all of you who have been involved in a foreclosure please raise your hand?

IV. <u>Juror Occupation/ Leadership Qualities</u>

15. I'm going to go down the row, and I would like for everyone to state their occupation.

16. Would all of you who have ever been in the military please raise your hand?

17. Would all of you who have worked for an Internet Service Provider please raise your hand?

18. Would all of you please raise your hand if you have ever downloaded anything from the Internet?

19. Would all of you please raise your hand if you have used BitTorrent before?

20. Would all of you please raise your hand if you have Frontier Communications as an Internet Service Provider?

V. Juror Opinions on Content Producers

21. Would all of you please raise your hand if you consider yourself filmmaker (or have a close friend or relative who is a filmmaker)?

VI. Experience with Copyrights/ Right to Enforce Copyrights on the Internet

22. Would all of you please raise your hand if you own a copyright?

I'm going to discuss with you now some sensitive topics.  Remember, there is no right or wrong answer; we are simply looking for honesty.  If anyone feels too uncomfortable discussing a particular topic, please let us know, and we can discuss with the Court in private.

VII. Juror Pornography Opinions

23. Would all of you please raise your hand if you have a strong opinion about pornography?

- o   Would you please elaborate?

VIII.  <u>Juror Ability to View Pornography As Evidence</u>

24.   Would all of you please raise your hand if you have any personal, moral, religious, or any other reason which would prevent you from viewing pornographic, adult or erotic material?