UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

      Plaintiff/Counter-Defendant,

v.

JOHN DOE infringer assigned IP address
47.197.99.186, an individual,

      Defendant/Counter-Plaintiff.

_____/

**PLAINTIFF AND DEFENDANT'S JOINT MOTION FOR EXTENSION OF TIME OF FIVE BUSINESS DAYS TO FILE JURY INSTRUCTIONS, VERDICT FORM, AND SUPPLEMENT THE PRETRIAL STATEMENT**

      Plaintiff/Counter-Defendant Strike 3 Holdings, LLC and Defendant/Counter-Plaintiff John Doe hereby jointly request that the Court enter an order extending the deadline to submit jury instructions, verdict form, and otherwise supplement the pretrial statement as outlined below by five (5) business days until Tuesday, December 13, 2022. In support, the Parties state:

      1.    Pursuant to the Court's Third Amended Case Management and Scheduling Order [DE 86], the Parties submitted their Joint Final Pretrial Statement on December 6, 2022 [DE 149] (also, the "PTS").

1

2. The PTS included the Parties' respective Exhibit Lists, Witness Lists, Deposition Designations, and Proposed Voir Dire Questions.

3. However, the Parties respectfully request additional time primarily to finalize the Jury Instructions and Verdict Form, but also for Defendant to supplement his objections to Plaintiff's Exhibit List and for the Parties to provide the disputed deposition designations to the Court.

### Jury Instructions and Verdict Form

4. While most of the instructions at issue may be drawn from the Eleventh Circuit pattern jury instructions, there has been a great deal of conferral and disagreement regarding the final form of them, and at the time of the PTS' filing, there are many contested instructions, which, in turn, leads to a more complicated negotiation on the Verdict Form.

5. As the Parties discussed these in more detail, the Parties discovered more that needed to be resolved as the filing deadline for the PTS came, mere moments ago.

6. To be clear, the Parties have spent substantial time working on and have completed versions of Jury Instructions they are prepared to submit to the Court. However, the Parties believe that submitting the Jury Instructions and Verdict Form in their current forms would not be productive and that further discussion is necessary to draft proper instructions. The Parties have agreed to continue to work

in good faith to file the Jury Instructions and Verdict Form no later than Tuesday, December 13, 2022.

7. The requested relief will benefit the Court and the Parties by allowing the Parties to expend their efforts on drafting proper instructions as opposed to submitting competing instructions, thereby increasing judicial workload at pretrial conference. As it stands, placeholders referencing this Motion have been attached the PTS at <u>Exhibits 7 and 8</u>.

### Deposition Designations and Exhibit Objections

8. Similarly, as the deposition designations mounted, so did objections, and the Parties believe they may also be able to reduce the number of disputed designations. At the very least, the Parties desire more time to comply with the Court's directive to "file as an attachment to the Joint Final Pretrial Statement the deposition excerpts of any testimony that remains in dispute." [DE 86, p. 9].

9. Finally, due to an inadvertent oversight, Defendant was unable to relay all his objections to Plaintiff's exhibit list prior to the filing of the PTS. Defendant requests, and Plaintiff has no objection to, a supplementation of the objections now on file in the PTS for Plaintiff's complete exhibit list.

### Granting the Relief Shall Not Prejudice the Parties Nor Delay Trial

10. Additionally, the Parties will be attending a settlement conference on December 12, 2022, the result of which may moot the extra work to be done.

11. Moreover, there is no prejudice in granting the relief because the final pretrial conference has not been set, and trial is not until some time in February 2023.

12. This Joint Motion has been filed as quickly and promptly as possible to seek the Court's leave and extension of time to complete all pretrial filings and make this case ready for trial.

**WHEREFORE**, the Parties respectfully request that the Court enter an order extending the deadline to submit Jury Instructions and Verdict Form, as well as to permit supplementation of Defendant's objections to Plaintiff's exhibit list and filing of applicable dispute deposition designations, until Tuesday, December 13, 2022, and grant such other relief as the Court deems proper.

**DATED**: December 7, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ Christian W. Waugh | /s/ J. Curtis Edmondson |
| Christian W. Waugh [FBN 71093] | J. Curtis Edmondson [CSB 236105] |
| WAUGH GRANT PLLC | Admitted *pro hac vice* |
| 201 E. Pine Street, Suite 315 | Edmondson IP Law |
| Orlando, FL 32801 | 9999 SW Wilshire St, Suite 216 |
| Email: cwaugh@waughgrant.com | Portland, OR 97225 |
| Telephone:  321-800-6008 | 503-336-3749/ FAX: (503) 482-7418 |
| Fax:   844-206-0245 | jcedmondson@edmolaw.com |
| | |
| *Attorney for Strike 3 Holdings, LLC* | *Attorney for John Doe* |