UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A

Strike 3 Holdings, LLC v. Doe
8:20-cv-676-MSS-CPT

| **Date**: December 12, 2022 | **Court Reporter**: Rebecca Sabo |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:06 AM – 1:47 PM \|   Total: 3 hrs and 20 Mins | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Christian Waugh, Esq. | Joseph Edmondson, Esq. |
|  | Marcelo Diaz-Cortes, Esq. |
| **Settlement Conference** ||

| |
|---|
| Plaintiff's counsel and Defendant's counsel present with their respective clients Jessica Fernandez (Plaintiff's corporate representative) and John Doe (Defendant). All parties appeared by Zoom videoconference. |
| Parties identified themselves for the record. |
| Opening session in main Zoom room. |
| Break-out sessions with respective parties in Zoom break out rooms. |
| Lunch Recess: 12:33 PM-1:02 PM |
| Parties have reached an impasse. |
| Mediation report to follow. |