UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.   Case No: 8:20-cv-676-MSS-CPT

JOHN DOE,

    Defendant.

_____/

### SETTLEMENT CONFERENCE REPORT

On December 12, 2022, a settlement conference was held before the undersigned pursuant to the court's order (Dkt. 146). The results of the settlement conference are indicated below:

1. The named parties and party representatives with the requisite authority to settle were present at the settlement conference, along with their respective trial counsel.

2. The parties reached an impasse at the end of the settlement conference.

**DONE** in Tampa, Florida, on December 12, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record