UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff/Counter-Defendant,

v.

JOHN DOE infringer assigned IP address
47.197.99.186, an individual,

    Defendant/Counter-Plaintiff.

_____/

## PLAINTIFF'S NOTICE OF FILING JURY INSTRUCTIONS, VERDICT FORMS, AND SUPPLEMENTAL PRETRIAL FILINGS

Pursuant to this Court's Order [DE 151], Plaintiff Strike 3 Holdings, LLC, hereby gives notice of its filing of the parties' proposed jury instructions (**Exhibit 1**), proposed verdict forms (**Exhibit 2**), and the supplemental pretrial filings authorized by the order, namely, Defendant's objections to Plaintiff's complete exhibit list (**Exhibit 3**)[1] and excerpts of Plaintiff's disputed deposition designations (**Exhibit 4**).

---

[1] Several attempts at filing this on PACER failed prior to the filing deadline. The following error kept occurring:

1

The Parties shall continue to work to resolve outstanding issues on jury instructions and will submit additional documents if they are able to resolve any outstanding issues.

Dated: December 13, 2022

Respectfully submitted,

/s/ Christian W. Waugh
Christian W. Waugh
Florida Bar No. 71093
WAUGH GRANT PLLC
201 E. Pine Street, Suite 315
Orlando, FL 32801
cwaugh@waughgrant.com
Telephone:  321-800-6008
Fax:   844-206-0245

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this December 13, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants.

**CM/ECF Participants**

---

ERROR: Document is malformed or contains code which may cause an external action (such as launching an application). This PDF document cannot be accepted.

Error File: C:\fakepath\2022-12-13 EXHIBIT 5 JAD 1.002 - Objections to PL Exhibits - 20221212 copy.pdf

Eventually a solution was reached and the filing was able to be filed.

| | |
|---|---|
| **Christian W. Waugh**<br>Waugh Grant PLLC<br>201 E. Pine Street<br>Suite 315<br>Orlando, FL 32801<br>352-750-0325<br>Email: cwaugh@waughgrant.com<br><br>**Mary Alexis Norberg**<br>Waugh Grant, PLLC<br>201 E. Pine Street<br>Suite 315<br>Orlando, FL 32801<br>321-800-6008<br>Email: mnorberg@waughgrant.com<br><br>**Yetian Wang**<br>Mamone Villalon<br>100 SE 2nd ST, Suite 2000<br>Miami, FL 33131<br>786-209-2326<br>Fax: 786-209-2326<br>Email: yetian@mvlawpllc.com<br><br>**Tyler Mamone**<br>Mamone Villalon<br>100 SE 2nd St., Ste 2000<br>Miami, FL 33131<br>786-209-2379<br>Email: tyler@mvlawpllc.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Strike 3 Holdings, LLC* | **J. Curtis Edmondson**<br>Law Office of J. Curtis Edmondson<br>15490 NW Oak Hills Dr<br>Beaverton, OR 97006<br>503-336-3749<br>Email: jcedmondson@edmolaw.com<br><br>**Stephanie Reed Traband**<br>Levine Kellogg Lehman Schneider & Grossman LLP<br>Citigroup Center, Floor 22<br>201 S Biscayne Blvd<br>Miami, FL 33131-4332<br>305/403-8788<br>Fax: 305/403-8789<br>Email: srt@lklsg.com<br><br>**Leonard J. French , Jr**<br>The Law Firm of Leonard J. French<br>660 Delaware Ave #33<br>Hellertown, PA 18055<br>610-466-5644<br>Fax: 888-262-0632<br>Email: ljfrench@leonardjfrench.com<br><br>*Attorneys for Defendant/Counter-Plaintiff John Doe Infringer Assigned IP Address 47.197.99.186* |