UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § § | |
| Defendant. | § § | |

## LEONARD FRENCH, ESQ.'S CONSENT MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Leonard French, Esq., moves this Court, pursuant to Rule 2.02(c), Local Rules of the U.S. District Court for the Middle District of Florida, for leave to withdraw as counsel for Defendant. Mr. French states, as grounds for this motion, the following:

1. Plaintiff commenced this action on March 24, 2020. The matter is currently set for the February 2023 trial term.

2. Rule 2.02(c) of the Court's Local Rules requires an attorney to move for leave to withdraw in the event of a consensual termination.

3. Mr. French originally intended to appear as defense counsel for the trial.

4. Due to an ongoing, unforeseeable family emergency, Mr. French has been unable to participate in the pre-trial process since September.

5. Defendant is currently represented by other counsel.

6. Defendant has consented to Mr. French's withdrawal.

7. No party will be prejudiced by Mr. French's withdrawal.

8. No deadlines will be affected by Mr. French's withdrawal.

9. Mr. French has submitted a proposed Order granting this Motion to Withdraw with the Court.

**WHEREFORE,** Leonard French, Esq., respectfully requests this Court to grant leave to withdraw as counsel for Defendant.

### COUNSEL'S CERTIFICATION PURSUANT TO LOCAL RULE 2.02(c)(1)(B)(i)

Pursuant to Local Rule 2.02(c)(1)(B)(i), undersigned counsel certifies that on January 11, 2023, Attorney Edmondson, counsel for Defendant, confirmed, in writing, Defendant John Doe's consent to this Withdrawal Motion via an email exchange. Further, Attorney Traband, counsel for Defendant confirmed, via a telephone and email exchange on January 11 and 12, 2022, that counsel for Plaintiff does not oppose this withdrawal.

Respectfully submitted,

By: s/ *Leonard J. French*
**LEONARD J. FRENCH, ESQ.**
Pennsylvania Bar: 312413
660 Delaware Ave #33
Hellertown, PA 18055
Phone: (610) 466-5644
Fax: (888) 262-0632
Primary e-mail: ljfrench@leonardjfrench.com
Secondary e-mail: ar@lklsg.com|
*Counsel for Defendant John Doe*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2023, a true and correct copy of the foregoing Motion has been served upon all counsel of via the Court's CM/ECF system as well as on John Doe directly via email.

s/ *Leonard J. French*
LEONARD J. FRENCH