UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § | |
| v. | § § | |
| JOHN DOE infringer identified as using IP address 47.197.99.186, | § § | |
| Defendant. | § § | |

## ORDER

The Court, having received the Motion of Leonard J. French, Esq. to Withdraw as Counsel of Record for Defendant John Doe, with Defendant's consent, and the Court having considered all papers filed in connection with the Motion, and the Court finding that it is appropriate to grant the Motion,

**Accordingly, it is so ORDERED.**

Dated: _____

_____
United States District Court Judge
Middle District of Florida