UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    Plaintiff,

v.                                    Case No: 8:20-cv-676-MSS-CPT

**JOHN ADAIRE,**

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. This matter was set for a five-day date certain trial beginning on April 10, 2023. (Dkt. 173) However, the Court discovered a conflict in its calendar with the week of April 10, 2023. Accordingly, the Court hereby **ORDERS** that this case is **REMOVED** from the April 2023 Trial Term and is **ADMINISTRATIVELY CLOSED** pending the Parties' Notice advising the Court as to whether they will need one or two weeks to try this case. Upon the filing of the Notice, the Court will reopen the case and reset this matter for trial.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of January 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

1

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person