UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

      Plaintiff,

v.

JOHN ADAIRE, an individual,

      Defendant.

_____/

## **PARTIES' REPORT RE TRIAL LENGTH**

**PLEASE TAKE NOTICE** that, pursuant to the Court's January 18, 2023 Order, DE 173 at ¶ 12, the Parties respectfully inform the Court that they are unable to agree on how to condense the trial length to one week.

DATED: February 22, 2022

Respectfully Submitted,

| | |
|---|---|
| /s/ Christian W. Waugh | /s/ J. Curtis Edmondson |
| Christian W. Waugh [FBN 71093] | J. Curtis Edmondson [CSB 236105] |
| WAUGH GRANT PLLC | Admitted pro hac vice |
| 201 E. Pine Street, Suite 315 | Edmondson IP Law |
| Orlando, FL 32801 | 9999 SW Wilshire St, Suite 216 |
| Email: cwaugh@waughgrant.com | Portland, OR 97225 |
| Telephone: 321-800-6008 | 503-336-3749/ FAX: (503) 482-7418 |
| Fax: 844-206-0245 | jcedmondson@edmolaw.com |
| Attorney for Strike 3 Holdings, LLC | Attorney for John Adaire |