# EXHIBIT 2

# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

|  |  |  |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action No. 8:20-cv-00676-MSS-CPT |
| Plaintiff, | § § | |
| v. | § § | |
| JOHN ADAIRE, | § § | |
| , | § § | |
| Defendant. | § § | |

## VERDICT FORM

We, the jury impaneled in this matter, hereby answer the Verdict questions put to us as follows:

## I.   ALLEGED AUTHORSHIP AND OWNERSHIP BY STRIKE 3 HOLDINGS, LLC

**1. For each claimed work listed below, do you find the claimed works are original?**

Answer Yes or No

(1) Pushing Buttons        _____

(2) Travelling Together     _____

(3) Check Them Out          _____

(4) BBC To Go              _____

1

(5) Girls Share                                    _____

(6) It Was My Dream To Meet Him                    _____

(7) Something To Look Forward To                   _____

(8) Nostalgia                                      _____

(9) Where To                                       _____

(10) Girls Night In                                _____

(11) A Quiet Weekend In Mykonos                    _____

(12) Alone In Mykonos                              _____

(13) Vacation With Benefits                        _____

(14) With A View                                   _____

(15) Proving My Worth                              _____

(16) Commission                                    _____

(17) Honey Look What I Found                       _____

(18) We All Do It                                  _____

(19) Do I Know You                                 _____

(20) One Night Only                                _____

(21) Hot Girl Summer                               _____

(22) Get Even                                      _____

(23) West Coast Dreaming                           _____

(24) Our Secret Place                              _____

(25) Take Me Away                              _____

(26) Tying Up Loose Ends                       _____

(27) Train Her                                 _____

(28) Cam To Me                                 _____

(29) Anal Dependance                           _____

(30) Parting Gift                              _____

(31) Good Business                             _____

(32) One In A Million                          _____

(33) He Chose Me                               _____

(34) Amazing Benefits                          _____

(35) A Dream Pairing                           _____

(36) Pushed In The Right Direction             _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis for that particular work.

**2. For each claimed work listed below, do you find the claimed work possesses at least a minimal degree of creativity?**

Answer Yes or No

(1) Pushing Buttons                    _____

(2) Travelling Together                _____

(3) Check Them Out                     _____

(4) BBC To Go                          _____

(5) Girls Share                        _____

(6) It Was My Dream To Meet Him        _____

(7) Something To Look Forward To       _____

(8) Nostalgia                          _____

(9) Where To                           _____

(10) Girls Night In                    _____

(11) A Quiet Weekend In Mykonos        _____

(12) Alone In Mykonos                  _____

(13) Vacation With Benefits            _____

(14) With A View                       _____

(15) Proving My Worth                  _____

(16) Commission                        _____

(17) Honey Look What I Found           _____

(18) We All Do It                              _____

(19) Do I Know You                             _____

(20) One Night Only                            _____

(21) Hot Girl Summer                           _____

(22) Get Even                                  _____

(23) West Coast Dreaming                       _____

(24) Our Secret Place                          _____

(25) Take Me Away                              _____

(26) Tying Up Loose Ends                       _____

(27) Train Her                                 _____

(28) Cam To Me                                 _____

(29) Anal Dependance                           _____

(30) Parting Gift                              _____

(31) Good Business                             _____

(32) One In A Million                          _____

(33) He Chose Me                               _____

(34) Amazing Benefits                          _____

(35) A Dream Pairing                           _____

(36) Pushed In The Right Direction             _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer is "No" for a  work, then don't continue with your analysis for that particular work.

**3. Do you find from a preponderance of the evidence that Strike 3 Holdings, LLC's copyright registration corresponds to the work for which Strike 3 Holdings, LLC has alleged infringement?**

