**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

The following cases are set for trial before United States District Judge Mary S. Scriven during the **JULY 2023 Trial Term, commencing on Monday, JULY 10, 2023, in Courtroom 7A at the Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida**. The cases are listed in the order in which they are intended to be tried, unless otherwise indicated.  Parties should note that for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed prior to their own. PLEASE NOTE:  Cases appearing on this calendar are also subject to being tried by a Visiting Judge should such need arise. **Cases not reached during this trial term will be placed at the beginning of the following month's trial term**.

***        **CRIMINAL AND CIVIL JURY TRIALS: Seven (7) days prior to jury selection (unless otherwise directed by the Court),** proposed **joint** jury instructions, **joint** verdict forms and *voir dire,* shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made.  In addition, please email a courtesy copy of your jury instructions and verdict form in Word format to Chambers at: **chambers_flmd_scriven@flmd.uscourts.gov**.  ***

***        **CRIMINAL JURY TRIALS: Seven (7) days prior to jury selection (unless otherwise directed by the Court)**, parties shall email, in Word format, a **joint redacted indictment** to Chambers at: chambers_flmd_scriven@flmd.uscourts.gov.  ***

***        **CIVIL NON-JURY TRIALS: Seven (7) days prior to the beginning of trial (unless otherwise directed by the Court)**, trial briefs (if applicable) and proposed findings of fact and conclusions of law shall be filed with the Clerk of Court and served on opposing counsel.  Failure to comply with this deadline may result in the imposition of sanctions. In addition, please email the proposed findings of fact and conclusions of law in Word format to Chambers at: **chambers_flmd_scriven@flmd.uscourts.gov**.  ***

Exhibit lists **and** witness lists shall be **electronically filed no later than the morning of trial.** All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition**, a three- ring binder containing copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk** the morning of trial for the Court's use.

 Effective December 1, 2016, pursuant to 11th Cir. R. 11-3; FRAP 11, IOP 3, the District Court Clerk must: (1) include in the electronic record on appeal electronic versions of all documentary exhibits admitted into evidence at trial or any evidentiary hearing; and (2) ensure that no such exhibits are returned to the parties before electronic versions have been entered into the electronic record on appeal.  **Accordingly, the Parties shall provide to the**

**Courtroom Deputy Clerk, at the conclusion of trial, a disk with electronic copies of all exhibits <u>admitted</u> into evidence.**

Counsel for defendants on bond shall notify those defendants when the case is called for trial and that their presence is required.

Counsel shall notify the Court if an interpreter is required.

Counsel, as well as any *pro se* party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. In civil jury cases where the Court is not notified of settlement before a jury is called, the parties will be assessed jury costs. Changes of pleas pursuant to plea agreements must be entered 24 hours prior to the start of the trial, the Court will not accept any plea agreements after that date. Defendants will be required to plead to the indictment without regard to any agreement with the Government.

**Counsel and their witnesses are expected to be available on Twenty-Four (24) hours' notice**. Witnesses must wear proper business attire which includes the requirement that gentlemen wear a coat and tie.

Note: All persons entering the Courthouse must present photo identification to Court Security personnel. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: 6:13-mc-00094-ACC. Pro Se litigants may only be permitted to bring electronic devices into the courthouse upon a filing of an appropriate motion.

---------------------------------------------------------------------------------------------------------

## CASE NO. 1

| | |
|---|---|
| 8:20-cv-00676-MSS-CPT | **DATE CERTAIN JURY TRIAL** <br> **Date: July 17, 2023 at 9:00 AM** <br> **Location: Courtroom 7A** <br> **Length of trial: 8 days** |
| **STRIKE 3 HOLDINGS, LLC** | **CHRISTIAN W. WAUGH** <br><br> 352/750-0325 <br><br> **MARY A. NORBERG** <br><br> 321-800-6008 <br><br> **YETIAN WANG** <br><br> 786-209-2326 <br><br> **TYLER MAMONE** <br><br> 786-209-2379 |
| v. | |
| **JOHN DOE** | **DANIEL COTMAN** <br><br> 626-405-1413 <br><br> **JOSEPH C. EDMONDSON** <br><br> 503-336-3749 <br><br> **STEPHANIE R. TRABAND** <br><br> 305-772-8995 |
| **JOHN ADAIRE** | **DANIEL COTMAN** <br><br> 626-405-1413 |

                                              **JOSEPH C. EDMONDSON**

                                              503-336-3749

                                              **STEPHANIE R. TRABAND**

                                              305-772-8995

---

### CASE NO. 2

| | |
|---|---|
| 8:20-cr-00162-MSS-AAS | JURY TRIAL ELT: 3 DAYS |
| UNITED STATES OF AMERICA | DANIEL M. BAEZA |
| | 813/274-6122 |
| v. | |
| THOMAS LYNCH | GRADY C. IRVIN, JR. |
| (Custody) | 813/659-2000 |

---

### CASE NO. 3

| | |
|---|---|
| 8:22-cr-00075-MSS-JSS | JURY TRIAL ELT: 1 - 2 DAYS |
| UNITED STATES OF AMERICA | JAMES C. PRESTON, JR. |
| | 813/274-6075 |
| v. | |
| BRUCE LAWRENCE DUNBAR | GRADY C. IRVIN |
| (Custody) | 813/659-2000 |

---

**CASE NO. 4**

| | |
|---|---|
| 8:23-cr-00019-MSS-SPF | JURY TRIAL ELT: 2 DAYS |
| UNITED STATES OF AMERICA | ERIN C. FAVORIT |
| | 813/274-6259 |
| v. | |
| MARIO EUGENE HAMMOND | ADRIAN BURDEN |
| (Bond) | 813/228-2715 |

---

**CASE NO. 5**

| | |
|---|---|
| 8:23-cr-81-MSS-TGW | JURY TRIAL ELT: 2 DAYS |
| UNITED STATES OF AMERICA | DANIEL M. BAEZA |
| | 813/274-6122 |
| v. | |
| LUIS IRIZARRY-SANTIAGO (1) | BRYANT R. CAMARENO |
| (Custody) | 813/234-4759 |

---

**SO ORDERED** this 23rd day of June 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE