UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN ADAIRE, an individual,

    Defendant.

_____/

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITY ON THE RELATIONSHIP BETWEEN STATUTORY DAMAGES AND THE "QUALITY" OF A COPYRIGHTED WORK**

Nothing in the Copyright Act suggests that the subjective "quality" of a work can be used to constrain the statutory damages recoverable by the rightsholder. *See* 17 U.S.C. § 504. In fact, the opposite is true. Congress implemented a statutory benchmarking regime to reduce uncertainty when "actual damages and profits are difficult or impossible to calculate." *See Cable/Home Commc'n Corp. v. Network Prods., Inc.*, 902 F.2d 829, 850–51 (11th Cir. 1990) (collecting cases). "[A] verdict is acceptable so long as it is 'within the prescribed limitations, that is to say, neither more than the maximum nor less than the minimum.'" *Harris v. Mexican Specialty Foods, Inc.*, 564 F.3d 1301, 1312 (11th Cir. 2009) (quoting *F.W. Woolworth Co. v. Contemporary Arts, Inc.*, 344 U.S. 228, 232, 73 S.Ct. 222, 97 L.Ed. 276 (1952)).

1

This is in line with Copyright's broader aim towards aesthetic neutrality which maintains that "a copyright holder's ability to defend this property interest does not turn on the subjective value judgments of a particular judge." *See Strike 3 Holdings, LLC v. Doe*, 964 F.3d 1203, 1209 (D.C. Cir. 2020) (citing *Bleistein v. Donaldson Lithographing Co.*, 188 U.S. 239, 251, 23 S.Ct. 298, 47 L.Ed. 460 (1903) (Holmes, J.)). While reasonable minds may disagree over the artistic value of the works, such debates are of no moment with respect to remedies, the gravamen of which is to compensate the victims of copyright infringement. Thus, any merits inquiry into the appeal or utility of Plaintiff's works is irrelevant and atextual.

DATED: July 12, 2023

Respectfully submitted,

/s/ *Christian W. Waugh*
Christian W. Waugh [FBN 71093]
**WAUGH PLLC**
201 E. Pine Street, Suite 315
Orlando, FL 32801
Email: cwaugh@waugh.legal
Telephone: 321-800-6008
Fax: 844-206-0245

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 12, 2023, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's

2

CM/ECF filing system, which will serve a copy via electronic mail upon the following CM/ECF Participants.

                                        /s/ Christian W. Waugh
                                        Christian W. Waugh