**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No. 8:20-cv-00676-MSS-CPT

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.

JOHN ADAIRE,

    Defendant.
_____ /

## **LOCAL RULE 3.09 JOINT NOTICE OF RESOLUTION**

Pursuant to Local Rule 3.09(a), Plaintiff STRIKE 3 HOLDINGS, LLC ("Strike 3") and Defendant JOHN ADAIRE (Strike 3 and Adaire collectively, the "Parties," or individually, a "Party"), by and through their respective undersigned counsel, hereby provide notice to the Court that the Parties have finalized and executed, by way of written agreement, a final settlement resolving all claims raised in this case.

Based on such resolution, the Parties notify the Court that a trial would be moot.

Notwithstanding the resolution, the Parties jointly request that the Court retain jurisdiction over this matter until the until the Stipulated Final

Injunction Order, filed contemporaneous with this Notice, is entered, and the case is otherwise disposed pursuant to Fed. R. Civ. P. 41(a)(2).

Additionally, the Parties notify the Court that they will be in attendance for the start of trial to further explain to the Court on the morning of July 17, 2023 pursuant to the Court's Order of April 12, 2023 [DE 186].

| | |
|---|---|
| Dated: July 16, 2023. | Respectfully submitted, |
| /s/ Christian W. Waugh | /s/ J. Curtis Edmondson |
| Christian W. Waugh [FBN 71093] | J. Curtis Edmondson [CSB 236105] |
| WAUGH PLLC | Admitted *pro hac vice* |
| 201 E. Pine Street, Suite 315 | Edmondson IP Law |
| Orlando, FL 32801 | 9999 SW Wilshire St, Suite 216 |
| Email: cwaugh@waugh.legal | Portland, OR 97225 |
| Telephone: 321-800-6008 | 503-336-3749/ FAX: (503) 482-7418 |
| Fax: 844-206-0245 | jcedmondson@edmolaw.com |
| | |
| *Attorney for Strike 3 Holdings, LLC* | *Attorney for John Adair* |