## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### HONORABLE MARY S. SCRIVEN

| CASE NO. 8:20-cv-676-MSS-CPT | DATE: July 17, 2023 |
|---|---|
| TITLE: Strike 3 Holdings, LLC v. John Adaire | |
| TIME: 9:03 AM – 9:10 AM; 9:22 AM – 9:24 AM | TOTAL: 9 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter: David Collier |
| Counsel for Plaintiff: Christian Waugh; Mary Norberg | |
| Counsel for Defendant: Joseph Edmonson; Leonard French, Jr.; and Stephanie Traband | |

### *CLERK'S MINUTES: PROCEEDINGS OF PERMANENT INJUNCTION HEARING*

Court in session and counsel identified for the record. Defendant John Adaire and Jessica Fernandez, Corporate Representative for Strike 3 Holdings, is seated at counsel table.

This case is before the Court on the parties' Joint Stipulation Motion for Entry of Final Permanent Injunction Order (Dkt. 200).

The Court heard oral argument from the parties regarding parties' Motion (Dkt. 200). The Permanent Injunction is granted, and the Court will enter the Order separately.

The parties notified the Court of settlement on Sunday, July 16, 2023. Pursuant to the Court's Trial Order (Dkt. 187), the Court will assess the cost of the jurors that appeared for trial, a total of $2,462.22, due within a week. A separate order will follow.

Court adjourned.