Answer Yes or No

(1) Pushing Buttons                      _____

(2) Travelling Together                  _____

(3) Check Them Out                       _____

(4) BBC To Go                            _____

(5) Girls Share                          _____

(6) It Was My Dream To Meet Him          _____

(7) Something To Look Forward To         _____

(8) Nostalgia                            _____

(9) Where To                             _____

(10) Girls Night In                      _____

(11) A Quiet Weekend In Mykonos          _____

(12) Alone In Mykonos                    _____

(13) Vacation With Benefits              _____

(14) With A View                         _____

(15) Proving My Worth                    _____

(16) Commission                       _____

(17) Honey Look What I Found           _____

(18) We All Do It                      _____

(19) Do I Know You                     _____

(20) One Night Only                    _____

(21) Hot Girl Summer                   _____

(22) Get Even                          _____

(23) West Coast Dreaming               _____

(24) Our Secret Place                  _____

(25) Take Me Away                      _____

(26) Tying Up Loose Ends               _____

(27) Train Her                         _____

(28) Cam To Me                         _____

(29) Anal Dependance                   _____

(30) Parting Gift                      _____

(31) Good Business                     _____

(32) One In A Million                  _____

(33) He Chose Me                       _____

(34) Amazing Benefits                  _____

(35) A Dream Pairing                   _____

(36) Pushed In The Right Direction          _____

      If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis of the claim of infringement for that particular work.

**[DEFENDANT PROPOSES AND PLAINTIFF CONTESTS]**

**4.   Do you find that Defendant has shown by a preponderance of the evidence that the work was original?**

Answer Yes or No

(1) Pushing Buttons                          _____

(2) Travelling Together                     _____

(3) Check Them Out                          _____

(4) BBC To Go                                   _____

(5) Girls Share                                   _____

(6) It Was My Dream To Meet Him       _____

(7) Something To Look Forward To       _____

(8) Nostalgia                                       _____

(9) Where To                                       _____

(10) Girls Night In                               _____

(11) A Quiet Weekend In Mykonos        _____

(12) Alone In Mykonos                         _____

(13) Vacation With Benefits                  _____

(14) With A View                                 _____

(15) Proving My Worth                         _____

(16) Commission                                  _____

(17) Honey Look What I Found          _____

(18) We All Do It          _____

(19) Do I Know You          _____

(20) One Night Only          _____

(21) Hot Girl Summer          _____

(22) Get Even          _____

(23) West Coast Dreaming          _____

(24) Our Secret Place          _____

(25) Take Me Away          _____

(26) Tying Up Loose Ends          _____

(27) Train Her          _____

(28) Cam To Me          _____

(29) Anal Dependance          _____

(30) Parting Gift          _____

(31) Good Business          _____

(32) One In A Million          _____

(33) He Chose Me          _____

(34) Amazing Benefits          _____

(35) A Dream Pairing          _____

(36) Pushed In The Right Direction          _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis of the claim for infringement for that particular work.

**[DEFENDANT PROPOSES AND PLAINTIFF CONTESTS]**

**5.   Do you find that Defendant has shown by a preponderance of the evidence that the claimed work does possess at least a minimum degree of creativity?**

Answer Yes or No

(1) Pushing Buttons                              _____

(2) Travelling Together                          _____

(3) Check Them Out                               _____

(4) BBC To Go                                    _____

(5) Girls Share                                  _____

(6) It Was My Dream To Meet Him                  _____

(7) Something To Look Forward To                 _____

(8) Nostalgia                                    _____

(9) Where To                                     _____

(10) Girls Night In                              _____

(11) A Quiet Weekend In Mykonos                  _____

(12) Alone In Mykonos                            _____

(13) Vacation With Benefits                      _____

(14) With A View                                 _____

(15) Proving My Worth      _____

(16) Commission      _____

(17) Honey Look What I Found      _____

(18) We All Do It      _____

(19) Do I Know You      _____

(20) One Night Only      _____

(21) Hot Girl Summer      _____

(22) Get Even      _____

(23) West Coast Dreaming      _____

(24) Our Secret Place      _____

(25) Take Me Away      _____

(26) Tying Up Loose Ends      _____

(27) Train Her      _____

(28) Cam To Me      _____

(29) Anal Dependance      _____

(30) Parting Gift      _____

(31) Good Business      _____

(32) One In A Million      _____

(33) He Chose Me      _____

(34) Amazing Benefits      _____

(35) A Dream Pairing                     _____

(36) Pushed In The Right Direction        _____


If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your claim for infringement for that particular work.

**[DEFENDANT PROPOSES AND PLAINTIFF CONTESTS]**

**6. Did you find that Plaintiff is seeking copyright protection in:**

      **1. A portion of a work that is not original to the author;**

      **2. A portion of the work that is in the public domain; or**

      **3. An idea, concept, principle, discovery, fact, actual event, process,**

**or method expressed or described in a work?**

Answer Yes or No

(1) Pushing Buttons       _____

(2) Travelling Together       _____

(3) Check Them Out       _____

(4) BBC To Go       _____

(5) Girls Share       _____

(6) It Was My Dream To Meet Him       _____

(7) Something To Look Forward To       _____

(8) Nostalgia       _____

(9) Where To       _____

(10) Girls Night In       _____

(11) A Quiet Weekend In Mykonos       _____

(12) Alone In Mykonos       _____

(13) Vacation With Benefits       _____

(14) With A View                            _____

(15) Proving My Worth                       _____

(16) Commission                             _____

(17) Honey Look What I Found                _____

(18) We All Do It                           _____

(19) Do I Know You                          _____

(20) One Night Only                         _____

(21) Hot Girl Summer                        _____

(22) Get Even                               _____

(23) West Coast Dreaming                    _____

(24) Our Secret Place                       _____

(25) Take Me Away                           _____

(26) Tying Up Loose Ends                    _____

(27) Train Her                              _____

(28) Cam To Me                              _____

(29) Anal Dependance                        _____

(30) Parting Gift                           _____

(31) Good Business                          _____

(32) One In A Million                       _____

(33) He Chose Me                            _____

(34) Amazing Benefits       _____

(35) A Dream Pairing       _____

(36) Pushed In The Right Direction       _____

If your answer to the above question is "Yes," as to any material in which Strike 3 Holdings, LLC is claiming copyright protection, then you should exclude that material from the material Strike 3 Holdings, LLC's copyright-infringement claim can be based on and note below what material is being excluded for each work:

## MATERIAL EXCLUDED

(1) Pushing Buttons       _____

(2) Travelling Together       _____

(3) Check Them Out       _____

(4) BBC To Go       _____

(5) Girls Share       _____

(6) It Was My Dream To Meet Him       _____

(7) Something To Look Forward To       _____

(8) Nostalgia       _____

(9) Where To       _____

(10) Girls Night In       _____

(11) A Quiet Weekend In Mykonos       _____

(12) Alone In Mykonos                     _____

(13) Vacation With Benefits               _____

(14) With A View                          _____

(15) Proving My Worth                     _____

(16) Commission                           _____

(17) Honey Look What I Found              _____

(18) We All Do It                         _____

(19) Do I Know You                        _____

(20) One Night Only                       _____

(21) Hot Girl Summer                      _____

(22) Get Even                             _____

(23) West Coast Dreaming                  _____

(24) Our Secret Place                     _____

(25) Take Me Away                         _____

(26) Tying Up Loose Ends                  _____

(27) Train Her                            _____

(28) Cam To Me                            _____

(29) Anal Dependance                      _____

(30) Parting Gift                         _____

(31) Good Business                        _____

(32) One In A Million                    _____

(33) He Chose Me                         _____

(34) Amazing Benefits                    _____

(35) A Dream Pairing                     _____

(36) Pushed In The Right Direction       _____

**[DEFENDANT PROPOSES AND PLAINTIFF CONTESTS]**

**7. Do you find that Strike 3 Holdings, LLC is seeking copyright protection in matter that may only be expressed in so few ways that to protect the expression would effectively grant Strike 3 Holdings, LLC a monopoly over matter that isn't protectable by copyright?  If so, then answer Yes for each Work listed below:**

Answer Yes or No

(1) Pushing Buttons                    _____

(2) Travelling Together              _____

(3) Check Them Out                  _____

(4) BBC To Go                           _____

(5) Girls Share                            _____

(6) It Was My Dream To Meet Him    _____

(7) Something To Look Forward To    _____

(8) Nostalgia                              _____

(9) Where To                             _____

(10) Girls Night In                     _____

(11) A Quiet Weekend In Mykonos    _____

(12) Alone In Mykonos              _____

(13) Vacation With Benefits        _____

(14) With A View                                 _____

(15) Proving My Worth                            _____

(16) Commission                                  _____

(17) Honey Look What I Found                      _____

(18) We All Do It                                _____

(19) Do I Know You                               _____

(20) One Night Only                              _____

(21) Hot Girl Summer                             _____

(22) Get Even                                    _____

(23) West Coast Dreaming                         _____

(24) Our Secret Place                            _____

(25) Take Me Away                                _____

(26) Tying Up Loose Ends                         _____

(27) Train Her                                   _____

(28) Cam To Me                                   _____

(29) Anal Dependance                             _____

(30) Parting Gift                                _____

(31) Good Business                               _____

(32) One In A Million                            _____

(33) He Chose Me                                 _____

(34) Amazing Benefits                    _____

(35) A Dream Pairing                     _____

(36) Pushed In The Right Direction       _____

If your answer is "No" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "Yes" for each work, then don't continue with your analysis of Strike 3 Holdings, LLC's claim for infringement or damages for that particular work.

## II.    ALLEGED COPYING BY JOHN ADAIRE

For only those Works that you have found are original and that Strike 3 owns, now determine if JOHN ADAIRE copied each of these Works.

     1.    For each work listed below, do you find by a preponderance of the evidence that John Adaire had access to the Work through the Bittorent Network?

Answer Yes or No

(1) Pushing Buttons                    _____

(2) Travelling Together              _____

(3) Check Them Out                    _____

(4) BBC To Go                              _____

(5) Girls Share                              _____

(6) It Was My Dream To Meet Him    _____

(7) Something To Look Forward To    _____

(8) Nostalgia                                _____

(9) Where To                                _____

(10) Girls Night In                        _____

(11) A Quiet Weekend In Mykonos        _____

(12) Alone In Mykonos        _____

(13) Vacation With Benefits        _____

(14) With A View        _____

(15) Proving My Worth        _____

(16) Commission        _____

(17) Honey Look What I Found        _____

(18) We All Do It        _____

(19) Do I Know You        _____

(20) One Night Only        _____

(21) Hot Girl Summer        _____

(22) Get Even        _____

(23) West Coast Dreaming        _____

(24) Our Secret Place        _____

(25) Take Me Away        _____

(26) Tying Up Loose Ends        _____

(27) Train Her        _____

(28) Cam To Me        _____

(29) Anal Dependance        _____

(30) Parting Gift        _____

(31) Good Business           _____

(32) One In A Million        _____

(33) He Chose Me            _____

(34) Amazing Benefits        _____

(35) A Dream Pairing         _____

(36) Pushed In The Right Direction    _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis of Strike 3 Holdings, LLC's claim for infringement for that particular work.

**2. For each work listed below, did Strike 3 Holdings, LLC show by the preponderance of the evidence that John Adaire copied, distributed, performed, and/or displayed the work?**

Answer Yes or No

(1) Pushing Buttons      _____

(2) Travelling Together      _____

(3) Check Them Out      _____

(4) BBC To Go      _____

(5) Girls Share      _____

(6) It Was My Dream To Meet Him      _____

(7) Something To Look Forward To      _____

(8) Nostalgia      _____

(9) Where To      _____

(10) Girls Night In      _____

(11) A Quiet Weekend In Mykonos      _____

(12) Alone In Mykonos      _____

(13) Vacation With Benefits      _____

(14) With A View      _____

(15) Proving My Worth      _____

(16) Commission                        _____

(17) Honey Look What I Found            _____

(18) We All Do It                       _____

(19) Do I Know You                      _____

(20) One Night Only                     _____

(21) Hot Girl Summer                    _____

(22) Get Even                           _____

(23) West Coast Dreaming                _____

(24) Our Secret Place                   _____

(25) Take Me Away                       _____

(26) Tying Up Loose Ends                _____

(27) Train Her                          _____

(28) Cam To Me                          _____

(29) Anal Dependance                    _____

(30) Parting Gift                       _____

(31) Good Business                      _____

(32) One In A Million                   _____

(33) He Chose Me                        _____

(34) Amazing Benefits                   _____

(35) A Dream Pairing                    _____

(36) Pushed In The Right Direction          _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis of Strike 3 Holdings, LLC's claim for infringement for that particular work.

**3.     Did Strike 3 Holdings, LLC show by the preponderance of the evidence that the infringing copies of the works obtained by John Adaire from the Bittorrent Network were substantially similar to Strike 3 Holdings, LLC's work?**

                                        Answer Yes or No

(1) Pushing Buttons                     _____

(2) Travelling Together                 _____

(3) Check Them Out                      _____

(4) BBC To Go                           _____

(5) Girls Share                         _____

(6) It Was My Dream To Meet Him         _____

(7) Something To Look Forward To        _____

(8) Nostalgia                           _____

(9) Where To                            _____

(10) Girls Night In                     _____

(11) A Quiet Weekend In Mykonos         _____

(12) Alone In Mykonos                   _____

(13) Vacation With Benefits             _____

(14) With A View                        _____

(15) Proving My Worth        _____

(16) Commission        _____

(17) Honey Look What I Found        _____

(18) We All Do It        _____

(19) Do I Know You        _____

(20) One Night Only        _____

(21) Hot Girl Summer        _____

(22) Get Even        _____

(23) West Coast Dreaming        _____

(24) Our Secret Place        _____

(25) Take Me Away        _____

(26) Tying Up Loose Ends        _____

(27) Train Her        _____

(28) Cam To Me        _____

(29) Anal Dependance        _____

(30) Parting Gift        _____

(31) Good Business        _____

(32) One In A Million        _____

(33) He Chose Me        _____

(34) Amazing Benefits        _____

(35) A Dream Pairing        _____

(36) Pushed In The Right Direction        _____

If your answer is "Yes" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "No" for each work, then don't continue with your analysis of Strike 3 Holdings, LLC's claim for infringement for that particular work.

### III.   AFFIRMATIVE DEFENSES

### 1.  Copyright Misuse

Do you find that Plaintiff's use of the Florida State Court as preliminary process to attempt to acquire federally protected subscriber information is a misuse of procedural and substantive due process and therefore renders Plaintiff's copyrights at issue in this action unenforceable?

(1) Pushing Buttons                              _____

(2) Travelling Together                          _____

(3) Check Them Out                               _____

(4) BBC To Go                                    _____

(5) Girls Share                                  _____

(6) It Was My Dream To Meet Him                  _____

(7) Something To Look Forward To                 _____

(8) Nostalgia                                    _____

(9) Where To                                     _____

(10) Girls Night In                              _____

(11) A Quiet Weekend In Mykonos                  _____

(12) Alone In Mykonos                            _____

(13) Vacation With Benefits                      _____

(14) With A View                              _____

(15) Proving My Worth                         _____

(16) Commission                               _____

(17) Honey Look What I Found                  _____

(18) We All Do It                             _____

(19) Do I Know You                            _____

(20) One Night Only                           _____

(21) Hot Girl Summer                          _____

(22) Get Even                                 _____

(23) West Coast Dreaming                      _____

(24) Our Secret Place                         _____

(25) Take Me Away                             _____

(26) Tying Up Loose Ends                      _____

(27) Train Her                                _____

(28) Cam To Me                                _____

(29) Anal Dependance                          _____

(30) Parting Gift                             _____

(31) Good Business                            _____

(32) One In A Million                         _____

(33) He Chose Me                              _____

(34) Amazing Benefits                       _____

(35) A Dream Pairing                        _____

(36) Pushed In The Right Direction          _____


      If your answer is "No" for each work, then continue to the next question for that particular work. If your answer to either of these questions is "Yes" for each work, then don't continue with your analysis of Strike 3 Holdings, LLC's damages for that particular work.

## IV. DAMAGES

Only for each Work that you have found Strike 3 has authored, owned, for that material not excluded, and that John Adaire has infringed and for which John Adaire does not have an affirmative defense then calculate the following damage award(s).

### 1. Statutory Damages

Strike 3 Holdings, LLC has elected statutory damages.

For those works that remain from the previous section, you will now determine the damages to be awarded to Strike 3 Holdings, LLC. In consideration of damages you should consider:

- the profits John Adaire earned because of the infringement;

- the revenues that Strike 3 Holdings, LLC lost because of the infringement;

- the difficulty of proving Strike 3 Holdings, LLC's actual damages;

- the circumstances of the infringement;

- whether John Adaire intentionally infringed Strike 3 Holdings, LLC's copyright;

- whether others should be deterred from future infringement;

- whether John Adaire should be discouraged from committing copyright infringement

**[PLAINTIFF PROPOSES AND DEFENDANT CONTESTS]**

- whether John Adaire cooperated in providing evidence from which to assess the value of the infringing material or deleted evidence in bad faith;

- whether John Adaire should be discouraged from committing copyright infringement.

**[END]**

For those remaining works, you should determine if the damage amount, if it should be diminished because John Adaire's infringement was innocent or enhanced because John Adaire's infringement was willful.  You can only enter one damage amount for each work that remains from above sections.  You must consider each work individually.

A. To the extent you have found infringement for the following works, do you find that John Adaire's infringement of a given work was innocent, willful, or neither (if you have found no infringement of a particular work, you may skip that work).

Answer Innocent or Willful or Neither

(1) Pushing Buttons              _____

(2) Travelling Together          _____

(3) Check Them Out               _____

(4) BBC To Go                    _____

(5) Girls Share                                    _____

(6) It Was My Dream To Meet Him                    _____

(7) Something To Look Forward To                   _____

(8) Nostalgia                                      _____

(9) Where To                                       _____

(10) Girls Night In                                _____

(11) A Quiet Weekend In Mykonos                    _____

(12) Alone In Mykonos                              _____

(13) Vacation With Benefits                        _____

(14) With A View                                   _____

(15) Proving My Worth                              _____

(16) Commission                                    _____

(17) Honey Look What I Found                       _____

(18) We All Do It                                  _____

(19) Do I Know You                                 _____

(20) One Night Only                                _____

(21) Hot Girl Summer                               _____

(22) Get Even                                      _____

(23) West Coast Dreaming                           _____

(24) Our Secret Place                              _____

(25) Take Me Away                                    _____

(26) Tying Up Loose Ends                             _____

(27) Train Her                                       _____

(28) Cam To Me                                       _____

(29) Anal Dependance                                 _____

(30) Parting Gift                                    _____

(31) Good Business                                   _____

(32) One In A Million                                _____

(33) He Chose Me                                     _____

(34) Amazing Benefits                                _____

(35) A Dream Pairing                                 _____

(36) Pushed In The Right Direction                   _____


    **B.**    **Consistent with the above section, to the extent you have found infringement for the following works, please indicate the amount of damages to award to the Plaintiff for one of the following:**

- **If you have not found infringement, please enter $0 next to that work below; or**

- **If you found that the infringement of a particular work was "innocent," between $200 and $30,000 for the given work; or**

- **If you found the infringement of a particular work was "willful," between $750 and $150,000 for the given work;  or**

- **If you found the infringement of a particular work was neither "innocent" nor "willful," between $750 and $30,000 for the given work.**

                                    Amount in $

(1) Pushing Buttons            _____

(2) Travelling Together        _____

(3) Check Them Out           _____

(4) BBC To Go                _____

(5) Girls Share               _____

(6) It Was My Dream To Meet Him  _____

(7) Something To Look Forward To  _____

(8) Nostalgia                 _____

(9) Where To                _____

(10) Girls Night In           _____

(11) A Quiet Weekend In Mykonos  _____

(12) Alone In Mykonos        _____

(13) Vacation With Benefits     _____

(14) With A View                    _____

(15) Proving My Worth               _____

(16) Commission                     _____

(17) Honey Look What I Found        _____

(18) We All Do It                   _____

(19) Do I Know You                  _____

(20) One Night Only                 _____

(21) Hot Girl Summer                _____

(22) Get Even                       _____

(23) West Coast Dreaming            _____

(24) Our Secret Place               _____

(25) Take Me Away                   _____

(26) Tying Up Loose Ends            _____

(27) Train Her                      _____

(28) Cam To Me                      _____

(29) Anal Dependance                _____

(30) Parting Gift                   _____

(31) Good Business                  _____

(32) One In A Million               _____

(33) He Chose Me                    _____

(34) Amazing Benefits                    _____

(35) A Dream Pairing                     _____

(36) Pushed In The Right Direction       _____


After calculating statutory damages above, sum the total amounts. After calculating statutory damages, sign the verdict form.


**Total Infringements**

**Total Damages (if any).**

**SIGN AND DATE THE VERDICT:**

**SO SAY WE ALL,** this _____day of _____ 2023.


_____
Print Jury Foreperson's Name


_____
Jury Foreperson's Signature